United States District Court
Southern District of Texas
FILED

MAR 1 9 2003

Michael N. Milby
Clerk of Court

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| PAULA REYNOLDS | § | |
| *Plaintiff* | § | |
| | § | CIVIL ACTION NO. B-03-056 |
| VS. | § | |
| | § | (JURY REQUESTED) |
| THE CITY OF LOS FRESNOS, TEXAS, | § | |
| TOM ANDREWS, MANUEL ABREGO, | § | |
| JUAN C. SIERRA, IDA GARCIA, | § | |
| MIGUEL MENDOZA, RAY GARCIA, | § | |
| GONZALO ACEVEDO, AND PAM | § | |
| DENNY INDIVIDUALLY AND IN | § | |
| THEIR OFFICIAL CAPACITIES | § | |
| *Defendants* | § | |

---

DEFENDANTS CITY OF LOS FRESNOS, TEXAS, TOM ANDREWS, MANUEL ABREGO, JUAN C. SIERRA, IDA GARCIA, MIGUEL MENDOZA, RAY GARCIA, GONZALO ACEVEDO, AND PAM DENNY, INDIVIDUALLY AND IN THEIR OFFICIAL CAPACITIES' CERTIFICATE OF FINANCIALLY INTERESTED PARTIES

---

TO THE HONORABLE UNITED STATES DISTRICT COURT JUDGE:

Pursuant to the Court's Order for Conference and Disclosure of Interested Parties, Defendants City of Los Fresnos, Tom Andrews, Manuel Abrego, Juan C. Sierra, Ida Garcia, Miguel Mendoza, Ray Garcia, Gonzalo Acevedo, and Pam Denny, individually and in their official capacities', certify that the only persons, associations, etc., that are known to these defendants to be financially interested in the outcome of this litigation are:

1. Paula Reynolds, Plaintiff

2. Teri Danish, Plaintiff's attorney

3. Michael Rodriguez, Plaintiff's attorney

4.  City of Los Fresnos, Texas, Defendant

5.  Tom Andrews, Defendant

6.  Manuel Abrego, Defendant

7.  Juan C. Sierra, Defendant

8.  Ida Garcia, Defendant

9.  Miguel Mendoza, Defendant

10. Ray Garcia, Defendant

11. Gonzalo Acevedo, Defendant

12. Pam Denny, Defendant

13. Texas Municipal League Intergovernmental Risk Pool

Signed on March 19, 2003.

    Respectfully submitted,

    WILLETTE & GUERRA, L.L.P.
    International Plaza, Ste. 460
    3505 Boca Chica Blvd.
    Brownsville, Texas 78521
    Telephone: (956) 541-1846
    Facsimile: (956) 541-1893

    By: _____
    Charles Willette, Jr.
    State Bar No. 21509700
    USDC No. 1937

    Amy L. Gonzales
    State Bar No. 24029579
    USDC No. 28489

## CERTIFICATE OF SERVICE

      I hereby certify that a true and correct copy of this instrument has on March 19, 2003, been forwarded via certified mail, return receipt requested to:

Michael Rodriguez
Attorney and Counselor at Law
1000 E. Madison St.
Brownsville, Texas 78520

Teri Danish
RODRIGUEZ, COLVIN & CHANEY, L.L.P.
1201 E. Van Buren
Brownsville, Texas 78520

_____
Charles Willette, Jr.