Case 1:03-cv-00056   Document 4   Filed in TXSD on 03/25/2003   Page 1 of 3

United States District Court
Southern District of Texas
FILED

MAR 2 5 2003

Michael N. Milby
Clerk of Court

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| PAULA REYNOLDS | * | |
| *Plaintiff* | * | |
| VS. | * | CIVIL ACTION NO. B-03-056 |
| | * | |
| THE CITY OF LOS FRESNOS, TEXAS, | * | (JURY REQUESTED) |
| TOM ANDREWS, MANUEL ABREGO, | * | |
| JUAN C. SIERRA, IDA GARCIA, | * | |
| MIGUEL MENDOZA, RAY GARCIA, | * | |
| GONZALO ACEVEDO, AND PAM | * | |
| DENNY INDIVIDUALLY AND IN | * | |
| THEIR OFFICIAL CAPACITIES | * | |
| *Defendants* | * | |

**PLAINTIFF'S CERTIFICATE OF FINANCIALLY INTERESTED PARTIES**

TO THE HONORABLE UNITED STATES DISTRICT COURT JUDGE:

Pursuant to the Court's Order for Conference and Disclosure of Interested Parties, Plaintiff Paula Reynolds, certifies that the only persons, associations, etc., that are known to this Plaintiff to be financially interested in the outcome of this litigation are:

1. Paula Reynolds, Plaintiff

2. Teri Danish, Plaintiff's attorney

3. Michael Rodriguez, Plaintiff's attorney

4. City of Los Fresnos, Texas, Defendant

5. Tom Andrews, Defendant

6. Manuel Abrego, Defendant

7. Juan C. Sierra, Defendant

8. Ida Garcia, Defendant

9. Miguel Mendoza, Defendant

10. Ray Garcia, Defendant

11. Gonzalo Acevedo, Defendant

12. Pam Denny, Defendant

13. Texas Municipal League Intergovernmental Risk Pool

Signed on March 25, 2003

                                         Respectfully submitted,

                                         MICHAEL RODRIGUEZ, P.L.L.C.
                                         1000 East Madison Street
                                         Brownsville, Texas 78520
                                         Telephone: (956) 574-9333
                                         Facsimile: (956) 574-9337

                                         By: _____
                                             Michael Rodriguez
                                             State Bar No.00791553
                                             Federal I.D. No. 18759

## CERTIFICATE OF SERVICE

      I hereby certify that a true copy and correct copy of this instrument has on March 25, 2003, been forwarded via certified mail, return receipt requested to:

Charles Willette, Jr.
WILLETTE & GUERRA, L.L.P.
International Plaza, Ste. 460
3505 Boca Chica Blvd.
Brownsville, Texas  78521

Amy Gonzalez
WILLETTE & GUERRA, L.L.P.
International Plaza, Ste. 460
3505 Boca Chica Blvd.
Brownsville, Texas  78521

Teri Danish
RODRIGUEZ, COLVIN & CHANEY, L.L.P.
1201 East Van Buren
Brownsville, Texas  78520

                                                                                      _____
                                                                                      Michael Rodriguez