5

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

MAY 0 5 2003

Michael N. Milby
Clerk of Court

| | |
|---|---|
| PAULA REYNOLDS<br>*Plaintiff*<br><br>VS.<br><br>THE CITY OF LOS FRESNOS, TEXAS,<br>TOM ANDREWS, MANUEL ABREGO,<br>JUAN C. SIERRA, IDA GARCIA,<br>MIGUEL MENDOZA, RAY GARCIA,<br>GONZALO ACEVEDO, AND PAM<br>DENNY INDIVIDUALLY AND IN<br>THEIR OFFICIAL CAPACITIES<br>*Defendants* | §<br>§<br>§   CIVIL ACTION NO. B-03-056<br>§<br>§   (JURY REQUESTED)<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§ |

### DEFENDANTS' NOTICE TO THE COURT OF ITS FILING OF INITIAL DISCLOSURES TO PLAINTIFF UNDER FEDERAL RULE OF CIVIL PROCEDURE 26(a)

TO THE HONORABLE JUDGE OF THE UNITED STATES DISTRICT COURT:

COME NOW, Defendants, City of Los Fresnos, Texas, Tom Andrews, Manuel Abrego, Juan C. Sierra, Ida Garcia, Miguel Mendoza, Ray Garcia, Gonzalo Acevedo, and Pam Denny, individually and in their official capacities, and files this their Notice to the Court of its Filing of Initial Disclosures to Plaintiff Under Federal Rule of Civil Procedure 26(a).

**I.**

Defendants hereby give notice to the Court of the filing of their Initial Disclosures under Federal Rule of Civil Procedure 26(a).

Signed on May 5, 2003.

WILLETTE & GUERRA, L.L.P.
International Plaza, Ste. 460
3505 Boca Chica Blvd.
Brownsville, Texas 78521
Telephone: (956) 541-1846
Facsimile: (956) 541-1893

By: _____
Charles Willette, Jr.
State Bar No. 21509700
USDC No. 1937
Attorney in Charge

Amy L. Gonzales
State Bar No. 24029579
USDC No. 28489

ATTORNEYS FOR DEFENDANTS

**CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of this instrument has on May 5, 2003, been forwarded via certified mail, return receipt requested to:

Michael Rodriguez
Attorney and Counselor at Law
1000 E. Madison St.
Brownsville, Texas 78520

Teri Danish
RODRIGUEZ, COLVIN & CHANEY, L.L.P.
1201 E. Van Buren
Brownsville, Texas 78520

_____
Amy Lawler Gonzales