IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

MAY 1 3 2003

Michael N. Milby
Clerk of Court

| | | |
|---|---|---|
| PAULA REYNOLDS | § | |
| *Plaintiff* | § | |
| | § | CIVIL ACTION NO. B-03-056 |
| VS. | § | |
| | § | (JURY REQUESTED) |
| THE CITY OF LOS FRESNOS, TEXAS, | § | |
| TOM ANDREWS, MANUEL ABREGO, | § | |
| JUAN C. SIERRA, IDA GARCIA, | § | |
| MIGUEL MENDOZA, RAY GARCIA, | § | |
| GONZALO ACEVEDO, AND PAM | § | |
| DENNY INDIVIDUALLY AND IN | § | |
| THEIR OFFICIAL CAPACITIES | § | |
| *Defendants* | § | |

## JOINT DISCOVERY/CASE MANAGEMENT PLAN
## UNDER RULE 26(f) OF FEDERAL RULES OF CIVIL PROCEDURE

1. State where and when the meeting of the parties required by Rule 26(f) was held, and identify the counsel who attended for each party.

   **The Rule 26(f) meeting was conducted on April 2, 2003. Michael Rodriguez participated on behalf of Plaintiff and Amy Gonzales participated on behalf of Defendants.**

2. List the cases related to this one that are pending in any state or federal court, with the case number and court.

   **None.**

3. Specify the allegation of federal jurisdiction.

   **Federal Jurisdiction is involved as Plaintiff has raised a federal question by alleging Defendants violated her first amendment rights. Plaintiff also brings pendant claims under Texas law.**

4. Name the parties who disagree and the reasons.

   **Federal jurisdiction is not contested.**

5. List anticipated additional parties that should be included, when they can be added, and by whom they were wanted.

   **None anticipated.**

6. List anticipated interventions.

   **None.**

7. Describe class-action issues.

   **None.**

8. State whether each party represents that it has made the initial disclosures required by Rule 26(a). If not, describe the arrangements that have been made to complete the disclosures.

   **The parties will make their initial disclosures by April 30, 2003.**

9. Describe the proposed agreed discovery plan, including:

   A. Response to all the matters raised in Rule 26(f).

      **None**

   B. When and to whom the plaintiff anticipates is may send interrogatories.

      **The Plaintiff anticipates issuing interrogatories to all defendants within 60 days.**

   C. When and to whom the defendant anticipates it may send interrogatories.

      **Defendants anticipate sending interrogatories to Plaintiff within 60 days.**

   D. Of whom and by when the plaintiff anticipates taking oral depositions.

      **Plaintiff anticipates taking the oral depositions of all defendants, Ivan Welker, Texas Ranger Rolando Castañeda and all other individuals listed in initial disclosures. Plaintiff plans on taking these depositions within 60 days of receipt of discovery from Defendants.**

   E. Of whom and by when the defendant anticipates taking oral depositions.

      **Defendant anticipates deposing the plaintiff and other individuals named by Plaintiff in her discovery responses, within 60 days of receipt of Plaintiff's discovery responses.**

2

  F. List expert depositions the plaintiff anticipates taking and their anticipated completion date. See Rule 26(a)(2)(b) (expert report).

  **The plaintiff anticipates taking the expert depositions for all experts designated by defendants within 30 days of their designation.**

  G. List expert depositions the defendant anticipates taking and their anticipated completion date. See Rule 26(a)(2)(b) (expert report).

  **The defendant anticipates taking the expert depositions for all experts designated by plaintiff within 30 days of their designation.**

10. If the parties are not agreed on a part of the discovery plan, describe the separate views and proposals of each party.

 **Not Applicable.**

11. Specify the discovery beyond initial disclosures that has been undertaken to date.

 **None at the federal level; however the parties engaged in written discovery in state court.**

12. State the date the planned discovery can reasonably be completed.

 **The parties anticipate completing discovery within nine months.**

13. Describe the possibilities for a prompt settlement or resolution of the case that were discussed in your Rule 26(f) meeting.

 **Mediation was discussed.**

14. Describe what each party has done or agreed to do to bring about a prompt resolution.

 **The parties have discussed the possibility of participating in alternative dispute resolution.**

15. From the attorneys' discussion with the client, state the alternative dispute resolution techniques that are reasonably suitable.

 **The parties believe this case is reasonably suited for mediation.**

16. Magistrate judges may now hear jury and non-jury trials. Indicate the parties' joint position on a trial before a magistrate judge.

 **The parties consent to trial by magistrate.**

17. State whether a jury demand has been made and if it was made on time.

    **Defendants made a timely jury demand.**

18. Specify the number of hours it will take to present the evidence in this case.

    **The parties anticipate it will take approximately forty (40) hours to present the evidence in this case.**

19. List pending motions that could be ruled on at the initial pretrial and scheduling conference.

    **There are no motions currently pending.**

20. List other motions pending.

    **None.**

21. Indicate other matters peculiar to this case, including discovery, that deserve the special attention of the court at the conference.

    **None.**

22. List the names, bar numbers, addresses and telephone numbers of all counsel.

    | | |
    |---|---|
    | **Michael Rodriguez**<br>State Bar No. 00791553<br>USDC No. 18759<br>1000 E. Madison<br>Brownsville, Texas 78520<br>Telephone: 956-574-9333<br>Attorney for Plaintiff<br><br>**Teri Danish**<br>State Bar No: 05375320<br>USDC No. 12862<br>RODRIGUEZ, COLVIN & CHANEY, L.L.P.<br>1201 E. Van Buren<br>Brownsville, Texas 78520<br>Telephone: 956-542-7441<br>Attorney for Plaintiff | **Charles Willette, Jr.**<br>State Bar No. 21509700<br>USDC No. 12404<br>Amy L. Gonzales<br>State Bar No. 24029579<br>USDC No. 28489<br>WILLETTE & GUERRA, L.L.P.<br>International Plaza, Suite 460<br>3505 Boca Chica Blvd.<br>Brownsville, Texas 78521<br>Telephone: 956-541-1846<br>Attorneys for Defendants |

23. All counsel or pro se parties are required to keep the Clerk and all other parties advised of changes of address.

4

SIGNED on April 24, 2003.

Respectfully submitted,

| | |
|---|---|
| Michael Rodriguez<br>Attorney and Counselor at Law<br>1000 E. Madison St.<br>Brownsville, Texas 78520<br>Telephone: 956-574-9333<br>Facsimile:  956-574-9337<br><br>By: _____<br>Michael Rodriguez<br>State Bar No.  00791553<br>USDC No. 18759<br>Attorney for Plaintiff | WILLETTE & GUERRA, L.L.P.<br>International Plaza, Suite 460<br>3505 Boca Chica Blvd.<br>Brownsville, Texas 78521<br>Telephone: 956-541-1846<br>Facsimile:  956-541-1893<br><br>By: _____<br>Charles Willette, Jr.<br>State Bar No. 21509700<br>USDC No.  12401<br>Attorney in Charge for Defendants<br><br>Amy L. Gonzales<br>State Bar No. 24029579<br>USDC No.  28489<br>Attorneys for Defendants |
| Teri Danish<br>RODRIGUEZ, COLVIN & CHANEY, L.L.P.<br>1201 E. Van Buren<br>Brownsville, Texas 78520<br>Telephone: 956-574-7441<br>Facsimile: 956-541-2170<br><br>By: _____<br>Teri Danish<br>State Bar No. 05375320<br>USDC No. 12862<br>Attorney for Plaintiff | |