IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED
JUL 1 6 2003
Michael N. Milby
Clerk of Court

| | |
|---|---|
| PAULA REYNOLDS § | |
| Plaintiff § | |
| § | CIVIL ACTION NO. B-03-056 |
| VS. § | |
| § | (JURY REQUESTED) |
| THE CITY OF LOS FRESNOS, TEXAS, § | |
| TOM ANDREWS, MANUEL ABREGO, § | |
| JUAN C. SIERRA, IDA GARCIA, § | |
| MIGUEL MENDOZA, RAY GARCIA, § | |
| GONZALO ACEVEDO, AND PAM § | |
| DENNY INDIVIDUALLY AND IN § | |
| THEIR OFFICIAL CAPACITIES § | |
| Defendants § | |

### DEFENDANTS' UNOPPOSED MOTION FOR LEAVE TO APPEAR

TO THE HONORABLE JUDGE OF SAID COURT:

COME NOW the Defendants in the above entitled cause of action, respectfully requesting this Court to allow Amy L. Gonzales to appear at the initial pretrial conference before this Honorable Court for Defendant in place of Charles Willette, attorney in charge for Defendants, and as grounds therefore would show the following:

**I.**

Mr. Charles Willette will be unable to attend the Pre-Trial conference scheduled for August 6, 2003. Mr. Willette had been previously scheduled to be out of town on this date. Defendants request permission for Mrs. Amy L. Gonzales to appear as co-counsel. Mrs. Gonzales is familiar with the facts of this case and is fully authorized to act in this matter.

**II.**

For these reasons, Defendants respectfully request that this Court enter an Order allowing

Mrs. Amy L. Gonzales to appear as co-counsel along with Mr. Charles Willette for all purposes in this case.

Signed on July 16, 2003.

>                               WILLETTE & GUERRA, L.L.P.
>                               International Plaza, Ste. 460
>                               3505 Boca Chica Blvd.
>                               Brownsville, Texas  78521
>                               Telephone:  (956) 541-1846
>                               Facsimile:  (956) 541-1893
>
>
>                               By: _____
>                                   Charles Willette, Jr.
>                                   State Bar No. 21509700
>                                   USDC No. 1937
>                                   Attorney in Charge
>
>                                   Amy L. Gonzales
>                                   State Bar No. 24029579
>                                   USDC Adm. No. 28489
>
>                               Attorneys for Defendant

## CERTIFICATE OF CONFERENCE

Undersigned has conferred with counsel for Plaintiff, who was unopposed to this motion.

_____
Charles Willette

## CERTIFICATE OF SERVICE

I hereby certify that on July 16, 2003, a true and correct copy of the above and foregoing Defendants' Motion Leave to Appear has been forwarded to all counsel of record as noted hereunder.

Michael Rodriguez
Attorney and Counselor at Law
1000 E. Madison St.
Brownsville, Texas 78520

Teri Danish
RODRIGUEZ, COLVIN & CHANEY, L.L.P.
1201 E. Van Buren
Brownsville, Texas 78520

_____
Charles Willette

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| PAULA REYNOLDS<br>*Plaintiff*<br><br>VS.<br><br>THE CITY OF LOS FRESNOS, TEXAS,<br>TOM ANDREWS, MANUEL ABREGO,<br>JUAN C. SIERRA, IDA GARCIA,<br>MIGUEL MENDOZA, RAY GARCIA,<br>GONZALO ACEVEDO, AND PAM<br>DENNY INDIVIDUALLY AND IN<br>THEIR OFFICIAL CAPACITIES<br>*Defendants* | § § § § § § § § § § § § § § | CIVIL ACTION NO. B-03-056<br><br>(JURY REQUESTED) |

## ORDER GRANTING DEFENDANTS' UNOPPOSED
## MOTION FOR LEAVE TO APPEAR

On this day, came on for consideration Defendants' Motion for Leave to Appear and it appearing to the Court that said Motion is well taken, it is therefore

ORDERED that Amy L. Gonzales of the law firm of Willette & Guerra, L.L.P. be allowed in place of Charles Willette, attorney in charge for Defendants, also of the law firm of Willette & Guerra, L.L.P., in any matter in this case.

Signed for entry on this _____ day of _____, 2003.

_____
UNITED STATES JUDGE

cc:
Mr. Charles Willette, WILLETTE & GUERRA, L.L.P., 3505 Boca Chica Blvd., Ste 460, Brownsville, TX 78521
Ms. Teri Danish, RODRIGUEZ, COLVIN & CHANEY, L.L.P.,1201 E. Van Buren, Brownsville, Texas 78520
Mr. Michael Rodriguez, Attorney and Counselor at Law,1000 E. Madison Street, Brownsville, Texas 78520