IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| PAULA REYNOLDS | § | |
|     *Plaintiff* | § | |
| | § | CIVIL ACTION NO. B-03-056 |
| VS. | § | |
| | § | (JURY REQUESTED) |
| THE CITY OF LOS FRESNOS, TEXAS, | § | |
| TOM ANDREWS, MANUEL ABREGO, | § | |
| JUAN C. SIERRA, IDA GARCIA, | § | |
| MIGUEL MENDOZA, RAY GARCIA, | § | |
| GONZALO ACEVEDO, AND PAM | § | |
| DENNY INDIVIDUALLY AND IN | § | |
| THEIR OFFICIAL CAPACITIES | § | |
|     *Defendants* | § | |

United States District Court
Southern District of Texas
ENTERED
JUL 2 5 2003
Michael N. Milby, Clerk of Court
By Deputy Clerk

---

### ORDER GRANTING DEFENDANTS' UNOPPOSED
### MOTION FOR LEAVE TO APPEAR

---

On this day, came on for consideration Defendants' Motion for Leave to Appear and it appearing to the Court that said Motion is well taken, it is therefore

ORDERED that Amy L. Gonzales of the law firm of Willette & Guerra, L.L.P. be allowed in place of Charles Willette, attorney in charge for Defendants, also of the law firm of Willette & Guerra, L.L.P., in any matter in this case. Ms. Gonzales shall attend with full authority to act.

Signed for entry on this 24th day of July, 2003.

_____
UNITED STATES JUDGE

cc:
Mr. Charles Willette, WILLETTE & GUERRA, L.L.P., 3505 Boca Chica Blvd., Ste 460, Brownsville, TX 78521
Ms. Teri Danish, RODRIGUEZ, COLVIN & CHANEY, L.L.P.,1201 E. Van Buren, Brownsville, Texas 78520
Mr. Michael Rodriguez, Attorney and Counselor at Law,1000 E. Madison Street, Brownsville, Texas 78520