UNITED STATES DISTRICT COURT     SOUTH DISTRICT OF TEXAS

| | |
|---|---|
| PAULA REYNOLDS § <br> *Plaintiff* § <br> § <br> VS. § <br> § <br> THE CITY OF LOS FRESNOS, TEXAS, § <br> TOM ANDREWS, MANUEL ABREGO, § <br> JUAN C. SIERRA, IDA GARCIA, § <br> MIGUEL MENDOZA, RAY GARCIA, § <br> GONZALO ACEVEDO, AND PAM § <br> DENNY INDIVIDUALLY AND IN § <br> THEIR OFFICIAL CAPACITIES § <br> *Defendants* § | CIVIL ACTION NO. B-03-056 <br><br> (JURY REQUESTED) <br><br> United States District Court <br> Southern District of Texas <br> ENTERED <br><br> AUG 0 4 2003 <br><br> Michael N. Milby, Clerk of Court <br> By Deputy Clerk |

### CONSENT TO PROCEED BEFORE A MAGISTRATE JUDGE

All parties to this case waive their right to proceed before a district judge and consent to have a United States Magistrate Judge conduct all further proceedings, including the trial and judgement. 28 U.S.C. § 636(c).

_____    _____

_____    _____

### ORDER TO TRANSFER

This case is transferred to United States Magistrate Judge

_____John Black_____

to conduct all further proceedings, including final judgement.

8/4/03
Date                                                United States District Judge