United States District Court
Southern District of Texas
FILED

AUG 0 6 2003

Michael N. Milby
Clerk of Court

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| PAULA REYNOLDS | * | |
| *Plaintiff* | * | |
| VS. | * | CIVIL ACTION NO. B-03-056 |
| | * | |
| THE CITY OF LOS FRESNOS, TEXAS, | * | (JURY REQUESTED) |
| TOM ANDREWS, MANUEL ABREGO, | * | |
| JUAN C. SIERRA, IDA GARCIA, | * | |
| MIGUEL MENDOZA, RAY GARCIA, | * | |
| GONZALO ACEVEDO, AND PAM | * | |
| DENNY INDIVIDUALLY AND IN | * | |
| THEIR OFFICIAL CAPACITIES | * | |
| *Defendants* | * | |

## PLAINTIFF'S INITIAL DISCLOSURES UNDER
## FEDERAL RULE OF CIVIL PROCEDURE 26

TO:   Defendants, The City of Los Fresnos, Texas, Tom Andrews, Manuel Abrego,
Juan C. Sierra, Ida Garcia, Miguel Mendoza, Ray Garcia, Gonzalo Acevedo, and
Pam Denny
By and through their attorneys of record
Charles Willette
Amy Gonzales
WILLETTE & GUERRA, L.L.P.
International Plaza, Ste. 460
3505 Boca Chica Blvd.
Brownsville, Texas 78521

NOW COMES, Plaintiff Paula Reynolds, and files this her Initial Disclosures under Federal Rule of Civil Procedure 26. Plaintiff shows the following:

    **(A)   Persons with Relevant Knowledge (subject to supplementation)**

        Plaintiff, Paula Reynolds
        c/o Michael Rodriguez
        MICHAEL RODRIGUEZ, P.L.L.C.
        1000 East Madison Street
        Brownsville, Texas 78520

**DEFENDANTS:**
The City of Los Fresnos, Texas
Tom Andrews, in his Individual and Official Capacities
Manuel Abrego, in his Individual and Official Capacities
Juan C. Sierra, in his Individual and Official Capacities
Ida Garcia, in her Individual and Official Capacities
Manuel Mendoza, in his Individual and Official Capacities
Ray Garcia, in his Individual and Official Capacities
Gonzalo Acevedo, in his Individual and Official Capacities
Pam Denny, in her Individual and Official Capacities
c/o Charles Willette, Jr.
WILLETTE & GUERRA, L.L.P.
International Plaza, Ste. 460
3505 Boca Chica Blvd.
Brownsville, Texas 78521
Telephone: 956-541-1846
Facsimile: 956-541-1893

PAYSMART PAYROLL SERVICE
3125 Central Boulevard
Brownsville, Texas 78520
Dealt with Plaintiff in connection with handling City's payroll

**(B)** **Documents (subject to supplementation):**

Wells Fargo Statement dated November 23, 2002 for Pam Denny's account
Pay Change Notice Dated April 13, 2001
Invoices for purchases made by Plaintiff on City's credit for personal items
Letters concerning Plaintiff's suspension
Police report involving incident made basis for Plaintiff's suspension
Letter of termination
Letters written by Ida Garcia regarding allegations against Denny
Letters to Denny regarding notice of allegations
Minutes from February 12, 2001 City Council Meeting
Plaintiff's written statement
Denny's check reimbursing city
April 11, 2002 memo from Meyn to Andrews
All documents produced during Discovery in the State case

(C) **Computation of Damages:**

Please see Plaintiff's Third Amended Original Petition. Additionally, Plaintiff will supplement.

(D) **Insurance Agreement:**

Not Applicable

Respectfully submitted,

MICHAEL RODRIGUEZ, P.L.L.C.
1000 East Madison Street
Brownsville, Texas 78520
Telephone: (956) 574-9333
Facsimile: (956) 574-9337

By: _____
Michael Rodriguez
State Bar No. 00791553
Federal I.D. No. 18759

## CERTIFICATE OF SERVICE

I hereby certify that a true copy and correct copy of this instrument has on August 6, 2003, been forwarded via hand delivery to:

Charles Willette, Jr.
Amy Gonzalez
WILLETTE & GUERRA, L.L.P.
International Plaza, Ste. 460
3505 Boca Chica Blvd.
Brownsville, Texas 78521

Teri Danish
RODRIGUEZ, COLVIN & CHANEY, L.L.P.
1201 East Van Buren
Brownsville, Texas 78520

_____
Michael Rodriguez