THE HONORABLE JOHN WM. BLACK

INITIAL PRETRIAL CONFERENCE

United States District Court
Southern District of Texas
FILED

AUG 0 6 2003

Michael N. Milby
Clerk of Court

CIVIL ACTION NO. B-03-056          DATE & TIME:  08-06-03 AT 2:00 P.M.

PAULA REYNOLDS                     PLAINTIFF(S)  TERI DANISH
                                   COUNSEL       MICHAEL RODRIGUEZ

VS.

THE CITY OF LOS FRESNOS, TEXAS     DEFENDANT(S)  CHARLES WILLETTE, JR.
ET AL.                             COUNSEL       AMY LAWLER GONZALES

---

Attorneys Michael Rodriguez and Amy Gonzalez appeared in chambers.

An agreed scheduling order will be filed.