12

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF TEXAS
## BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
ENTERED

SEP 0 5 2003

Michael N. Milby, Clerk of Court
By Deputy Clerk

## ORDER

| | | |
|---|---|---|
| PAULA REYNOLDS | § § § | |
| VS. | § | CIVIL ACTION NO. B-03-056 |
| CITY OF LOS FRESNOS, ET AL. | § § | |

TYPE OF CASE:   __X__ CIVIL            ____ CRIMINAL

TAKE NOTICE that the proceeding in this case has been set for the place, date and time set forth below:

TYPE OF PROCEEDING:

**STATUS CONFERENCE**

PLACE:

**UNITED STATES FEDERAL COURTHOUSE
600 E. HARRISON STREET
BROWNSVILLE, TEXAS**

ROOM NO.:

**SECOND FLOOR COURTROOM, #2**

DATE AND TIME:

**SEPTEMBER 16, 2003 AT 2:00 P.M.**

_____
JOHN WM. BLACK, U.S. MAGISTRATE JUDGE

DATE:   SEPTEMBER 4, 2003

TO:     MS. TERI L. DANISH
        MR. MICHAEL RODRIGUEZ
        MR. CHARLES WILLETTE, JR.
        MS. AMY GONZALES

