THE HONORABLE JOHN WM. BLACK

STATUS CONFERENCE

United States District Court
Southern District of Texas
FILED

SEP 1 6 2003

Michael N. Milby
Clerk of Court

| | |
|---|---|
| CIVIL ACTION NO. B-03-056 | DATE & TIME: 09-16-03 AT 2:00 P.M. |
| PAULA REYNOLDS | PLAINTIFF(S) TERI DANISH |
| | COUNSEL MICHAEL RODRIGUEZ |
| VS. | |
| THE CITY OF LOS FRESNOS, TEXAS ET AL. | DEFENDANT(S) CHARLES WILLETTE, JR. |
| | COUNSEL AMY LAWLER GONZALES |

---

Attorneys appeared for Status Conference to address their failure to file an Agreed Scheduling Order, as directed by Judge Black on August 6, 2003.

Attorneys: Michael Rodriguez for Plaintiff
Amy Lawler Gonzales for Defendants.

Parties informed the court that a Scheduling Order was filed on September 16, 2003. Trial date setting for May 2004.