/4

**UNITED STATES DISTRICT COURT**          **SOUTHERN DISTRICT OF TEXAS**

| | |
|---|---|
| PAULA  REYNOLDS | § |
| *Plaintiff* | § |
| | § |
| VS. | § |
| | § |
| THE CITY OF LOS FRESNOS, TEXAS, | § |
| TOM ANDREWS, MANUEL ABREGO, | § |
| JUAN C. SIERRA, IDA GARCIA, | § |
| MIGUEL MENDOZA, RAY GARCIA, | § |
| GONZALO ACEVEDO, AND PAM | § |
| DENNY INDIVIDUALLY AND IN | § |
| THEIR OFFICIAL CAPACITIES | § |
| *Defendants* | § |

CIVIL ACTION NO.  B-03-056

(JURY REQUESTED)

United States District Court
Southern District of Texas
ENTERED

SEP 2 2 2003

Michael N. Milby, Clerk of Court
By Deputy Clerk

### JOINT SCHEDULING ORDER

1.  Trial:  Estimated time to try: 4-5 days.           __ Bench   **X** Jury

2.  New parties must be joined by:                    November 3, 2003
    *Furnish a copy of this scheduling order to new parties*

3.  The plaintiff's experts will be named with a report furnished by:    December 2, 2003

4.  The defendants' experts must be named with a report furnished
    within 30 days of the deposition of the plaintiff's expert.

5.  Discovery must be completed by:                   March 15, 2004

   *Counsel may agree to continue discovery beyond the deadline, but there will be no intervention by the court.
   No continuance will be granted because of information acquired in post-deadline discovery.*
   *************************** The court will provide these dates.**********************

6.  Dispositive Motions will by filed by:             **February 6, 2004**

7.  Joint pretrial order is due:                      **May 12, 2004**
    *The plaintiff is responsible for filing the pretrial order on time.*

8.  ~~Docket Call and~~ final pretrial conference is set for XXXXXXXXXX:    **May 25, 2004**
    1:30 p.m. before Magistrate Judge John Wm. Black.

9.  Jury Selection is set for XXXXXXXXXX 9:00 a.m.     **June 3, 2004**
    before Magistrate Judge John Wm. Black.               XXXXXXXXXX

XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX

10. Trial is set for 9:00 a.m. before Magistrate Judge    **June 7, 2004**
    John Wm. Black
    XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX2004XXXXXXXXXXXXX

    SIGNED at Brownsville, Texas this 18th day of September, 2003.

*Counsel, please sign on back.*

                                         United States Magistrate Judge
                                              **John Wm. Black**