UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

JAN 1 5 2004

Michael N. Milby
Clerk of Court

| | |
|---|---|
| PAULA REYNOLDS<br>　　　*Plaintiff*<br><br>VS.<br><br>THE CITY OF LOS FRESNOS, TEXAS,<br>TOM ANDREWS, MANUEL ABREGO,<br>JUAN C. SIERRA, IDA GARCIA,<br>MIGUEL MENDOZA, RAY GARCIA,<br>GONZALO ACEVEDO, AND PAM<br>DENNY INDIVIDUALLY AND IN<br>THEIR OFFICIAL CAPACITIES<br>　　　*Defendants* | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§    CIVIL ACTION NO. B-03-056<br><br>   (JURY REQUESTED) |

## DEFENDANTS' UNOPPOSED MOTION TO EXTEND
## RULE 16 SCHEDULING ORDER DEADLINES

TO THE HONORABLE UNITED STATES DISTRICT COURT:

　　COME NOW, Defendants City of Los Fresnos, Texas, Tom Andrews, Manuel Abrego, Juan C. Sierra, Ida Garcia, Miguel Mendoza, Ray Garcia, Gonzalo Acevedo, and Pam Denny, individually and in their official capacities, and file this, their unopposed Motion to Extend Rule 16 Scheduling Order Deadlines and in support thereof would show this Court as follows:

1. Pursuant to a Rule 16 Scheduling Order, filed by the Court on September 18, 2003, dispositive motions are to be filed by February 6, 2004, discovery must be completed by March 15, 2004, the joint pretrial order is due by May 12, 2004, the final pretrial conference is set for May 25, 2004, and trial is set for June 7, 2004.

2. Defendants request additional time due to the unexpected and immediate absence of Amy Gonzales, an attorney of record. Ms. Gonzales has unfortunately been advised by her physician that continued work related stress could jeopardize her pregnancy. Ms. Gonzales's continued work and preparation in the defense of this cause was crucial to defendants' ability to comply with the Court's previously established deadlines as no other attorney has been working on this case.

3. Defendants move to extend the above-referenced deadlines by sixty (60) days in order to be able to complete the work required to be done to prepare for trial and/or other resolution.

4. Defendants filed this request for an extension as soon as they became aware of the need for additional time and before the deadlines expired.

5. Defendants' request for additional time is for cause shown, as stated in this motion, not to delay these proceedings. *See* Fed. R. Civ. P. 6(b).

6. This motion is unopposed.

WHEREFORE, PREMISES CONSIDERED, the defendants respectfully request that this motion be GRANTED and that the pending deadlines pursuant to the Court's Rule 16 Scheduling Order be extended by sixty (60) days, including the trial date.

Respectfully submitted,

WILLETTE & GUERRA, L.L.P.
International Plaza, Ste. 460
3505 Boca Chica Blvd.
Brownsville, Texas 78521
Telephone : (956) 541-1846
Facsimile : (956) 541-1893

By: _____
CHARLES WILLETTE, JR.
State Bar No. 21509700
USDC Adm. No. 1937
JORGE A. GREEN
State Bar No. 24038023
USDC Adm. No. 34136

**ATTORNEYS FOR DEFENDANTS**

**CERTIFICATE OF CONFERENCE**

The Undersigned has conferred with counsel for Plaintiff, who was unopposed to this motion.

_____
CHARLES WILLETTE, JR.

Page -3-

**CERTIFICATE OF SERVICE**

    I, hereby certify that on January 15, 2004, a true and correct copy of the above and foregoing DEFENDANTS' UNOPPOSED MOTION TO EXTEND RULE 16 SCHEDULING ORDER DEADLINES has been served on all counsel of record via Certified Mail, Return Receipt Requested as herein below noted:

Ms. Teri Danish
Rodriguez, Colvin & Chaney, L.L.P.
1201 E. Van Buren
Brownsville, Texas 78520

Mr. Michael Rodriguez
Attorney and Counselor at Law
1000 E. Madison Street
Brownsville, Texas 78520

_____
CHARLES WILLETTE, JR.