UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
ENTERED

JAN 2 8 2004

Michael N. Milby, Clerk of Court
By Deputy Clerk _____

| | |
|---|---|
| PAULA REYNOLDS § | |
| *Plaintiff* § | |
| § | CIVIL ACTION NO. B-03-056 |
| VS. § | |
| § | (JURY REQUESTED) |
| THE CITY OF LOS FRESNOS, TEXAS, § | |
| TOM ANDREWS, MANUEL ABREGO, § | |
| JUAN C. SIERRA, IDA GARCIA, § | |
| MIGUEL MENDOZA, RAY GARCIA, § | |
| GONZALO ACEVEDO, AND PAM § | |
| DENNY INDIVIDUALLY AND IN § | |
| THEIR OFFICIAL CAPACITIES § | |
| *Defendants* § | |

## ORDER

CAME ON this date to be considered Defendants' Motion to Extend Rule 16 Scheduling Order Deadlines and the Court, having considered said motion, determines that it is meritorious and should be granted and Defendants' Motion to Extend Rule 16 Scheduling Order Deadlines is hereby GRANTED.

IT IS FURTHER ORDERED THAT pursuant to a Rule 16 Scheduling Order, filed by the Court on September 18, 2003:

1.  Dispositive motions are to be filed by April 6, 2004;

2.  Discovery must be completed by May 14, 2004;

3.  The Joint Pre-Trial Order is due by July 12, 2004;

4. The Final Pre-Trial Conference is set for July 26, 2004 ~~xxxx~~ at 1:30 p.m.
5. Jury selection is set for August 9, 2004 at 9:00 a.m. before ~~The Trial is set for August 9, 2004~~ Magistrate Judge John Wm. Black.
6, Trial before Magistrate Judge John Wm. Black will be held after Jury Selection on August 9, 2004.

SIGNED this 27th day of January, 2004.

_____
JUDGE PRESIDING