United States District Court
Southern District of Texas
FILED

MAY 04 2004

Michael N. Milby
Clerk of Court

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| PAULA REYNOLDS | § | |
| *Plaintiff* | § | |
| | § | CIVIL ACTION NO. B-03-056 |
| VS. | § | |
| | § | (JURY REQUESTED) |
| THE CITY OF LOS FRESNOS, TEXAS, | § | |
| TOM ANDREWS, MANUEL ABREGO, | § | |
| JUAN C. SIERRA, IDA GARCIA, | § | |
| MIGUEL MENDOZA, RAY GARCIA, | § | |
| GONZALO ACEVEDO, AND PAM | § | |
| DENNY INDIVIDUALLY AND IN | § | |
| THEIR OFFICIAL CAPACITIES | § | |
| *Defendants* | § | |

**PLAINTIFF AND DEFENDANTS' JOINT MOTION TO EXTEND RULE 16
SCHEDULING ORDER DEADLINES**

TO THE HONORABLE UNITED STATES MAGISTRATE JUDGE:

COMES NOW, Plaintiff Paula Reynolds and Defendants City of Los Fresnos, Texas, Tom Andrews, Manuel Abrego, Juan C. Sierra, Ida Garcia, Miguel Mendoza, Ray Garcia, Gonzalo Acevedo, and Pam Denny, individually and in their official capacities, and file this, their Joint Motion to Extend One Rule 16 Scheduling Order Deadlines and in support thereof would show this Court as follows:

I.

On January 15, 2004, defendants filed their first and only unopposed motion to extend the scheduling order deadlines. The reasons set forth in that motion were that due to an unexpected and immediate absence of defendants' attorney, Amy Gonzales, it would be necessary to request the court to extend the deadlines by sixty days. The court granted said motion and a new scheduling

order was entered on January 27, 2004.

## II.

After this new scheduling order was entered, defendants' attorney's law firm assigned the handling of this case to one of its other attorneys. Unfortunately later, this attorney and a partner left the law firm and this departure caused numerous problems and delays in the handling of files in the firm, including the above styled and numbered cause.

Defendants' attorney's law firm was hopeful at this point in time that Amy Gonzales would be returning to the firm and due to her previous extensive knowledge of this particular case, that she could come back and take over the handling of this file; however, unfortunately, it was then learned that Mrs. Gonzales would not be able to return to the practice of law and had to resign from the firm. This caused even more problems and delays in the firm's handling of its cases, including the above styled and numbered cause. Plaintiff's attorneys and defendants' attorneys were working cooperatively in this regard and were hopeful that upon Mrs. Gonzales' return, that this case could then move forward under the current scheduling order deadlines and/or by other agreements of counsel.

The undersigned defendants' attorney, who has now taken over this case, just became aware of the fact that the dispositive motion deadline was actually set, by inadvertent error or mistake, prior to the discovery deadline expiring. As is usual and customary, discovery should be completed first and then dispositive motions filed. Unfortunately, this was not known until now and these defendants were not able to file dispositive motions because discovery has not been completed and cannot be completed by the current deadline. Therefore, this is another reason defendants request that the court extend the current scheduling deadlines in order that they can properly complete

discovery and be in a position to file dispositive motions, including, but not limited to, arguing qualified immunity for the individual defendants, if warranted.

### III.

Plaintiff's attorneys have likewise had numerous scheduling conflicts which have prevented them from being able to adequately complete all of their necessary and required discovery as it relates to the continued handling of this case. These scheduling conflicts include preparation for trial in *U.S. vs. Cornelius Hernandez*, M-03-1076-02 *(complex medicare fraud case set for trial May 4, 2004)*; *Jorge Alberto Flores, et. al., vs. Ford Motor Company, et. al.*, Cause No. 2002-10-4004-C *(products liability case set for trial June 1, 2004 in the 197th Judicial District Court)*.

### IV.

Due to defendants' and plaintiff's attorneys being unable to completely and properly prepare this case for resolution, including but not limited to, possible resolution at a mediation, and further due to the fact that it will be impossible to comply with the current scheduling order deadlines, including but not limited to, completion of discovery by May 14, 2004, and including having this case ready and prepared for trial by August 9, 2004, these parties jointly propose that the court enter a new scheduling order and extend the deadlines as requested herein. Specifically, it is proposed that the court enter a Rule 16 Scheduling Order as follows:

1. Discovery must be completed by August 30, 2004;
2. Dispositive motions are to be filed by September 30, 2004;
3. Joint Pre-Trial Order is due by October 25, 2004;
4. Final Pre-trial Conference is set for the _____ day of November, 2004 at _____.
5. Jury Selection is set for December 6, 2004 at 9:00 a.m., before Magistrate Judge John

Wm. Black; and

6. Trial before Magistrate Judge John Wm. Black will be held after Jury Selection on December 6, 2004.

Plaintiff and defendants' attorneys submit these proposed dates strictly in the spirit of showing the court that they have agreed to certain proposed deadlines and dates, if the court so chooses to use them; however, this joint motion is solely and primarily asking the court for relief to extend the current deadlines either by the dates proposed herein or by whatever dates the court deems appropriate and reasonable.

## V.

Plaintiff and defendants file this request for extension as it has now become apparent that there is a definite need for additional time in order for this case to be ready for trial and/or resolution at mediation. This request is being filed before the discovery deadline has expired. This request is not made to delay these proceedings but is made for just cause as is set out hereinabove. This is a joint motion by both plaintiff and defendants and therefore this motion is unopposed.

WHEREFORE, PREMISES CONSIDERED, the plaintiff and defendants respectfully request that this motion be granted and that the pending deadlines pursuant to the court's current Rule 16 Scheduling Order be extended as requested and proposed herein.

Signed on May 3, 2004.

Respectfully submitted,

WILLETTE & GUERRA, L.L.P.
1534 East 6th Street, Suite 200
Brownsville, Texas 78520
Telephone: (956) 541-1846
Facsimile: (956) 541-1893

By: _____
　　CHARLES WILLETTE
　　State Bar No. 21509700
　　USDC Adm. No. 1937

**ATTORNEYS FOR DEFENDANTS**


MICHAEL RODRIGUEZ, P.L.L.C
ATTORNEY AT LAW
1000 E. Madison
Brownsville, Texas 78520
Telephone: (956) 574-9333
Facsimile: (956) 574-9337

By: _____
　　MICHAEL RODRIGUEZ
　　State Bar No. 00791553
　　USDC Adm No. 18759


RODRIGUEZ, COLVIN, CHANEY & SAENZ, L.L.P.
1204 E. Van Buren St.
Brownsville, Texas 78522
Telephone: (956) 542-7441
Facsimile: (956) 541-2170

By: _____
　　TERI L. DANISH
　　State Bar No. 05375320
　　USDC Adm No. 12865

**ATTORNEYS FOR PLAINTIFF**

## CERTIFICATE OF CONFERENCE

This is a joint motion and therefore this motion is unopposed.

_____
Charles Willette

_____
Michael Rodriguez

_____
Teri L. Danish

## CERTIFICATE OF SERVICE

I, hereby certify that on May 3, 2004, a true and correct copy of the above and foregoing instrument has been served on all counsel of record via Certified Mail, Return Receipt Requested as herein below noted:

Ms. Teri Danish
Rodriguez, Colvin & Chaney, L.L.P.
1201 E. Van Buren
Brownsville, Texas 78520

Mr. Michael Rodriguez
Attorney at Law
1000 E. Madison Street
Brownsville, Texas 78520

_____
Charles Willette