United States District Court
Southern District of Texas
ENTERED

MAY 0 6 2004

Michael N. Milby, Clerk of Court
By Deputy Clerk  Dahumada

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| PAULA  REYNOLDS | § | |
| *Plaintiff* | § | |
| | § | CIVIL ACTION NO. B-03-056 |
| VS. | § | |
| | § | (JURY REQUESTED) |
| THE CITY OF LOS FRESNOS, TEXAS, | § | |
| TOM ANDREWS, MANUEL ABREGO, | § | |
| JUAN C. SIERRA, IDA GARCIA, | § | |
| MIGUEL MENDOZA, RAY GARCIA, | § | |
| GONZALO ACEVEDO, AND PAM | § | |
| DENNY INDIVIDUALLY AND IN | § | |
| THEIR OFFICIAL CAPACITIES | § | |
| *Defendants* | § | |

## ORDER GRANTING PLAINTIFF AND DEFENDANTS' JOINT MOTION TO EXTEND RULE 16 SCHEDULING ORDER DEADLINES

CAME ON this date to be considered Plaintiff and Defendants' Joint Motion to Extend Rule 16 Scheduling Order Deadlines and the court having considered said motion determines that it should be granted and said motion to extend Rule 16 Scheduling Order Deadlines is hereby GRANTED.

IT IS FURTHER ORDERED that pursuant to a Rule 16 Scheduling Order filed by the court on January 27, 2004:

1.    Discovery must be completed by August 30, 2004;

2.    Dispositive motions are to be filed by September 30, 2004;

3.    Joint Pre Trial Order is due by October 25, 2004;

4.    Final Pre-trial Conference is set for the *17TH* day of November, 2004 at *1:30 P.M.*

5.    Jury Selection is set for December 6, 2004 at 9:00 a.m., before Magistrate Judge John

Wm. Black; and

6.    Trial before Magistrate Judge John Wm. Black will be held after Jury Selection on

December 6, 2004.

Signed this _____ day of ~~April~~ MAY, 2004.

_____
UNITED STATES MAGISTRATE JUDGE