*20*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

JUN 0 3 2004

Michael N. Milby
Clerk of Court

| | |
|---|---|
| PAULA REYNOLDS § | |
| *Plaintiff* § | |
| § | CIVIL ACTION NO. B-03-056 |
| VS. § | |
| § | (JURY REQUESTED) |
| THE CITY OF LOS FRESNOS, TEXAS, § | |
| TOM ANDREWS, MANUEL ABREGO, § | |
| JUAN C. SIERRA, IDA GARCIA, § | |
| MIGUEL MENDOZA, RAY GARCIA, § | |
| GONZALO ACEVEDO, AND PAM § | |
| DENNY INDIVIDUALLY AND IN § | |
| THEIR OFFICIAL CAPACITIES § | |
| *Defendants* § | |

**DEFENDANTS' DESIGNATION OF ATTORNEY IN CHARGE**

TO THE HONORABLE JUDGE OF THE UNITED STATES DISTRICT COURT:

COME NOW, City of Los Fresnos, Texas, Tom Andrews, Manuel Abrego, Juan C. Sierra, Ida Garcia, Miguel Mendoza, Ray Garcia, Gonzalo Acevedo, and Pam Denny, individually and in their official capacities, Defendants in the above-styled and numbered cause, and hereby files its designation of attorney in charge:

Eileen M. Leeds
State Bar No. 00791093
Federal I.D. No. 16799

WILLETTE & GUERRA, L.L.P.
1534 East 6th Street, Ste. 200
Brownsville, Texas 78520
Telephone: (956) 541-1846
Facsimile: (956) 541-1893

as attorney-in-charge on its behalf to have full control and management of its cause and to receive

02-151 Recio: atty-in-charge
Page 1

all further communications from the Court and other counsel relating to this cause.

Respectfully submitted,

WILLETTE & GUERRA, L.L.P.
1534 East 6th Street, Ste. 200
Brownsville, Texas 78520
Telephone   : (956) 541-1846
Facsimile   : (956) 541-1893

By: *Eileen Leeds*
Eileen M. Leeds
State Bar No. 00791093
USDC Adm. No. 16799

Analisa Figueroa
State Bar No. 24033029

**ATTORNEYS FOR DEFENDANTS**

**CERTIFICATE OF SERVICE**

I hereby certify that on this the 3rd day of June, 2004, a true and correct copy of the above and foregoing instrument has been forwarded to all counsel of record as noted hereunder.

Ms. Teri Danish
Rodriguez, Colvin & Chaney, L.L.P.
1201 E. Van Buren
Brownsville, Texas 78520

Mr. Michael Rodriguez
Attorney and Counselor at Law
1000 E. Madison Street
Brownsville, Texas 78520

*Eileen Leeds*
Eileen M. Leeds