# CHAPTER 4

## PERFORMANCE EVALUATION & COMPENSATION

### § 4-01.  SALARY AND WAGE PLAN

Subject to approval by the City Council, the City Administrator shall prepare and administer a written compensation plan for City employees.  This compensation plan shall be prepared annually, and submitted to the City Council for approval at the time of adoption of the annual City budget.  City employees shall be paid salaries of wages in accordance with the compensation plan.

### § 4-02.  EMPLOYEE PAY SCHEDULE

All employees will be paid weekly on Friday.  Pay dates falling on a recognized holidays will be scheduled for the preceding workday.

When an employee is on authorized leave, the employee may pick up his/her paycheck from the Finance Department, or have an authorized representative pick it up.

### § 4-03.  EMERGENCY DUTY PAY

Employees called back to work in emergencies, shall be compensated in accordance with established overtime policies.

### § 4-04.  OVERTIME AND COMPENSATORY TIME

All non-exempt employees are eligible to receive overtime in accordance with the Fair Labor Standards Act.  Overtime, when ordered for the maintenance of essential City functions, shall be allocated as evenly as possible among all employees qualified to perform the work.  For all scheduled and approved time worked in excess of a regular work week, compensation will be at the rate of one and one-half (1½) times the employee's regular base pay.  Overtime will be allocated for all time worked over forty (40) hours per week, unless such employees are exempt from overtime pay. No sick time, vacation time, holiday time, or time taken for jury duty, or for traveling to and from schools, conferences, or seminars, shall be considered when determining overtime pay.  All overtime work must be clearly reflected on the employee's time record before it is approved.

A non-exempt employee who works overtime during a workweek shall, at City's discretion, either:

  (1)  Be compensated at a rate of one and one-half (1½) times his/her regular rate for all overtime hours worked; or

  (2)  with the mutual agreement of the employee and department head be given compensatory time at a rate of one and one-half (1½) hours compensatory time for each overtime hour worked.

An exempt employee who works overtime during a workweek, may be given compensatory time at a rate of one and one-half (1½) hours compensatory time for each overtime hour worked.

### § 4-05.  EMPLOYEE PERFORMANCE EVALUATION

The work performance of each regular employee shall be evaluated in accordance with appraisal procedures developed and approved by the City Council.  An employee shall be evaluated at least annually.  Special evaluations may be conducted if requested by the department head, and approved by the City Administrator.  Performance evaluation

reports shall be on forms provided by the City Administrator through the Personnel Office. All performance evaluation reports shall be signed by the employee, and permanently placed in the employee's personnel file. Employees shall be provided copies of their performance evaluation reports if requested.

The performance evaluation is designed to help supervisors and employees measure how well work is being performed, and to provide a tool for management decisions regarding pay increase, promotions, and retention of employees.

Evaluators shall discuss the evaluation results with the individual employees, and shall counsel them regarding their careers, and any improvement in performance which appear desirable or necessary. Employees dissatisfied with their performance evaluation may seek reconsideration by using the established Voluntary Grievance Procedures found in § 7-07 hereof.

## § 4-06. TERMINATION PAY

Employees who leave the service of the City shall receive all pay which may be due to them in accordance as follows:

(a) A non-exempt employee will be paid for any hours worked, and for any overtime compensation due to him or her, or compensatory time off. Exempt employees will be paid for hours worked only.

(b) Only employees who have successfully completed their probationary period shall be paid for unused vacation time earned.

(c) Any indebtedness to the City which the employee might have incurred, shall be deducted from his/her final paycheck.

(d) If an employee dies while employed by the City, the City shall pay his/her designated beneficiary any unpaid pay, unused vacation time, and accumulated benefits.

(e) Terminated employees are required to turn in all records and other property of the City to their department head or another authorized person.

# CHAPTER 5

## ABSENCES AND LEAVES

### § 5-01.  HOLIDAYS

In addition to any days as may be declared by the City Council, the following days shall be observed as official holidays: New Year's Day, Good Friday, Memorial Day, Independence Day, Labor Day, Thanksgiving Day and the day after, Christmas Eve and Christmas Day.  Said official holidays shall be administered in accordance with the following rules:

(a)  All full time employees shall be entitled to all paid holidays

(b)  All part time employees who would normally have worked on a day of the week observed as a holiday, shall be entitled to holidays with pay for the number of hours they would have worked on that day if the holiday had not occurred.

(c)  As many employees as possible shall be given each holiday off, consistent with the maintenance of essential City functions.  All department heads shall insure that employees working unusual schedules, or on shifts, receive benefits for the full number of official holidays.

(d)  Employees required to work on a scheduled holiday shall be granted another day of paid leave or receive compensation in its place.  In the event that another day of paid leave is selected, it must be taken within thirty (30) days, or the employee will automatically receive compensation in its place.

(e)  If the holiday falls on Saturday, the preceding Friday shall be observed; if a holiday falls on Sunday, the following Monday shall be observed.

(f)  To receive pay for a holiday, an employee must be scheduled to work on the holiday, or be on authorized leave.

(g)  Employees desiring to observe religious holidays not coinciding with official holidays, may be given time off without pay, or may be authorized to use accrued vacation leave.

### § 5-02.  VACATION

Vacation accrual for permanent employees begins on their date of appointment.  Vacation time is accumulated as reflected below.  Vacation time may not be accrued to exceed a total of two years authorized vacation leave.  On January 1 of each year, all accrued vacation time in excess of the amount authorized will be dropped from the vacation leave roster.  The number of days vacation authorized, will be as prescribed by the City Council, but not less than the following schedule.

Paid vacations may be taken according to the following schedule:

| Length of Service | Vacation Allowed | Maximum Accruable Vacation Leave |
|---|---|---|
| 1 year | 5 days | 10 days |
| 2 through 3 years | 10 days | 20 days |
| 4 through 5 years | 12 days | 24 days |
| 6 through 10 years | 15 days | 30 days |
| 11 years & over | 20 days | 40 days |

-15-

Vacation leave shall be administered according to the following rules:

    (a)  Vacation leave shall accrue from the date of employment, including the probationary period.

    (b)  Employees shall not be eligible to take vacation leave until completion of one year

    (c)  After the employee's first year of service, employees shall be encouraged to use their full vacation allowance before the end of each fiscal year. Unused vacation leave may be carried over into the following fiscal year. see vacation schedule. All unused vacation time in excess of the maximum accrual allowable shall be forfeited.

    (d)  When a regularly scheduled holiday occurs during the period of an employee's vacation, an additional day of leave shall be granted.

    (e)  Vacation leave shall be charged only for time during which the employee would ordinarily have worked.

    (f)  Employees being laterally transferred, promoted, or demoted shall retain any accrued vacation leave.

    (g)  Vacation leave credits are not transferable between employees.

    (h)  Before going on unpaid leave, employees are encouraged to exhaust accrued vacation when a Family Medical Leave Act (FMLA) qualifying event occurs.

## § 5-03. SICK LEAVE

All full time employees shall earn sick leave at the rate of eight (8) hours per month, for a total of ninety-six (96) hours of sick leave per year, after the (thirty) 30 day waiting period. Part time, temporary, and seasonal employees shall not earn sick leave.

Sick leave is granted by the City for the purpose of permitting an employee to be relieved of his/her duties during his/her actual illness or injury, or when an employee is required to attend to his/her spouse or minor children who are ill or incapacitated, and who also reside in the same household as the employee. Sick leave may also be used for dental and ocular appointments. Employees who use their sick leave without just cause may be dismissed.

Supervisors may require a doctor's statement from any employee who uses any sick leave credit if deemed warranted. Also, employees missing more than three (3) consecutive workdays due to illness or injury shall provide a statement from his/her doctor regarding the illness. Failure to do so, may result in dismissal, suspension, and/or forfeiture of such pay.

Non-civil service employees may accumulate sick leave benefits up to a maximum of nine hundred and sixty (960) hours [one hundred and twenty (120) days] and shall be administered according to the followings rules:

    (a)  Sick leave shall accrue from the date of employment, including the probationary period, after a (thirty) 30 day waiting period.

    (b)  Sick leave may not be taken in advance of its being earned.

    (c)  If an employee becomes ill and cannot report for work, the employee must report his/her absence to his/her immediate supervisor on or before his/her regular reporting time, so that such absence be charged to sick leave. Failure to report in, will cause an employee's absence to be charged to leave without pay.

(d) An employee who becomes ill or injured during a vacation may request that the vacation be terminated and the time of illness be charged to sick leave. Such requests must be made immediately to the department head, or no later than the first regularly scheduled work day following vacation. A doctor's statement will normally be required in such instances.

(e) After an employee's accumulated sick leave has been exhausted, accrued vacation may be used as sick leave. When absence due to illness exceeds the amount of paid leave earned and authorized, the pay of an employee shall be discontinued until he/she returns to work.

(f) An employee who is pregnant may use accrued sick leave for maternity purposes prior to delivery and for a reasonable time following delivery, as may be deemed necessary by her physician.

