United States District Court
Southern District of Texas
FILED

OCT 1 4 2004

Michael N. Milby
Clerk of Court

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| PAULA REYNOLDS | * | |
| *Plaintiff* | * | |
| VS. | * | CIVIL ACTION NO. B-03-056 |
| | * | |
| THE CITY OF LOS FRESNOS, TEXAS, | * | (JURY REQUESTED) |
| TOM ANDREWS, MANUEL ABREGO, | * | |
| JUAN C. SIERRA, IDA GARCIA, | * | |
| MIGUEL MENDOZA, RAY GARCIA, | * | |
| GONZALO ACEVEDO, AND PAM | * | |
| DENNY INDIVIDUALLY AND IN | * | |
| THEIR OFFICIAL CAPACITIES | * | |
| *Defendants* | * | |

## UNOPPOSED AND AGREED MOTION FOR CONTINUANCE

**TO THE HONORABLE UNITED STATES DISTRICT COURT JUDGE:**

**COME NOW,** Plaintiff, **PAULA REYNOLDS,** herein files this Unopposed and Agreed Motion for Continuance.

### I.

Plaintiff's counsel are currently scheduled for trials in the months of November.

Ms. Terri Danish is scheduled to commence trial November 8, 2004, in the 197th Judicial District Court, Cameron County, Texas, in a case styled *Mario Linan v. Strafco, Inc. d/b/a Carquest Auto Parts*, Cause No. 2002-11-4759-C. The following week, on November 15, 2004, she is scheduled to commence trial in the 370th Judicial District Court, Hidalgo County, Texas, in *Nicolas Cantu v. Lloyd Miller d/b/a Miller Produce, et al.*, Cause No. C-4718-98-G.

Mr. Rodriguez is scheduled to commence trial on November 8th, 2004, in the 357th Judicial District of Cameron County, Texas, in, *Microtherm Inc., et al . v. Puget Plastics Corporation, et al.*, Cause No. 2002-03-00093 E.

## II.

This motion for continuance is not for purposes of delay or harassment but for the sole purpose of ensuring the parties can complete discovery and marshal all available evidence for pretrial motions and trial.

## III.

Counsel for both Plaintiff and Defendants have conferred and agree to the following schedule.

Discovery deadline:             December 17, 2004.

Dispositive motion deadline:    January 7, 2005.

Plaintiff's response to Defendants' motion for summary judgment: January 7, 2005.

Final Pretrial Conference:      February __, 2005.

Jury Selection:                 February __, 2005.

Trial:                          February __, 2005.

## IV.

**WHEREFORE PREMISES CONSIDERED,** Plaintiff Paula Reynolds prays that the Court grant this Unopposed and Agreed Motion For Continuance.

Respectfully submitted,

RODRIGUEZ & NICOLAS, L.L.P.

By: _____
Michael Rodriguez
State Bar No.00791553
Federal I.D. No.18759
Henri E. Nicolas, Jr.
State Bar No. 24014808
Federal ID No. 26052
319 East Elizabeth Street
Brownsville, Texas 78520
Telephone: (956) 574-9333
Facsimile: (956) 574-9337
**ATTORNEYS FOR PLAINTIFF**

AGREED TO:

*[signature]*
Charles Willette, Jr.
State Bar No. 21509700
USDC Adm. No. 1937
Eileen Leeds
State Bar No. 00791093
USDC Adm. No. 16799
WILLETTE & GUERRA, L.L.P.
1534 E. 6th Street, Suite 200
Brownsville, Texas 78520
**ATTORNEYS FOR DEFENDANTS**

## CERTIFICATE OF SERVICE

      I hereby certify that a true copy and correct copy of this instrument has on this day of October 2004, been served via facsimile and certified mail, return receipt requested to:

Charles Willette, Jr.
Eileen Leeds
WILLETTE & GUERRA, L.L.P.
1534 E. 6th Street, Suite 200
Brownsville, Texas 78520

Teri Danish
RODRIGUEZ, COLVIN & CHANEY, L.L.P.
1201 East Van Buren
Brownsville, Texas 78520

                                                Michael Rodriguez