IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| PAULA REYNOLDS | * | |
|     *Plaintiff* | * | |
| VS. | * | CIVIL ACTION NO. B-03-056 |
| | * | |
| THE CITY OF LOS FRESNOS, TEXAS, | * | (JURY REQUESTED) |
| TOM ANDREWS, MANUEL ABREGO, | * | |
| JUAN C. SIERRA, IDA GARCIA, | * | |
| MIGUEL MENDOZA, RAY GARCIA, | * | |
| GONZALO ACEVEDO, AND PAM | * | |
| DENNY INDIVIDUALLY AND IN | * | |
| THEIR OFFICIAL CAPACITIES | * | |
|     *Defendants* | | |

## VERIFICATION

STATE OF TEXAS

COUNTY OF CAMERON

BEFORE ME, the undersigned Notary Public, on this day personally appeared MICHAEL RODRIGUEZ, who, being by me duly sworn on his oath deposed and said that he is one of the attorneys of record for **Paula Reynolds,** Plaintiff in the above-entitled and numbered cause; has read the above Unopposed and Agreed Motion for Continuance; and that the allegations contained therein are within his personal knowledge and are true and correct.

SUBSCRIBED AND SWORN TO BEFORE ME, on the 14th day of October 2004, to certify which witness my hand and official seal.

_____
MICHAEL RODRIGUEZ

_____
Notary Public, State of Texas
Martha Gutierrez
My commission expires: 06/24/06

[NOTARY SEAL: MARTHA GUTIERREZ, MY COMMISSION EXPIRES June 24, 2006]