IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| PAULA REYNOLDS | * | |
| *Plaintiff* | * | |
| VS. | * | CIVIL ACTION NO. B-03-056 |
| | * | |
| THE CITY OF LOS FRESNOS, TEXAS, | * | (JURY REQUESTED) |
| TOM ANDREWS, MANUEL ABREGO, | * | |
| JUAN C. SIERRA, IDA GARCIA, | * | |
| MIGUEL MENDOZA, RAY GARCIA, | * | |
| GONZALO ACEVEDO, AND PAM | * | |
| DENNY INDIVIDUALLY AND IN | * | |
| THEIR OFFICIAL CAPACITIES | * | |
| *Defendants* | * | |

## ORDER GRANTING MOTION FOR CONTINUANCE

On this the ____ day of _____, 2004, came on before the Court, the Unopposed and Agreed Motion For Continuance. The Court, after considering same, is of the opinion that the Motion for Continuance should in all things be **GRANTED**. The following Scheduling is entered:

Discovery deadline:          December 17, 2004.

    Dispositive motion deadline:     January 7, 2005.

    Plaintiff's response to Defendants' motion for summary judgment: January 7, 2005.

    Final Pretrial Conference:     February ___, 2005.

    Jury Selection:          February ___, 2005.

    Trial:              February ___, 2005.

    **SIGNED FOR ENTRY** this the ____ day of _____, 2004.

                                                        _____
                                                              Judge Presiding