IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| PAULA REYNOLDS | * | |
| *Plaintiff* | * | |
| VS. | * | CIVIL ACTION NO. B-03-056 |
| | * | |
| THE CITY OF LOS FRESNOS, TEXAS, | * | (JURY REQUESTED) |
| TOM ANDREWS, MANUEL ABREGO, | * | |
| JUAN C. SIERRA, IDA GARCIA, | * | |
| MIGUEL MENDOZA, RAY GARCIA, | * | |
| GONZALO ACEVEDO, AND PAM | * | |
| DENNY INDIVIDUALLY AND IN | * | |
| THEIR OFFICIAL CAPACITIES | * | |
| *Defendants* | * | |

**ORDER SETTING HEARING ON MOTION FOR CONTINUANCE**

On this the ____ day of _____, 2004, came on before the Court, the Unopposed and Agreed Motion For Continuance. The Court, after considering same, schedules a hearing to consider the merits of the motion for the ____ day of _____, 2004.

**SIGNED FOR ENTRY** this the ____ day of _____, 2004.

_____
Judge Presiding