IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| PAULA REYNOLDS | * | |
| *Plaintiff* | * | |
| VS. | * | CIVIL ACTION NO. B-03-056 |
| | * | |
| THE CITY OF LOS FRESNOS, TEXAS, | * | (JURY REQUESTED) |
| TOM ANDREWS, MANUEL ABREGO, | * | |
| JUAN C. SIERRA, IDA GARCIA, | * | |
| MIGUEL MENDOZA, RAY GARCIA, | * | |
| GONZALO ACEVEDO, AND PAM | * | |
| DENNY INDIVIDUALLY AND IN | * | |
| THEIR OFFICIAL CAPACITIES | * | |
| *Defendants* | * | |

United States District Court
Southern District of Texas
ENTERED

OCT 1 5 2004

Michael N. Milby,
By Deputy Clerk

**ORDER GRANTING MOTION FOR CONTINUANCE**

On this the **15th** day of **October**, 2004, came on before the Court, the Unopposed and Agreed Motion For Continuance. The Court, after considering same, is of the opinion that the Motion for Continuance should in all things be **GRANTED**. The following Scheduling is entered:

Discovery deadline:            December 17, 2004.

    Dispositive motion deadline:      January 7, 2005.

Plaintiff's response to Defendants' motion for summary judgment: January 7, 2005.

    Final Pretrial Conference:      February 23, 2005. before Magistrate Judge John Wm. Black at 1:30 p.m.
    Jury Selection:               March 3, 2005. before Magistrate Judge John Wm. Black at 9:00 a.m.
    Trial:                        March 7, 2005. before Magistrate Judge John Wm. Black at 9:00 a.m.

**SIGNED FOR ENTRY** this the _15_ day of _OCT_, 2004.

_____
Judge Presiding