United States District Court
Southern District of Texas
FILED

OCT 2 2 2004

Michael N. Milby
Clerk of Court

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| PAULA REYNOLDS | § | |
| *Plaintiff* | § | |
| | § | CIVIL ACTION NO. B-03-056 |
| VS. | § | |
| | § | (JURY REQUESTED) |
| THE CITY OF LOS FRESNOS, TEXAS, | § | |
| TOM ANDREWS, MANUEL ABREGO, | § | |
| JUAN C. SIERRA, IDA GARCIA, | § | |
| MIGUEL MENDOZA, RAY GARCIA, | § | |
| GONZALO ACEVEDO, AND PAM | § | |
| DENNY INDIVIDUALLY AND IN | § | |
| THEIR OFFICIAL CAPACITIES | § | |
| *Defendants* | § | |

### DEFENDANT'S UNOPPOSED MOTION TO EXTEND DEADLINE
### TO FILE THE JOINT PRETRIAL ORDER

TO THE HONORABLE JUDGE OF THIS COURT:

COMES NOW, CITY OF LOS FRESNOS, Defendant in the above-styled and numbered cause and files this its Unopposed Motion to Extend Deadline to File the Joint Pre-trial Order and would show this Honorable Court as follows:

**I.**

As per the Joint Scheduling Order, the deadline to file the Joint Pre-trial Order is currently set for October 25, 2004. An Order Resetting Final Pre-trial and Jury Selection was signed on October 15, 2004. The Final Pre-Trial was reset to February 23, 2005. Defendant respectfully requests the deadline to file the Joint Pre-trial be extended to February 16, 2005. Defendant conferred with Plaintiff attorney and is in agreement with this motion. This extension is not sought

for delay, but so that justice may be done.

      WHEREFORE, PREMISES CONSIDERED, Defendant respectfully request that the Court grant this its Unopposed Motion to Extend Deadline to File the Joint Pre-trial Order and grant this Defendant such other and further relief to which it may show itself justly entitled.

      Respectfully submitted,

WILLETTE & GUERRA, L.L.P.
1534 East 6th Street, Ste. 200
Brownsville, Texas 78520
Telephone: (956) 541-1846
Facsimile: (956) 541-1893

By: _____
Eileen M. Leeds
State Bar No. 00791093
USDC No. 16799

### CERTIFICATE OF CONFERENCE

      The undersigned has conferred with counsel for Plaintiff and he is unopposed to the filing of this motion.

_____
Eileen M. Leeds

## CERTIFICATE OF SERVICE

I hereby certify that on this the 22nd day of October of 2004, a true and correct copy of the above and foregoing instrument has been forwarded to opposing counsel of record as noted hereunder.

***Via CMRRR: 7002 3150 0001 8820 3080***
Mr. Michael Rodriguez
Rodriguez & Nicolas, L.L.P.
319 E. Elizabeth Street
Brownsville, Texas 78520

***Via CMRRR: 7002 3150 0001 8820 3073***
Ms. Teri Danish
Rodriguez, Colvin, & Chaney, L.L.P.
1201 E. Van Buren
Brownsville, Texas 78520

_____
Eileen M. Leeds