UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| PAULA REYNOLDS<br>*Plaintiff*<br><br>VS.<br><br>THE CITY OF LOS FRESNOS, TEXAS,<br>TOM ANDREWS, MANUEL ABREGO,<br>JUAN C. SIERRA, IDA GARCIA,<br>MIGUEL MENDOZA, RAY GARCIA,<br>GONZALO ACEVEDO, AND PAM<br>DENNY INDIVIDUALLY AND IN<br>THEIR OFFICIAL CAPACITIES<br>*Defendants* | § § § § § § § § § § § § § § | CIVIL ACTION NO. B-03-056<br><br>(JURY REQUESTED) |

## ORDER GRANTING DEFENDANT'S UNOPPOSED MOTION TO EXTEND DEADLINE TO FILE THE JOINT PRETRIAL ORDER

Be it remembered on the _____ day of _____, 2004, came on to be heard Defendant's Unopposed Motion to Extend Deadline to File the Joint Pretrial Order and the court after considering said motion determines that it should in all things be GRANTED.

IT IS THEREFORE ORDERED, ADJUDGED AND DECREED that Defendant's Unopposed Motion to Extend Deadline to File the Joint Pretrial Order is granted, that the new deadline to file the Joint Pre-trial Order is now scheduled on February 16, 2005.

ENTERED on this the _____ day of _____, 2004.

_____
UNITED STATES JUDGE

Copies to:

Ms. Eileen M. Leeds, Willette & Guerra, L.L.P., 1534 East 6th Street, Ste. 200, Brownsville, Texas 78520

Mr. Michael Rodriguez, Rodriguez & Nicolas, L.L.P, 319 E. Elizabeth St., Brownsville, Texas 78520

Ms. Teri Danish, Rodriguez, Colvin, & Chaney, L.L.P, 1201 E. Van Buren, Brownsville, Texas 78520