UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| PAULA REYNOLDS<br>*Plaintiff* | §<br>§<br>§ | CIVIL ACTION NO. B-03-056 |
| VS. | §<br>§ | (JURY REQUESTED) |
| THE CITY OF LOS FRESNOS, TEXAS,<br>TOM ANDREWS, MANUEL ABREGO,<br>JUAN C. SIERRA, IDA GARCIA,<br>MIGUEL MENDOZA, RAY GARCIA,<br>GONZALO ACEVEDO, AND PAM<br>DENNY INDIVIDUALLY AND IN<br>THEIR OFFICIAL CAPACITIES<br>*Defendants* | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§ | |

## ORDER SETTING DEFENDANT'S UNOPPOSED MOTION TO EXTEND DEADLINE TO FILE THE JOINT PRETRIAL ORDER

On this the _____ day of _____, 2004 came on for consideration, Defendant's Unopposed Motion to Extend Deadline to File the Joint Pretrial Order. The court, having reviewed said motion together with the papers on file is of the opinion that a hearing shall be held thereon.

IT IS THEREFORE, ORDERED, ADJUDGED and DECREED, that the Defendant's Unopposed Motion to Extend Deadline to File the Joint Pretrial Order is hereby set for hearing on the _____ day of _____, 2004 at _____ o'clock in this Honorable Court.

Signed for entry on this _____ day of _____, 2004.

_____
UNITED STATES JUDGE

Copies to:

Ms. Eileen M. Leeds, Willette & Guerra, L.L.P., 1534 East 6th Street, Ste. 200, Brownsville, Texas 78520
Mr. Michael Rodriguez, Rodriguez & Nicolas, L.L.P, 319 E. Elizabeth St., Brownsville, Texas 78520
Ms. Teri Danish, Rodriguez, Colvin, & Chaney, L.L.P, 1201 E. Van Buren, Brownsville, Texas 78520