UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
ENTERED

OCT 2 5 2004

Michael N. Milby, Clerk of Court
By Deputy Clerk

| | |
|---|---|
| PAULA REYNOLDS § | |
| *Plaintiff* § | |
| § | CIVIL ACTION NO. B-03-056 |
| VS. § | |
| § | (JURY REQUESTED) |
| THE CITY OF LOS FRESNOS, TEXAS, § | |
| TOM ANDREWS, MANUEL ABREGO, § | |
| JUAN C. SIERRA, IDA GARCIA, § | |
| MIGUEL MENDOZA, RAY GARCIA, § | |
| GONZALO ACEVEDO, AND PAM § | |
| DENNY INDIVIDUALLY AND IN § | |
| THEIR OFFICIAL CAPACITIES § | |
| *Defendants* § | |

**ORDER GRANTING DEFENDANT'S UNOPPOSED MOTION TO EXTEND DEADLINE TO FILE THE JOINT PRETRIAL ORDER**

Be it remembered on the 25 day of OCTOBER, 2004, came on to be heard Defendant's Unopposed Motion to Extend Deadline to File the Joint Pretrial Order and the court after considering said motion determines that it should in all things be GRANTED.

IT IS THEREFORE ORDERED, ADJUDGED AND DECREED that Defendant's Unopposed Motion to Extend Deadline to File the Joint Pretrial Order is granted, that the new deadline to file the Joint Pre-trial Order is now scheduled on February 16, 2005.

ENTERED on this the 25 day of OCTOBER, 2004.

_____
UNITED STATES JUDGE