United States District Court
Southern District of Texas
FILED

NOV 1 6 2004

Michael N. Milby
Clerk of Court

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| PAULA REYNOLDS | * | |
| *Plaintiff* | * | |
| VS. | * | CIVIL ACTION NO. B-03-056 |
| | * | |
| THE CITY OF LOS FRESNOS, TEXAS, | * | (JURY REQUESTED) |
| TOM ANDREWS, MANUEL ABREGO, | * | |
| JUAN C. SIERRA, IDA GARCIA, | * | |
| MIGUEL MENDOZA, RAY GARCIA, | * | |
| GONZALO ACEVEDO, AND PAM | * | |
| DENNY INDIVIDUALLY AND IN | * | |
| THEIR OFFICIAL CAPACITIES | * | |
| *Defendants* | * | |

## MOTION FOR LEAVE TO FILE AMENDED PLEADING

**TO THE HONORABLE UNITED STATES DISTRICT COURT JUDGE:**

**COME NOW**, Plaintiff, **PAULA REYNOLDS**, herein files this Motion for Leave to File Amended Pleading as permitted by Federal Rule of Civil Procedure 15(a).

### I.

Amendment of Plaintiff's Original Petition is appropriate and necessary because details discovered during the ongoing discovery give rise to Plaintiff's alternative cause of action. Plaintiff's Fourth Amendment Complaint, Exhibit A, includes an alternative cause of action based upon the Texas Supreme Court's decision in *Sabine Pilot, Inc., v. Hauck*, 687 S.W.2d 733 (Tex. 1985).

### II.

This Motion for Leave to File Amended Pleading does not cause undue or substantial hardship to the opposing parties. The amended portion of the Complaint merely alleges an alternative theory for recovery based on the termination of the employment relationship that was the subject of the previous petition filed in state court.

## III.

The Court should allow the filing of Plaintiff's Fourth Amended Complaint because Federal Rule of Civil Procedure 15(a) "declares that leave to amend 'shall be freely given when justice so requires'; this mandate is to be heeded." *Foman v. Davis*, 371 U.S. 178, 182, 83 S.Ct. 227, 230, 9 L.Ed.2d 222 (1962); see also *Lyn-Lea Travel Corp. v. American Airlines*, 283 F.3d 282, 286 (5th Cir. 2002) ("Federal Rule of Civil Procedure 15(a) requires the trial court to grant leave to amend 'freely' and the language of this rule 'evidence a bias in favor of granting leave to amend") quoting *Chitimacha Tribe of La. V. Harry L. Laws Co., Inc.*, 690 F.2d 1157, 1162 (5th Cir. 1982).

## IV.

**WHEREFORE PREMISES CONSIDERED,** Plaintiff Paula Reynolds prays that the Court grant this Motion for Leave to File Amended Pleading.

Respectfully submitted,

*Teri L. Danish w/ permission*
TERI L. DANISH
State Bar No. 05375320
Federal I.D. No. 12862
RODRIGUEZ, COLVIN, CHANEY & SAENZ, L.L.P.
1201 E. Van Buren
Post Office Box 2155
Brownsville, Texas 78520
Telephone (956) 542-7441
Facsimile (956) 541-2170

*Michael Rodriguez w/ permission*
Michael Rodriguez
State Bar No. 00791553
Federal I.D. No. 18759
Henri E. Nicolas, Jr.
State Bar No. 24014808
Federal ID No. 26052
RODRIGUEZ & NICOLAS, L.L.P.
319 East Elizabeth Street
Brownsville, Texas 78520
Telephone: (956) 574-9333
Facsimile: (956) 574-9337
**ATTORNEYS FOR PLAINTIFF**

## CERTIFICATE OF CONFERENCE

On the 5th day of November, 2004 Plaintiff's Counsel contacted and spoke with Defendant's Counsel, Analisa Figueroa via telephonic conference, and Defendant's Counsel was opposed to this Motion for Leave to File Amended Pleading.

_Teri L. Danish w/ permission_
Teri L. Danish

## CERTIFICATE OF SERVICE

I hereby certify that a true copy and correct copy of this instrument has on November 12th, 2004 been forwarded via certified mail, return receipt requested to:

Eileen M. Leeds
WILLETTE & GUERRA, L.L.P.
1534 East 6th Street, Ste. 200
Brownsville, Texas 78520