IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| PAULA REYNOLDS | * | |
| *Plaintiff* | * | |
| VS. | * | CIVIL ACTION NO. B-03-056 |
| | * | |
| THE CITY OF LOS FRESNOS, TEXAS, | * | (JURY REQUESTED) |
| TOM ANDREWS, MANUEL ABREGO, | * | |
| JUAN C. SIERRA, IDA GARCIA, | * | |
| MIGUEL MENDOZA, RAY GARCIA, | * | |
| GONZALO ACEVEDO, AND PAM | * | |
| DENNY INDIVIDUALLY AND IN | * | |
| THEIR OFFICIAL CAPACITIES | * | |
| *Defendants* | * | |

**ORDER ON MOTION FOR LEAVE TO FILE AMENDED PLEADING**

On the _____ day of _____, 2004, came on to be considered the Motion for Leave to File Amended Pleading of Plaintiff Paula Reynolds. After considering the motion, the Court GRANTS the motion.

SIGNED FOR ENTRY on the _____ day of _____, 2004.

_____
UNITED STATES DISTRICT JUDGE

APPROVED AND ENTRY REQUESTED:

**COUNSEL FOR PLAINTIFF,
PAULA REYNOLDS**
TERI L. DANISH
State Bar No. 05375320
Federal I.D. No. 12862
RODRIGUEZ, COLVIN, CHANEY & SAENZ, L.L.P.
1201 E. Van Buren
Post Office Box 2155
Brownsville, Texas 78520
Telephone (956) 542-7441
Facsimile (956) 541-2170

MICHAEL RODRIGUEZ
State Bar No.00791553
Federal I.D. No.18759
HENRI E. NICOLAS, JR.
State Bar No. 24014808
Federal ID No. 26052
RODRIGUEZ & NICOLAS, L.L.P.
319 East Elizabeth Street
Brownsville, Texas 78520
Telephone: (956) 574-9333
Facsimile: (956) 574-9337

**COPIES:**

Eileen M. Leeds
WILLETTE & GUERRA, L.L.P.
1534 East 6th Street, Ste. 200
Brownsville, Texas 78520