United States District Court
Southern District of Texas
ENTERED

NOV 17 2004

Michael N. Milby, Clerk of Court
By Deputy Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTICT OF TEXAS
BROWNSVILLE DIVISION

| | |
|---|---|
| PAULA REYNOLDS | * |
| *Plaintiff* | * |
| VS. | *   CIVIL ACTION NO. B-03-056 |
| | * |
| THE CITY OF LOS FRESNOS, TEXAS, | *   (JURY REQUESTED) |
| TOM ANDREWS, MANUEL ABREGO, | * |
| JUAN C. SIERRA, IDA GARCIA, | * |
| MIGUEL MENDOZA, RAY GARCIA, | * |
| GONZALO ACEVEDO, AND PAM | * |
| DENNY INDIVIDUALLY AND IN | * |
| THEIR OFFICIAL CAPACITIES | * |
| *Defendants* | * |

## ORDER ON MOTION FOR LEAVE TO FILE AMENDED PLEADING

On the __17__ day of __NOVEMBER__ 2004, came on to be considered the Motion for Leave to File Amended Pleading of Plaintiff Paula Reynolds. After considering the motion, the Court GRANTS the motion.

SIGNED FOR ENTRY on the __17__ day of __NOVEMBER__ 2004.

UNITED STATES ~~DISTRICT~~ JUDGE
MAGISTRATE

APPROVED AND ENTRY REQUESTED:

**COUNSEL FOR PLAINTIFF,
PAULA REYNOLDS**
TERI L. DANISH
State Bar No. 05375320
Federal I.D. No. 12862
RODRIGUEZ, COLVIN, CHANEY & SAENZ, L.L.P.
1201 E. Van Buren
Post Office Box 2155
Brownsville, Texas 78520
Telephone (956) 542-7441
Facsimile (956) 541-2170