(g) An employee terminating from employment with the City, must submit certification of illness from a doctor before being eligible to use sick leave in the last two (2) calendar weeks of employment.

(h) Accumulated sick leave will not be compensated for in any way, at the time of termination, whether by resignation, retirement, or dismissal, for non-civil service employees.

(i) An employee may use accrued sick leave to attend funerals and handle any necessary funeral details.

(j) Before going on unpaid leave, employees are encouraged to exhaust accrued sick leave when a Family Medical Leave Act (FMLA) qualifying event occurs.

## § 5-04.  BEREAVEMENT LEAVE

Bereavement leave shall be taken in accordance with section § 5-03, subsection (i).

## § 5-05.  MILITARY LEAVE

Full time employees of the City who are members of the State Military Forces, or members of any of the Reserve Components of the Armed Forces of the United States, are entitled to leave of absence from their duties for up to fifteen (15) days in any one calendar year, without loss of vacation time or salary. Said leave may be used for all days during which they are engaged in authorized training or duty. Requests for approval of military leave must be accompanied by copies of the relevant military orders. Military leave in excess of fifteen (15) days will be charged to vacation leave or leave without pay.

Full time employees of the City who enter active duty with the State Military Forces, or with the Armed Forces of the United States, are entitled to be restored to employed subject to the provisions of the law upon honorable release from active duty, provided an appropriate position is available. Reemployment of such individuals are subject to the approval of the City Administrator.

## § 5-06.  ADMINISTRATIVE LEAVE WITH PAY

Administrative leave with pay will be granted by the City Administrator according to the following guidelines:

(a) Employees on duty on the date of any national, state, or local election, and who are eligible to vote in such elections, shall be granted time off without loss of pay or benefits, to exercise this right if they cannot reach their polling place outside of working hours before they close. Evidence of voter registration and voting may be required by the supervisor.

(b) Employees shall be granted sufficient leave with pay when called for jury service or court duty. The employee shall provide his/her supervisor a copy of the jury or court summons. Employees excused or

-17-

released from jury service or court duty shall immediately report to their work station for the remainder of their shift.

(c) Employees who make donations of blood without receiving compensation for it, will be excused from duty without loss of pay or benefits. Employees will be excused for such times as it is necessary to make blood donations and to recuperate, if needed. The excused absence will not exceed four (4) hours and will be authorized for only the day of the donation.

(d) The City Administrator may grant an employee administrative leave with pay for purposes of attending a professional conference, convention, training activity, legislative proceeding, civic function or meeting, or for purposes of coordinating with governmental and private agencies and entities in the interest of the City.

## § 5-07.  FAMILY AND MEDICAL LEAVE ACT

Under the Family Medical Leave Act of 1993 (FMLA), any employee who has been employed for at least twelve (12) months and who has a minimum of 1,250 hours of service during the previous twelve month period, prior to the beginning of the leave, is entitled to twelve weeks of unpaid leave for the following:

(a) the birth of the employee's son or daughter, and care of the infant;

(b) the placement of a son or daughter with the employee for adoption or foster care;

(c) the care of a spouse, son, daughter or parent of the employee, if the spouse, son, daughter or parent has a serious health condition; or

(d) the employee's own serious health condition, which makes the employee unable to perform the functions of his or her job.

Additional provisions made by FMLA are the following:

(a) **Intermittent Leave** - Leave taken for the care of a sick spouse or other family members, or for a serious health condition of the employee, may be taken intermittently or on a reduced leave schedule. Leave taken for the birth, adoption, or foster care of a child, may not be taken intermittently, unless the employee's request for such is approved by the City Administrator.

(b) **Deduction of Leave Time** - In order to lessen the impact of the loss of wages due to family and medical leaves, the City will recommend that the employee substitute for any portion of the family and medical leave, any or all, vacation and/or sick leave accrued by the employee.

(c) **Medical Certification** - The City will require that the employee submit a certified medical statement and reasonable intermittent statement of medical care as the leave continues. The City reserves the right to challenge the medical certification, at the City's expense, and require the employee to submit to a complete examination by a doctor designated by the City.

(d) **Employment Status** - When an employee returns from such leave, he/she will be restored to the position at the same pay. With the exception of civil service personnel, during the leave the employee does not accrue seniority or leave benefits.

(e) **Health Benefits** - The City will maintain coverage under the group health plans for the employee during the leave; however, employee contributions for dependent coverage will continue to be the responsibility of the employee, in accordance with the current rates established by the City.

-18-

### § 5-08.  AUTHORIZED LEAVE WITHOUT PAY

In circumstances not falling within other provisions of these rules. the City Administrator may authorize an employee to take leave without pay under mutually agreeable terms and conditions.   Employees taking leave without pay shall not lose or gain seniority.  All employee benefits will remain in effect during period of authorized leave without pay, for a period up to twelve (12) weeks.  Any employee who fails to return to work at the end of the authorized leave without pay, shall be administratively terminated.

### § 5-09.  ABSENCE WITHOUT LEAVE

An employee failing to report for duty, or remain at work as scheduled, without proper notification, authorization, or excuse, shall be considered absent without leave, and shall not be paid for the period involved.

Absence without leave for three (3) consecutive days in an employee's schedule, constitutes abandonment of duties, which shall result in dismissal.

## CHAPTER 6

## EMPLOYEE CONDUCT

### § 6-01.  ATTENDANCE

All employees are expected to report to work as scheduled, and to work their scheduled hours, and overtime, if necessary.  Employees shall be at their place of work in accordance with City and departmental policies and regulations.  Department heads shall establish work schedules and maintain daily employee attendance records.  The Personnel Office will maintain annual employee attendance records.

### § 6-02.  WORK STANDARDS

It shall be the duty of each employee to maintain high standards of cooperation, proficiency, and economy in his/her work for the City.  Department heads shall organize and direct the work of their departments to achieve these objectives.  If work habits, attitude, production and/or personal conduct of an employee becomes a problem, supervisors should point out the deficiencies at the time they are observed, and take appropriate action.  Counseling and warning the employee in sufficient time for improvement should ordinarily precede formal disciplinary action, but nothing herein shall prevent immediate formal action as provided elsewhere in these policies whenever the interest of the City requires it.

### § 6-03.  POLITICAL ACTIVITIES

Except as may be otherwise provided by law, the following restrictions on political activity shall apply to City employees:

    (a)  Employees shall refrain from publicly using their positions, for or against, any candidate for public office in any jurisdiction.

    (b)  No employee, while on duty, shall take an active part in any political campaign of another person for an elective position of the City.  The term "active part" means making political speeches, passing out cards or other political literature, writing letters, signing petitions, actively and openly soliciting votes, and making public remarks about the candidates.

In compliance with the Texas Election Code, electioneering is prohibited during the voting period and within one hundred (100) feet of an outside door, through which a voter may enter the building in, which a polling place is located.  During the time that absentee voting is being conducted, the distance is reduced to thirty (30) feet.

    (c)  Employees may not be required to contribute money, labor, time, or any other valuable thing to any person for City election purposes.

    (d)  No employee may hold, with or without remuneration, an appointive or elective City office of public trust, partisan office in any jurisdiction, or any other office, where service would constitute a direct conflict of interest with City employment.

### § 6-04.  SOLICITATION

Solicitation of contributions, or anything of value, for any purpose whatsoever, shall be permitted of or by City employees on the job only with the expressed approval of the City Administrator.  No employee may be required to make any contribution or may be penalized or rewarded in any way, in connection with his/her employment according to his/her response to the solicitation.

## § 6-05.  OUTSIDE EMPLOYMENT

Although outside employment is not expressly prohibited by the City, employees who work other jobs on their own time must remember that their first responsibility is to the City.  If a second job leads to excessive absenteeism, tardiness, or poor performance, the employee may be asked to choose between the two jobs.  Any employee subject to recall or emergency duty, must receive written permission from the City Administrator or department head to work a second job.  The City Administrator and department head may establish certain conditions before granting this permission, e.g., work must be located within the City, or within a reasonable commuting distance; the outside employer may be required to excuse employee to answer emergency calls, employment would not create any conflict or embarrassment to the City, etc.  City Administrator must have permission from City Council before seeking outside employment.  Therefore, no employee may hold a position with any other local governmental entity, the nature of which places that employee in a position of title.  Title, as used here, shall mean a position which gives the employee overall or final authority for the work he or she performs.  Violation of this policy section may be grounds for dismissal or disciplinary action.

## § 6-06.  PERSONAL APPEARANCE

All employees, regardless of work location and degree of public contact, are expected to maintain a good personal appearance, and an acceptable standard of cleanliness and personal hygiene at all times.

## § 6-07.  CONFLICT OF INTEREST, SOLICITATION, AND GIFTS

No officer or employee of the City shall solicit or accept, directly or indirectly, any gift, favor, privilege, or employment having a monetary value in excess of twenty-five dollars ($25.00) from any person, firm, or corporation doing business with, or seeking to do business with the City, during the term of office of such officer, or during the employment of such employee of the City, and in connection with such office or employment, except as may be authorized by ordinance or on behalf of the City and for its benefit.  Under no circumstance shall cash or any instrument of cash having monetary value be accepted.  No officer or employee of the City who is employed, directly or indirectly, by any person, firm, or corporation doing business with, or seeking to do business with the City, shall in any manner participate in any discussion or decision of any agency, board, commission, or instrumentality of the City, having to do with the business done, or sought, to be done with the City by such person, firm or corporation, without first declaring publicly such employment.

## § 6-08.  GENERAL DEPORTMENT

The attitude and deportment of a City employee, whether in public or private, should at all times be such, as to promote the good will and favorable attitude of the public toward the City administration, and its programs and policies.

## § 6-09.  SEXUAL HARASSMENT AND DISCRIMINATION

The City of Los Fresnos is committed to providing a work environment that is free of discrimination and unlawful harassment.  Actions, words, jokes, or comments based on an individual's sex, race, ethnicity, age, religion, disability or any other legally protected characteristic will not be tolerated.  The City of Los Fresnos is also committed to a work environment free of inappropriate and disrespectful conduct, illustrations, and communications of a sexual nature.  Consequently, and in an effort to avoid even the appearance of impropriety, this policy against sexual harassment in some respects, may exceed the requirements of applicable law.  The City of Los Fresnos strongly opposes sexual harassment in any form.  It does not matter whether the victims are male or female.  Sexual harassment is against company policy and is a violation of Title VII of the Civil Rights Act of 1964, as well as the applicable laws of the state.

## § 6-10.  DEFINITION OF SEXUAL HARASSMENT

For purposes of this policy, sexual harassment is defined as unwelcome or unwanted sexual advances, requests for sexual favors, or other verbal, non-verbal or physical conduct of a sexual nature when: (1) submission to or rejection of this conduct by an individual, is used explicitly or implicitly, as a factor in decisions affecting hiring, evaluation, promotion, or other aspects of employment; or (2) this conduct substantially interferes with an individual's employment or creates an intimidating, hostile or offensive work environment.

Examples of sexual harassment include, but are not limited to, unwanted sexual advances; demands for sexual favors in exchange for favorable treatment or continued employment; repeated sexual jokes, flirtations, advances or propositions; verbal abuse of a sexual nature; graphic, verbal commentary about an individual's body, sexual prowess or sexual deficiencies; leering; whistling; touching; pinching; assault; coerced sexual acts; suggestive insulting, obscene comments or gestures; and display in the workplace of sexually suggestive objects or pictures.

This behavior is unacceptable in the workplace itself, and by any owner, partner or employee in any business-related setting outside the workplace, including but not limited to other work-related settings such as business trips, court appearances and business-related social events.

## § 6-11.  REPORTING A COMPLAINT

### A.  Informal Procedure

The City of Los Fresnos encourages individuals who believe they are being harassed to clearly and promptly notify the offender that his or her behavior is unwelcome.  If for any reason an individual does not wish to approach the offender directly, or if such discussion does not successfully end the harassment, the individual should notify a member of the Committee [as described below] who may talk to the alleged harasser, or arrange for mediation between the individual and the alleged harasser, with a third person acceptable to both.  This informal procedure is not a required first step for the reporting individual.

### B.  Formal Procedure

In the event that the reporting individual does not wish to pursue the informal procedure, or in the event that the informal procedure does not produce a result satisfactory to the reporting individual, the following steps should be followed to report the sexual harassment complaint and to initiate a formal procedure:

#### 1.  Notification of a Member of the Staff

An individual who believes he or she has been subjected to sexual harassment should report the incident to any member of the Committee.  The current members of the committee are the department head or City Administrator.

#### 2.  Description of Misconduct

An accurate record of objectionable behavior is necessary to resolve a formal complaint of sexual harassment.  All complaints of sexual harassment must be reduced to writing by either the reporting individual or the individual(s) designated to receive complaints.

#### 3.  Time for Reporting a Complaint

Prompt reporting of complaints is strongly encouraged, as it allows for rapid response and resolution of objectionable behavior or conditions for the reporting individual and any other affected employees.

-22-

The City has chosen not to impose a limited time frame for the reporting of sexual harassment complaints. However, the reporting individual should be aware that applicable statutes of limitations do constrain the time for instituting outside legal action.

**4. Protection Against Retaliation**

The City of Los Fresnos will not retaliate against an individual who makes a report of sexual harassment, nor permit any employee to do so. Retaliation is a very serious violation of this policy, and should be reported immediately. Any individual found to have retaliated against an individual for reporting sexual harassment, or against anyone participating in the investigation of a complaint, will be subject to appropriate disciplinary procedures as described below. (See "Resolving the Complaint.")

## A. Confidentiality

Any allegation of sexual harassment brought to the attention of the department head or City Administrator, will be promptly investigated. Confidentiality will be maintained throughout the investigatory process to the extent practical and appropriate under the circumstance.

## B. Identification of Investigators

Complaints will be initially investigated by the department head or City Administrator to whom it was reported, unless they determine another person should be the investigator.

## C. Investigator Process

The investigation process may include any or all of the following:

(a) Confirm name and position of the reporting individual.

(b) Identify the alleged harasser.

(c) Thoroughly ascertain all facts in connection with the alleged incident, beginning by interviewing the reporting individual and the alleged harasser. Questions of all parties should be asked in a non-judgmental manner.

(d) Determine the frequency/type of alleged harassment and, if possible, the dates and locations where alleged harassment occurred.

(e) Find out if any witness observed the alleged harassment. If the reporting individual and the alleged harasser present conflicting versions of the facts, interview any witnesses.

(f) Ask how the reporting individual responded to the alleged harassment, and determine what efforts, if any, at informal resolution, of the matter were made.

(g) Determine whether the reporting individual consulted anyone else about the alleged harassment, and take note of who else knows, and their response to the disclosure.

(h) Develop a thorough understanding of the professional relationship, degree of control, and amount of interaction, between the alleged harasser and reporting individual.

-23-

(i) Determine whether the reporting individual knows of, or suspects, that there are other individuals who have been harassed by the alleged harasser.

(j) Determine whether the reporting individual informed other partners or supervisors of the situation, and what response, if any, the reporting individual received from these individuals.

(k) During the first interview with the alleged harasser, remind the alleged harasser of the City's policy against retaliation for making a complaint of sexual harassment.

In pursuing the investigation, the investigator will try to take the wishes of the reporting individual into consideration, but should thoroughly investigate the matter, keeping both parties informed as to the status of the investigation.

## § 6-12.  RESOLVING THE COMPLAINT

Upon completing the investigation, the City Council will review the investigation, make findings, and will decide upon appropriate action to be taken, and will communicate its findings and intended actions, to the reporting individual and alleged harasser.  If the City Council finds that harassment occurred, the harasser will be subject to appropriate disciplinary procedures.

### A. Sanctions for harassment

Individuals found to have engaged in misconduct constituting sexual harassment shall be disciplined.  Appropriate sanctions will be determined by the City Council.  In addressing incidents of sexual harassment, the City's response at a minimum, will include reprimanding the offender and preparing a written record.  Additional action may include: referral to counseling, withholding of a promotion, reassignment, temporary suspension without pay, reduction in allocation, discharge, or removal or expulsion from the City.

## § 6-13.  RULES OF CONDUCT

The City Administrator or department head may take disciplinary action against an employee for the following:

(a) Illegal, unethical, abusive, or unsafe acts.

(b) Violation of City rules, regulations, policies or procedures.

(c) Insubordination.

(d) Leave under false pretenses.

(e) Incompetence.

(f) Neglect of duties.

(g) Theft.

(h) Participation in prohibited political activities.

(i) Unauthorized soliciting while on duty.

(j) Excessive or unauthorized absenteeism and tardiness.

(k) Failure to conduct himself/herself in a courteous and proper manner while on duty.

-24-

(l)  Falsification of official documents or records.

(m) Unauthorized use or disclosure of official information.

(n)  Unauthorized use of official authority.

(o)  Possession, use, or being under the influence, of alcoholic beverages or of drugs, not prescribed by a physician, while on duty.

(p)  Willfully or negligently damaging City equipment, tools, machines, and/or property.

(q)  Wasting materials and supplies.

(r)  Carelessness, recklessness, and/or engaging in horseplay.

(s)  Abuse of illness, injury, disability leave, or other benefits.

(t)  Any threat or physical attack on any supervisor or co-worker.

(u)  Failure to properly document time and attendance records.

(v)  Sexual harassment and discrimination.

This list is to illustrate the more common causes and is not intended to be all inclusive.

CHAPTER 7

DISCIPLINE, APPEALS, & GRIEVANCES

## § 7-01.  WORK ETHIC AND DISCIPLINARY POLICY

The City expects its employees to accept reasonable and appropriate work assignments willingly, and to perform them in a satisfactory manner.  Employees are also expected to comply with all rules, regulations, and policies pertaining to job performance standards, and personal conduct on the job.  If an employee fails to perform satisfactorily, or if his/her personal conduct is unacceptable, disciplinary action may be taken.

All reasonable efforts will be made insure due process to the employee.  The City will attempt to review and resolve all employee problems as promptly and equitable as possible, and at the lowest possible organization/supervisory level.  All employees will be provided with a fair, expedient, objective, and consistent means of resolving work related problems.

## § 7-02.  GROUNDS FOR DISCIPLINARY ACTION

The City Administrator or department head may take disciplinary action against an employee for any Rules of Conduct listed in Chapter § 6.13

## § 7-03.  TYPES OF DISCIPLINARY ACTION

Formal disciplinary action taken, shall be consistent with the nature of the deficiency, or infraction involved, and the record of the employee.  Formal disciplinary action shall include written reprimand, suspension, reduction in pay, demotion and dismissal.  Any of the foregoing types of formal disciplinary action may be invoked for a particular deficiency or infraction, depending upon the circumstances.  An employee may be formally warned at any time, that he/she may be dismissed or otherwise disciplined, for further unsatisfactory performance and/or conduct.  Nothing herein shall prohibit the administration of informal disciplinary action, such as oral reprimands.  Informal disciplinary action may be documented in the employee's official personnel file at the discretion of the department head.

Supervisory personnel are encouraged to consider the following as normal disciplinary transitional steps in situations requiring disciplinary action:

> **Verbal Warnings** with records of each warning being noted in the employee's official personnel file;

> **Written Reprimands** a copy of which the department head must provide to the employee, and deliver to the City Administrator before placement in the employee's official personnel file;

> **Suspension with or without Pay** or **Reduction in Pay** with prior written approval by the City Administrator.

> **Demotion** and/or **Dismissal** by the City Administrator, Department Head, or City Council.

Nothing herein is intended to negate the authority and responsibilities of a supervisor to take the disciplinary action they believe appropriate, based upon the relevant circumstances, nor prohibit the supervisor from immediately discharging an employee for the first instance of misconduct, depending upon the circumstances.

## §7-04.  WRITTEN REPRIMAND

In the interest of good discipline, an employee may be formally reprimanded in writing.  The reprimand shall describe the deficiency or infraction involved, the corrective action, and the likely consequence of further unsatisfactory

performance and/or conduct. The employee will be informed the written reprimand shall be kept in the employee's official personnel file

## § 7-05.  SUSPENSION

In the interest of good discipline, an employee may be suspended without pay for up to thirty (30) calendar days in any one (1) calendar year.

A notice of suspension must be given to the employee, and must describe the deficiency or infraction involved, the corrective action offered to the employee, and the likely consequences of further unsatisfactory performance and/or conduct. The suspension shall be permanently noted in the employee's official personnel file.

When an employee is under investigation for a crime or official misconduct, or is awaiting hearing or trial in a criminal matter, he/she may be suspended, with or without pay, for the duration of the proceedings, when such suspension would be in the best interest of the City and the public. If the investigation or proceedings clear the employee, he/she shall be eligible for reinstatement with back pay, and full benefits restored.

## §7-06.  DISCIPLINARY DEMOTION AND DISMISSAL

In the interest of good discipline, an employee may be demoted. A notice of demotion must be given to the employee which describes the deficiency or infraction involved, and which states the likely consequences of further unsatisfactory performance and/or conduct. The demotion shall be permanently noted in the employee's official personnel file, but the employee shall not be disqualified from consideration for later advancement.

An employee may also be dismissed from the City employment in the interest of good discipline. A notice of dismissal must be given to the employee, which describes the deficiency or infraction involved.

## §7-07.  VOLUNTARY GRIEVANCE PROCEDURE

A grievance is defined as a complaint about a condition of the work place, which the supervisor has the authority to correct. An employee may submit a grievance in writing, to his/her immediate supervisor within fifteen (15) days after the cause of the grievance arises or becomes known to the employee. If the grievance is ignored, or not satisfactorily resolved by the supervisor within ten (10) days of the time the grievance was submitted, the employee may present the grievance to the next higher supervisory level, and so on. If the subject matter of the grievance pertains to actions or omissions of the employee's immediate supervisor, the employee may present the cause of the grievance directly to the next higher supervisory level. The City Council constitutes the highest level of appeal for grievance purposes.

It is the responsibility of the immediate supervisor to evaluate a grievance, and, if he/she cannot resolve the situation directly, to submit the grievance with comments and recommendations, to the next higher level and so on. However, supervisors shall answer in writing or dispose of employee grievances as expeditiously as possible, conducting any investigations if necessary. Both supervisor and employee should make every effort to resolve grievances at the lowest level possible. Employees should be kept informed of the status of their grievances. Punitive action shall not be taken against any employee for submitting a grievance in good faith.

Nothing herein shall alter the at-will status of City employees.

# CHAPTER 8

## NONDISCIPLINARY TERMINATION

### § 8-01.  RESIGNATION

An employee may leave the employment with the City in "good standing" by giving two (2) weeks notice.  The City Administrator may waive any portion of the notice period.  The personnel records of any employee who resigned by giving proper notice, shall show that the employee resigned of his/her own accord.

### § 8-02.  LAYOFF

An employee may be laid off because of changes in duties, organizational changes, lack of work, or budget cutbacks.  Whenever possible, an employee laid off from one City department, shall be transferred to a suitable position elsewhere, provided said employee has the appropriate qualifications and job skills.  Whenever possible, at least two (2) weeks notice shall be given to an employee prior to layoff.  Layoffs shall be carried out on the basis of demonstrated job performance and efficiency, with the most proficient employees being retained the longest.  Seniority within City service shall be used to determine the order of layoff among employees with substantially equivalent records of job performance and efficiency, with the most senior employees being retained the longest.  Temporary employees shall be laid off before regular employees performing similar duties.  A layoff shall not be considered a disciplinary action.

Employees laid off, may be recalled back to their job or another similar job, for which they meet the minimum job requirements, and qualifications, in the reverse order of the layoff.  Employees being recalled, shall have precedence over other job applicants.  Employees recalled back to work shall report to work as instructed.  An employee failing to report back to work shall be considered as having forfeited his/her right to reemployment.

### § 8-03.  ADMINISTRATIVE TERMINATION

Any employee who does not return to work after the expiration of authorized leave without pay, will be administratively terminated.

### § 8-04.  RETIREMENT

Eligible employees may elect to retire from the City service in accordance with applicable retirement programs, if any.

# CHAPTER 9

## PERSONNEL RECORDS

### § 9-01. PERSONNEL FILES AND RECORDS

The Personnel Department shall maintain the official personnel files and records for all City employees. Unless otherwise provided by law, personnel files shall be confidential, and may not be used or divulged for purposes unconnected with the City personnel management, except with the permission of the employee(s) involved. Nothing herein shall prevent the dissemination of impersonal statistical information. An employee shall have a right of reasonable inspection of his/her official personnel files and records under appropriate supervision.

### § 9-02. CHANGE OF PERSONNEL STATUS OR NEW HIRING

Department heads shall submit in writing to the City Administrator recommended changes in the personnel status of their employees or requests to hire new employees prior to making any commitments to either existing employees or prospective new hires.

### § 9-03. PERSONNEL REPORTS

Department heads shall be responsible for providing the Personnel Department with all necessary employee reports and records associated with good personnel management for their department. Such records and reports shall include, but not be limited to, employee sick leave, vacation leave, attendance and overtime records, performance reports, counseling records, and all types of disciplinary action. Failure to do so may result in formal disciplinary action.

The Personnel Department or Department Heads shall prepare such narrative reports, statistical summaries, and other personnel reports as are necessary, or desirable, to provide useful information to the City Administrator and City Council.

## CHAPTER 10

## EMPLOYEE BENEFITS

### § 10-01.    MEDICAL/DENTAL BENEFITS

During their employment on a full time basis, all full time employees are provided with medical and dental insurance. Coverage shall begin immediately upon acceptance of the employee by the insurance underwriter. This insurance provides for payment of hospitalization and major medical expenses up to the limits of the policy, for illness and accidental injuries off the job. Coverage for other family members is available at the option of, and payable by, the employee through payroll deductions at the prevailing rates.

According to the Consolidated Omnibus Reconciliation Act of 1985 (COBRA), certain individuals are allowed the option of continuing their group health insurance under specified conditions. Any employee receiving a reduction in hours worked or terminated by the City, except in cases of gross misconduct, will be allowed to continue the insurance coverage up to a maximum of eighteen (18) months. Upon the occurrence of certain events, coverage for family members may be continued for up to thirty-six (36) months. Continuation of group health insurance will be discussed with the separating employee during the employee's separation briefing described in section § 7-05. Employees or family members that elect to continue coverage after being laid off or terminated, will be required to pay the entire cost of the premiums.

### § 10-02.    WORKERS' COMPENSATION INSURANCE

Any City employee injured as a result of duties performed in the course of his/her job, shall be eligible to receive workers' compensation benefits from the City's insurance carrier, at no expense to the employee. Workers' compensation benefits are intended to compensate workers with job related injuries or illnesses, by reimbursing them for income losses, and paying for medical and rehabilitation treatment. All injuries must be reported to the department head immediately, and the department head is responsible to notify the City Secretary.

### § 10-03.    SOCIAL SECURITY

All employees of the City are covered under the Federal Insurance Contributions Act (FICA). This type of government insurance, known as the "Federal Old Age, Survivors, and Disability Insurance" provides for benefits for retirement, disability, or upon death. This insurance is financed by social security taxes which are paid through payroll deductions by the employee. The City contributes a matching amount on behalf of the employee.

### § 10-04.    UNEMPLOYMENT INSURANCE

All employees of the City are covered under the Texas Unemployment Compensation Insurance Program and the Federal Unemployment Tax Act (FUTA). This program provides payments for unemployed workers in certain circumstances as provided by law.

# CHAPTER 11

## TRAVEL POLICY

### § 11-01. APPLICABILITY OF TRAVEL POLICY

This policy is applicable to all City employees and applies to all travel on City business outside the City limits, subject to budget limitations and authenticated expenses.

### § 11-02. AUTHORIZATION REQUIRED

The City Administrator may authorize travel leave and expenses for City business outside the City. All travel requests must be approved by the department head and City Administrator prior to its occurrence. Any employee traveling on official City business, shall leave word with their supervisor as to where they can be reached while out of the City. All travel requests must be submitted on forms provided for that purpose, as required by the City Administrator.

### § 11-03. TRANSPORTATION EXPENSES

Normally, when travel is required for City business, a City or personal vehicle may be used when such travel distances are within a fifty (50) mile radius. For travel beyond two hundred fifty (250) mile radius of the City, air transportation or the use of a City, or personal, vehicle may be authorized by the City Administrator.

All approved transportation expenses will be reimbursed as follows:

    (a)  When employees use their personal vehicles, all travel mileage shall be paid at the rate of 29¢ per mile plus any parking fees. A mileage report, and receipts for parking fees, shall be required.

    (b)  When City vehicles are used, all expenses incidental to the use of such vehicle (parking, gasoline, oil, repairs, etc.) shall be reimbursed. Receipts shall be required.

    (c)  When air travel is permitted, the cost of such airfare shall be reimbursed or paid by the City in advance. Additionally, reimbursement will be made for the use of rental cars, taxi or bus fares, provided such expenses are necessary and reasonable. Receipts shall be required.

Alternate routes which are desirable because of personal affairs of the traveler can be used, but only on the traveler's time, and with the traveler bearing the additional cost of the alternate route. Mileage and related expenses incurred on alternate routes must be reflected in the mileage report.

### § 11-04. FOOD AND LODGING

Whenever authorized by the City Council or City Administrator, food and lodging expenses associated with official City business travel, shall be paid on a *per diem* basis when overnight stay is required. The rate shall be paid in advance and not to exceed forty dollars ($40.00) per day. Lodging will be reimbursed at single rates, unless two or more employees occupy a single room, or otherwise approved by the City Administrator. It shall be the policy of the City to reimburse for only lodging that is economical and practical. Exceptions to this may be granted when cheaper hotel rooms are unavailable, or where conferences are held in, or nearby the hotel.

Whenever authorized by the City Administrator, food expenses associated with official City business, or continuing education not requiring overnight stay may be paid in advance and will not exceed ten dollars ($10.00) per meal. In addition, eligibility for said *per diem* when overnight stay is not required, is conditional in that the employee must have successfully completed the required probationary period as prescribed in Section § 3.01.

-31-

Reimbursement will not be made for personal telephone calls, alcoholic beverages, entertainment expenses, or other sundry items not relevant to the public purpose of the travel, except as provided in Section § 11 05. hereafter.

## § 11-05.  ENTERTAINMENT

The City Council realizes that from time to time, it is necessary to entertain dignitaries, and state, federal, and business representatives, whenever it may be deemed in the best interest of the City.  Such expenses may be reimbursed at the discretion of the City Administrator.  Receipts will be required before reimbursement can be made.  Whenever practical, prior authorization should be obtained from the City Administrator.

## § 11-06.  TRAVEL ADVANCES AND REPORTS

Minimum, but sufficient cash advances may be drawn from the City treasury by employees traveling on City business. All unused, unauthorized, or unapproved travel advances, shall be returned immediately upon return of the business trip.  An expenditure report shall be filed with the finance department within two (2) working days following the trip. Failure to submit an expense report will subject the employee to a payroll deduction for any funds to advanced.  All cash advance and expenditure reports, shall be submitted on forms provided for the purposes as required by the City Administrator.

# CHAPTER 12

## VEHICLE POLICY

### § 12-01.  PURPOSE OF VEHICLE POLICY

The purpose of this vehicle policy is to provide for the safe and effective utilization of the City vehicle fleet through rules, regulations, and procedures.

### § 12-02.  APPLICABILITY

These policies shall apply to all City owned vehicles and all persons assigned a vehicle, inclusive of operators and passengers.

### § 12-03.  USE OF CITY VEHICLES

All City equipment and vehicles are intended for official City business use only.  The City Administrator may extend said use, according to need and circumstance, to another public agency, or for uses beneficial to the general public. Use of City equipment and vehicles is limited to the Hidalgo, Willacy, and Cameron County area unless otherwise approved by the City Administrator.

### § 12-04.  OPERATION AND RIDERSHIP

Except for maintenance, service and repair, only City officials and employees are allowed to operate City vehicles. Ridership should be limited to employees or persons on official City business.  Due to the nature of certain employees being required to be on call and take a vehicle home, the City Administrator may exercise limited discretion in situations wherein the ridership policy might cause transportation difficulties to an employee required to be on standby and use a City vehicle.

Employees allowed to operate City vehicles between their places of residence and work shall be required to reside within a fifteen (15) minute drive to the City.

### § 12-05.  SAFETY, MAINTENANCE AND CARE

Personnel assigned the use of a vehicle, or piece of equipment, will be responsible for the maintenance and care of said vehicle/equipment.  Damage arising from misuse or neglect attributable to operator negligence is subject to review by the City Administrator, and subsequent repair at the expense of employee held responsible of same.

No one shall operate a City vehicle or piece of equipment that is unsafe; the operator will be responsible for exercising good judgment and performing a cursory inspection prior to operating said vehicle or equipment.  All operator and passengers will be individually accountable for abiding with all laws pertaining to vehicles and their operation.   No one is allowed to operate a City vehicle or piece of equipment while under the influence of alcohol, medication or drugs, that may alter judgment or reflex.  No person with corrective devices or appliances shall be allowed to operate City equipment or vehicles without said corrective devices or appliances being in place and in good repair.

### § 12-06.  VEHICLE LOG

It will be the responsibility of each operator of a City vehicle or piece of equipment, to properly fill out any paperwork associated with the use, mileage, gas/lubricant applications, or any other documentation, which may be required from time to time.

## CHAPTER 13

## DRUG AND ALCOHOL POLICY

### § 13-01. STATEMENT OF PURPOSE AND SCOPE

The City of Los Fresnos recognizes that alcohol and drug abuse in the work place, has become a major concern. We believe that by reducing drug and alcohol abuse, we will improve the safety, health, and productivity of employees. The objects of our drug abuse policy are to provide a safe and healthy work place for all employees, prevent accidents, and comply with Section 411.091 of the Texas Labor Code.

### § 13-02. STATEMENT OF POLICY

The use, possession, sale, transfer, purchase, or being under the influence of drugs or alcohol, while on the City of Los Fresnos property, or using company equipment, is prohibited. Employees may not report to work, with, under the influence of, or use of prescription drugs, if such drugs might affect the ability of an average person to operate or work around equipment, unless the employee has obtained the management's consent.

### § 13-03. DEFINITION OF DRUG

(a) For the purposes of this section, the term "drug" whenever it appears, includes illegal drugs, alcoholic beverages, illegal inhalants, other intoxicants, and prescription drugs, if the prescription drugs might affect the ability of an average person to work, unless the employee has informed the office coordinator or his immediate supervisor.

(b) While the City of Los Fresnos does not sponsor or endorse any specific drug treatment programs, such programs are available through public and private health care facilities in our area. Affected employees are encouraged to seek assistance for themselves and their dependents. The group health insurance offered to employees and their dependents, provides limited coverage for expenses related to drug treatment programs. See the office coordinator or refer to the plan description for details.

(c) The City of Los Fresnos does not offer, nor require participation in, drug and alcohol abuse education and training programs. However, various public and private facilities in our area offer such programs, and affected employees are encouraged to seek assistance.

(d) The City of Los Fresnos requires drug testing as a condition for employment.

### § 13-04. CONSEQUENCES OF VIOLATING THE DRUG AND ABUSE POLICY

Any employee violating this drug abuse policy, will be subject to disciplinary action and possible termination.

### § 13-05. POSSESSION AND USE OF AND SEARCH FOR ILLEGAL AND UNAUTHORIZED ITEMS

No employee of the City of Los Fresnos, or any employee of any contractor, sales company, or vendor, shall possess or bring onto City property any illegal drugs, firearms, or other weapons. This prohibition against firearms applies notwithstanding Texas legislation allowing a resident to carry a concealed handgun. Any City employee who is found in possession of any such illegal or unauthorized items, or who brings such items onto City property, will be subject to disciplinary action. Any employee or representative of a contractor, sales company, or vendor, who is found in possession of any such illegal or unauthorized items, or who brings any such items onto City property, will not be permitted future entry, and is subject to criminal prosecution.

-34-

The City of Los Fresnos reserves the right to require individual employees and/or persons on its property to submit to inspection of their person and their personal property. These inspections may be random and periodic. All employees and persons must submit to such immediately upon request. Employees refusing are subject to disciplinary action. Everyone's person, as well as their purses, bags, packages, containers, personal possessions, desks, City facilities, equipment, and automobiles parked at or about City property, are subject to inspections.

## § 13-06.  VIOLATIONS

Any of the following actions constitutes a violation of this policy and may subject an employee to disciplinary action to include immediate termination.

(a) Using, selling, purchasing, transferring, possessing, manufacturing, or storing an illegal drug or drug paraphernalia , or attempting or assisting another to do so, while in the course of employment or engaged in a City sponsored activity, on premises, in owned, leased or rented vehicles, or on business.

(b) Working or reporting to work, conducting City business or being on City premises or in a City-owned, leased or rented vehicle, while under the influence of an illegal drug, alcohol, or in a mentally impaired condition.

(c) Switching, adulterating, or attempting to temper with any sample submitted for medical testing, or otherwise interfering or attempting to interfere with the testing process.

## § 13-07.  APPLICANT TESTING

Refusal to give written consent for a drug screening test will disqualify the candidate from consideration for employment.

(a) **Objectives** - To maintain the high professional standards of the City's workforce, it is imperative that individuals who use illegal drugs be screened out during the initial employment process before they are placed on the employment rolls of the City. This procedure will have a positive effect by reducing instances of illegal drug use by employees working for the City, and will provide for a safer work environment. For these reasons, drug testing shall be required of all prospective employees.

(b) **Vacancy Announcements** - Every vacancy announcement for positions designated for applicant testing shall include a statement stating that applicants tentatively selected for this position will be required to submit to pre-employment drug and alcohol testing to screen for illegal drug use prior to employment with the City. In addition, each applicant will be notified that employment in the position will be contingent upon a negative drug test result. Failure of the vacancy announcement to contain this statement notice will not preclude applicant testing, if advance written notice is provided to applicants in some other manner.

(c) **Consequences** - The City will decline to extend a final offer of employment to any applicant with a verified positive test result, and such applicant will not be considered for employment by the City for a period of one year. The City Administrator shall be directed to object to the applicant on the basis of failure to pass the drug test.

## § 13-08.  EMPLOYEE TESTING

Refusal by an employee to submit to screen testing will be considered cause for discharge.

(a) **Objective** - The City's objective is to provide a safe, drug free environment for employees.

(b) **When Required** -

1.  Testing may be required during routine physical examinations, such as annual physicals or return-to-work physicals.

2.  Any employee suspected of having caused, or contributed to an on-the-job accident, will be tested.

3.  Any employee involved in an on-the-job accident may be tested.

4.  Individual testing may be required when there is reasonable suspicion that drugs or alcohol is affecting job performance and conduct in the work place.

5.  Any employee may randomly be selected for drug testing on a quarterly basis.

## § 13-09.  DISCIPLINARY ACTION

Any employee suspected of violating this Policy may be immediately suspended without pay pending completion of an investigation.  During the course of an investigation, the suspected employee shall have the opportunity to provide an explanation.  In the event that a determination is made by the City that the employee violated the Policy, the employee shall be terminated.  Should the determination be made that no violation occurred, the employee will be reinstated without penalty and will be paid any lost wages.

## § 13-10.  COORDINATION WITH LAW ENFORCEMENT AGENCIES

The sale, use, purchase, transfer or possession of an illegal drug or drug paraphernalia is a violation of the law.  The supervisor will report information concerning possession, distribution, or use of any illegal drugs to law enforcement officials and will turn over to the custody of law enforcement officials any such substances found during a search of an individual or property.  Searches will only be conducted of individuals based on reasonable cause; and only of their vehicles, lockers, desks, closets, when based on reasonable suspicion.  The City will cooperate fully in the prosecution and/or conviction of any violation of the law.

## CHAPTER 14

## MISCELLANEOUS PROVISIONS

### § 14-01.  SAFETY

Each employee is required to adhere to all safety procedures set forth by the City, the state, and/or federal agencies. It is the obligation of all employees to report any unsafe conditions to the appropriate department heads and to inform their supervisor of any-on-the-job injury or accident.

### § 14-02.  COFFEE BREAKS

It is the policy of the City to allow one (1) fifteen (15) minute coffee break at the discretion of the department head and the City Administrator for every four (4) hours shift of work.  It shall be understood that coffee breaks are a privilege, not a right.  At such, the abuse of said privilege may lead to the revocation of said privilege.  At no time will coffee breaks accumulate for later use, or take precedence over the work situation on any given day.  All breaks shall be taken in a designated break area away from the work area.

### § 14-03.  NEWS RELEASES

All news releases regarding extraordinary events that may attract media attention, must be approved by the City Administrator prior to their release.

### § 14-04.  LUNCH PERIODS

The scheduling of employee lunch periods will be determined by the department head and/or City Administrator to facilitate serving the public and permitting efficient department operations.  Lunch periods shall not exceed one (1) hour in length except for business lunches, in which case the employee shall return to work within a reasonable time upon completion of the business lunch.

### § 14-05.  UNAUTHORIZED OR IMPROPER USE OF OFFICIAL BADGE OR UNIFORM

No official or employee whose duties involve the use of a badge, card, uniform or clothing insignia as evidence of authority, or for identification purposes, shall permit such badge, card, uniform or insignia to be used or worn by another person who is not authorized to use or wear of same, nor permit same to be out of his/her possession without good cause or approval of the City Administrator.   Such badge, card, uniform or insignia shall be used only in the performance of the official duties of the position to which they relate, or as may be otherwise approved by the City Administrator.

### § 14-06.  SMOKING IN THE WORKPLACE

Smoke or smoking shall be defined as the carrying or holding of a lighted pipe, cigar or cigarette of any kind, or any other lighted smoking equipment or device, and the lighting of, emitting or exhaling the smoke of a pipe, cigar or cigarette of any kind.

The City of Los Fresnos prohibits smoking in all buildings owned and occupied by the City for the purpose of public use.

## § 14-07. AIDS IN THE WORKPLACE

The City recognizes that many employees with life-threatening illnesses desire to lead normal lives, which includes working as long as their health permits. Employees with AIDS or other life-threatening illnesses, are entitled to the same employment benefits as are other City employees, who have had medical problems, and the City will make reasonable job accommodations where necessary. Employees with AIDS will be allowed to work as long as they are able to perform their job duties, and their illness presents no threat to themselves, other employees, or the general public. The City will reserve the right to require an employee to undergo a medical examination by a doctor chosen by the City, whenever there is a question of an employee's fitness to work. Every effort will be made by the City to counsel both the employee with AIDS and his/her co-workers.

# CONSENT AND RELEASE FORM

The City of Los Fresnos, Texas ("City") has a policy against drug and alcohol abuse and reserves the right to screen its employees and applicants for employment as an enforcement measure in providing a safe, healthy and productive working environment.

1.  By my signature below, I am freely and voluntarily agreeing and consenting to submit a personal specimen of urine and/or blood for chemical analysis and testing to determine or rule on the presence of illegal, abused or prohibited drugs/alcohol, or substances, in my body fluids.

2.  I hereby authorize the City's duly appointed collection facility, or testing laboratory, and their personnel, to obtain, process and test the specimen and to release and discuss the results of the analysis and test to the City Administrator of the City for employment purposes. This information will be handled as confidentially as is reasonably possible, shared only an a "need to know" basis.

3.  In understand a documented chain of custody exists to insure the identity and integrity of my specimen throughout the collection and testing process.

4.  As an applicant, I understand that if I have a positive test or refuse to submit to this drug/alcohol screening analysis and test, this will constitute voluntary withdrawal of my application for employment and no further consideration will be given. As a City employee, I understand that if I have a positive test or refuse to submit to this drug/alcohol screening analysis and test, this will constitute a violation of City policy and I will be subject to disciplinary action up to, and including termination, of employment. The non-prescription legal drugs and drugs for which I have a prescription that I take routinely, or have taken or ingested within the past thirty (30) days, are listed on the confidential questionnaire submitted to the testing facility. I understand that the information listed will be viewed only by the testing laboratory in the event the initial screening test is positive. The information will only be used to determine whether a false positive has occurred, to select the type of confirmation test to use, or to request an additional sample for other testing.

5.  I hereby release, forever discharge and hold harmless, the City, any physician, any technician, any medical facility and any laboratory facility and all of their respective officers, directors, employees, representatives, attorneys, and agents from any and all claims of whatever nature arising out of or in connection with any act of omission relating to any (i) examination, (ii) test, (iii) collection, (iv) procedure, (v) chain of custody, (vi) disclosure, (vii) analysis, (viii) diagnosis, (ix) inaccuracy, (x) report, or (xi) action performed. This paragraph applies to any negligence, sole negligence, comparative negligence, concurrent negligence, gross negligence, recklessness, wantonness, willfulness, error, act or omission of any of the individuals or entities covered hereby.

6.  I understand that like all other City forms, this form does not alter the employment at will relationship. I may terminate my employment at any time without cause and the City retains the same right.

Witness _____

Date: _____

Printed Name: _____

Social Security #: _____

City of Los Fresnos, Texas    Drug, Alcohol and Prohibited Items Policy Consent and Release Form    December 30, 1999

-39-

**STATE OF TEXAS**

**COUNTY OF CAMERON**

**CITY OF LOS FRESNOS**                    RESOLUTION _14-00_

**WHEREAS**, the City Council of the City of Los Fresnos hereby amends the personnel policy, Section 5.03, Sick Leave; and

**WHEREAS**, full time employees shall earn sick leave at the rate of six (6) hours per month, for a total of seventy-two (72) hours of sick leave per year, after the thirty (30) day waiting period.

**WHEREAS**, full time employees may accumulate sick leave benefits up to a maximum of seven hundred and twenty (720) hours ( ninety (90) days) .

**WHEREAS**, the personnel policy shall add that all full time employees shall earn personal leave at the rate of two (2) hours per month, for a total of twenty-four (24) hours per year, after the thirty (30) day waiting period and personal leave can not be accumulated.

**NOW, THEREFORE, BE IT RESOLVED** by the City Council of Los Fresnos, Texas that the personnel policy amendment attached hereto are hereby adopted effective October 1, 2000 and to remain in effect until subsequently amended, altered, or repealed and any other resolution and/or ordinance are repealed.

**PASSED AND APPROVED** this _19th_ day of _September_ , 2000, by the City Council of the City of Los Fresnos.

CITY OF LOS FRESNOS

_Mayor Manuel Abrego_
Manuel Abrego, Mayor

ATTEST:

_Pam Denny_
Pam Denny, City Secretary

**AMENDMENT TO PERSONNEL POLICY ON 9-19-00, SECTION 5.03 AND TO ADD SECTION 5.03A**

## 5.03. SICK LEAVE

All full time employees shall earn sick leave at the rate of six (6) hours per month, for a total of seventy-two (72) hours of sick leave per year, after the thirty (30) day waiting period. Part time, temporary, and seasonal employees shall not earn sick leave.

Sick leave is granted by the City for the purpose of permitting an employee to be relieved of his/her duties during his/her actual illness or injury, or when an employee is required to attend to his/her spouse or minor children who are ill or incapacitated, and who also reside in the same household as the employee. Sick leave may also be used for dental and ocular appointments. Employees who use their sick leave without just cause may be dismissed.

Supervisors may require a doctor's statement from any employee who uses any sick leave credit if deemed warranted. Also, employees missing more than three (3) consecutive workdays due to illness or injury shall provide a statement from his/her doctor regarding the illness. Failure to do so may result in dismissal, suspension, and/or forfeiture of such pay.

Non-civil service employees may accumulate sick leave benefits up to a maximum of seven hundred and twenty (720) hours (ninety (90) days) and shall be administered according to the following rules:

> (a)  Sick leave shall accrue from the date of employment, including the probationary period, after a thirty (30) day waiting period.
>
> (b)  Sick leave may not be taken in advance of its being earned.
>
> (c)  If an employee becomes ill and cannot report for work, the employee must report his/her absence to his/her immediate supervisor on or before his/her regular reporting time, so that such absence be charged to sick leave. Failure to report in will cause an employee's absence to charged to leave without pay.
>
> (d)  An employee who becomes ill or injured during a vacation may request that the vacation be terminated and the time of illness be charged to sick leave. Such requests must be made immediately to the supervisor, or no later than the first regularly scheduled workday following vacation. A doctor's statement will be required in such instances.
>
> (e)  After an employee's accumulated sick leave has been exhausted; accrued vacation may be used as sick leave. When absence due to illness exceeds the amount of paid leave earned and authorized, the pay of an employee shall be discontinued until he/she returns to work.
>
> (f)  An employee who is pregnant may use accrued sick leave for maternity purposes prior to delivery and for a reasonable time following delivery, as may be deemed necessary by her physician.
>
> (g)  An employee terminating from employment with the City must submit certification of illness from a doctor before being eligible to use sick leave in the last two (2) calendar weeks of employment.

(h)    Accumulated sick leave will not be compensated for in any way, at the time of termination, whether by resignation, retirement, or dismissal, for non-civil service employees.

(i)    An employee may use accrued sick leave to attend funerals and handle any necessary funeral details.

(j)    Before going on unpaid leave, employees are encouraged to exhaust accrued sick leave when a Family Medical Leave Act (FMLA) qualifying event occurs.

**5.03A PERSONAL DAYS**

All full time employees shall earn personal leave at the rate of two (2) hours per month, for a total of twenty-four (24) hours per year, after the thirty(30) day waiting period. Part time, temporary, and seasonal employees shall not earn personal leave. Personal leave can not be accumulated from year to year. Accumulated personal days will not be compensated for in any way, at the time of termination, whether by resignation, retirement, or dismissal.

STATE OF TEXAS

COUNTY OF CAMERON                                RESOLUTION 1-01

CITY OF LOS FRESNOS

**WHEREAS,** the City Council of the City of Los Fresnos hereby amends the personnel policy, to add Sections 14.08 through 14.12; and

**WHEREAS,** the use of office space, use of office equipment, computer systems acceptable usage and security, computer ethics policy and guidelines for systems and network administrators shall be added to the personnel policy.

**NOW, THEREFORE, BE IT RESOLVED** by the City Council of Los Fresnos, Texas that the personnel policy amendment attached hereto are hereby adopted effective April 10, 2001 and to remain in effect until subsequently amended, altered, or repealed and any other resolution and/or ordinance are repealed.

**PASSED AND APPROVED** this _10th_ day of _April_, 2001, by the City Council of the City of Los Fresnos.

CITY OF LOS FRESNOS

Manuel Abrego, Mayor

ATTEST:

Pam Denny, City Secretary

Case 1:03-cv-00056    Document 21-2    Filed in TXSD on 09/30/2004    Page 32 of 36
Amendment to Person    Policy to add Sections 14-08 through    12 on April 10, 2001.
*City of Los Fresnos Personnel Policy*

## § 14-08.  Use of Office Space

Use of City office space at times other than during the normal workday and within the normal work hours requires advance permission of a non-exempt employee's supervisor.  For security and other liability reasons, personnel are expected **not** to occupy their offices at other times unless given express permission to do so.  Office spaces are not to be used for the conduct of personal business or the storage of personal items.

## § 14-09.  Use of Office Equipment

The use of the City's computers, fax machines and telephones is strictly governed by the guidelines of the City of Los Fresnos Personnel Policies Manual.  <u>Employees are not to make personal long distance phone calls, fax personal correspondence, make personal photocopies, mail or express-mail personal communications, or perform any other activities that utilize the City's resources **without providing compensation for such use**.</u>  Personal phone calls should be limited under all circumstances.  As a convenience to the staff of the City, the use of such resources is not strictly prohibited but we do require that the "honor system" be used to ensure that personal expenses for such activities are reimbursed to the City by the employee.  Employees should advise the Finance Director (or supervisor) of pending charges of a personal nature so that they may be flagged for attention.  Accounting officers have the authority to request repayment or explanation of charges that appear to be for personal business and prompt payment is expected.  <u>Inappropriate or excessive use of City resources may result in administrative disciplinary action, up to and including termination.</u>

## § 14-10.  Computer Systems Acceptable Usage and Security

<u>Computer hardware and software provided to City staff remain the property of the City of Los Fresnos and are intended to be used in performance of the City of Los Fresnos' business.</u>  The City recognizes that, along with telephone usage, there will be occasional use of City of Los Fresnos equipment to perform personal tasks.  However, any *extensive* use of City of Los Fresnos office and computing equipment for one's personal affairs is inappropriate, not permissible, and grounds for disciplinary action.  Examples of personal matters for which City of Los Fresnos equipment may **not** be used under any circumstances include, but are not limited to, soliciting or conducting a commercial business, obtaining or soliciting pornography, violating copyright laws and other activities for personal gain or illegal purposes.

These restrictions include use of office equipment and computers for non-City of Los Fresnos purposes outside scheduled working hours unless permission has been expressly requested and granted by a Department Director or City Administrator.

<u>In general, all information stored on a computer provided to City staff by the City of Los Fresnos will be available to other staff on a need-to-know basis.</u>  There are legitimate reasons for providing additional security protection for certain official City of Los Fresnos records, such as sensitive financial, personnel and citizen information.  City staff members may request purchase and installation of appropriate security software by the Information Services Director to supplement routine password protection when they have such information to protect.  Requests must be directed <u>in writing</u> to the City Administrator, must provide a justification for the requested security measures that relate to City of Los Fresnos interests, and must provide the password(s) the employee intends to use to access secured information.  The City Administrator must also be informed of any

Case 1:03-cv-00056    Document 21-2    Filed in TXSD on 09/30/2004    Page 33 of 36

Amendment to Person    Policy to add Sections 14-08 through    12 on April 10, 2001.

subsequent change of password(s). Access to passwords assigned to individual office personnel will be controlled by the City Administrator, and passwords will be updated and verified on a quarterly basis or as needed.

It should be clear from the previous paragraph that sensitive records of a personal nature should never be stored on City of Los Fresnos computers and that there is no legal right to privacy on workplace equipment. On the infrequent occasions when a City of Los Fresnos computer might be used by an employee to generate personal documents, the material should be stored on a disk(s) that are the personal property of the staff member. The City reserves the right to restrict the use of City of Los Fresnos computers and network systems for electronic communications when there is evidence of violation of City of Los Fresnos policies or Federal or local laws, to examine all computer files, to remove or limit access to material posted on City of Los Fresnos-owned computers and to limit access to networks.

## § 14-11. Computer Ethics Policy

Users of City computer equipment are expected to understand this policy and abide by it. This policy is widely distributed and easily accessible, so lack of knowledge of this policy is not an excuse for failure to observe it. Questions regarding this policy should be directed to the Department Director or the City Administrator. Disregard for this policy may result in disciplinary actions. Users of City computer systems and networks are responsible for their actions. That responsibility exists regardless of what security mechanisms are in place. Unauthorized use of computing facilities will lead to disciplinary actions. All rules and policies of City of Los Fresnos must be adhered to by all employee users of computing and information services of the City of Los Fresnos. All rights and privileges of all users should be protected.

**Do not consider e-mail private or secure.** The City of Los Fresnos does not encrypt e-mail. Mail can be easily intercepted at any machine that it passes through. Mail can be altered and copies can be made and forwarded. Messages sent to nonexistent or incorrect addresses may be delivered to an unintended destination.

**The systems administrator(s) at The City of Los Fresnos has the right to monitor the computer system.** The systems administrator has the right to examine user files to diagnose system problems or investigate security breaches.

**The Internet is not secure.** If you are going to transmit sensitive data or files across the Internet, you must take precautions to protect it on your own. Data and files can easily be intercepted and read, altered, misused or destroyed at any machine on the Internet that they pass through. In addition, machines attached to Internet are vulnerable. Do not assume your data is safe on your computer if it is directly connected to Internet. Do not store valuable or privileged information on these systems without applying security. If you cannot afford to lose it, back it up.

**Keep all valuable diskettes and tapes in a secure place.** Secure backup copies of valuable files or data off site. When throwing out old diskettes or tapes make sure no sensitive information can be found on them.

**Whenever you are shipping software from one place to another, you must consider intellectual property and license issues.** The Internet is a global network, and the importing and exporting of software may fall under the jurisdiction of the United States Department of Commerce. Exporting anything may require a license. A general license covers anything that is not explicitly restricted, and is readily available in public forums in the United States. The exportation of networking code or

encryption code is restricted.  You may not allow access to a restricted machine to persons or entities outside of the United States.  Please be aware when posting information to a bulletin board, that data will probably cross the border.  If you have any questions on the legality of transmissions over the borders of the United States, please seek legal counsel.

**Use of the City Network for commercial purposes is not allowed.**

**The following are considered unacceptable uses of computer systems, and are strictly prohibited**
1. Deceiving a machine. (i.e.: mimicking, imitating or attempting to use an ID other than your own).
2. Computer fraud (with and without intent to deceive).
3. Computer damage or destruction.
4. Offenses against computer users including, but not limited to, harassment.
5. Unauthorized use of any system.
6. Modification or destruction of programs or data other than your own personal files.
7. Use of computer to commit crime (embezzlement, harassment, blackmail etc.)
8. Tampering or alteration of computer, computer systems, programs or files.
9. Unauthorized access or attempted unauthorized access to a computer or network.
10. Causing denial of computer services (ex: run a virus that renders a network unusable).
11. Sending out mass emails not specifically related to City business, also known as "spamming."
12. Preventing others from using computer services.
13. Causing deterioration of system performance (e.g. playing Doom over a network).
14. Computer trespass. This includes remote systems as well as secured areas of this system.
15. Theft of computer related materials.
16. Theft of computer services. For example you may not use any pay service without paying.
17. Unauthorized examination of files.
18. Computer caused physical injury.
19. Copying licensed software.
20. Violation of any interstate laws applying to electronic transmissions.
21. Violation of any import/export laws applying to electronic transmissions.
22. Posting confidential information such as Social Security Numbers or Phone numbers.
23. Cracking passwords.
24. Even if a file is readable, do not assume you may read it unless explicitly granted authority to do so.
25. Even if a file is modifiable, do not modify it unless explicitly granted authority to do so.
26. You may not share your account.
27. You may not use any computer resource without prior permission.
28. If the City of Los Fresnos Information Services Director or a Supervisor or the City Administrator asks you to cease an activity on the computer, you must stop that activity immediately.

**Passwords**
Passwords are the only means you have of keeping your account and files secure.  The following are some guidelines we encourage you using when choosing a password:

1. Do keep your password secret and change it often.
2. Do not use your login name as a password in any form (reversed, doubled, etc.)
3. Do not use an all-numeric password, or a password shorter than six characters.
4. Do not use a password of any set of consecutive keys on the keyboard.
5. Do use a password that mixes characters with numbers or punctuation marks.
6. Do use a password you will remember.

Amendment to Person    Policy to add Sections 14-08 through '    2 on April 10, 2001

**Data**
Individuals who are authorized to access sensitive or institutional data are prohibited from divulging that data to any other individual, unless that individual is also authorized to use the data. Individuals are only permitted to access data as authorized.

**Game Playing**
Game playing is allowed on City systems as long as:

1. It does not deteriorate system performance.
2. The computer is not needed for work or any other legitimate purpose.

**Hardware**

1. You may not move or take any hardware without explicit permission from the designated owner of that hardware.
2. You may not destroy or vandalize any hardware, cable or service provided by the City.

**Denial of Service**

1. You may not disable the network by means of any computer program.
2. You may not disable the network by rendering any equipment unusable.

**Security**
You are responsible for the security of your account. Please read the policy on passwords. The following are symptoms of unauthorized trespass of your account. If you become aware of the following, please contact the IS Director.

1. New, unexplained files found in your directory.
2. Changes in file lengths or dates.
3. Unexplained data modification or deletion.
4. Unable to login to your account.
5. Suspicious beeps, messages or pictures.

## § 14-12. Guidelines for Systems and Network Administrators
Computer systems and network administrators (SNAs), by the nature of their work, have privileges and responsibilities that other users of technology generally do not have. Without system privileges, SNAs would not be able to do their jobs. The use of these privileges must be wise and thoughtful. These guidelines were developed to articulate responsibilities of SNAs in addition to those outlined in the City of Los Fresnos' Computer Systems Acceptable Use Policy.

**1.** SNAs are bound by the Computer Systems Acceptable Use Policy. Further, SNAs have a responsibility to educate their users about the Policy.

**2.** All SNAs have an additional responsibility to assure the operation, security and integrity of the City of Los Fresnos' computers, networks, and data.

**3.** Consistent with the other obligations imposed on them under the Computer Systems Acceptable Use Policy, other applicable City policies, and the law, SNAs will treat as confidential any private and/or confidential information obtained during system administration.

Amendment to Person'   'olicy to add Sections 14-08 through '    2 on April 10, 2001.

**4.** SNAs must not disclose privileged and confidential information about the City of Los Fresnos' systems or any other information that could prove detrimental to operations or compromise system security.

**5.** It is against City policy for an SNA to read a user's files. However, SNAs, in the course of routine system administration, may need to delete or archive user files or messages. In order to do this, SNAs must first promulgate a clear policy to the users describing how and when delete or archive actions will be taken. These policies may vary by department. However, this section does not grant SNAs authority to read user files or messages during routine system administration.

**6.** When reacting to or preventing actions by users that may violate the Computer Systems Acceptable Use Policy or other actions by users that may have significantly detrimental effects on system or network operation, SNAs may need to read, modify or delete user files or messages.

**7.** Each SNA will take all practical measures to ensure that all hardware and software license agreements are faithfully executed on all systems, networks, servers, and computers for which he or she has responsibility.

Violations of this policy will be handled following the administrative and disciplinary processes outlined in the applicable operating policies and procedures of the University

<u>Inappropriate use of City resources or violation of these policies may result in administrative disciplinary action, up to and including termination.</u> Illegal acts involving City computing resources may also result in federal or state prosecutions. If employees have any questions related to their use of equipment, they should be directed to the Department Director or City Administrator for clarification.