# WELLS FARGO
PO BOX 10347
DES MOINES IA 50306-0347

00440000874010047430500052925364

| ACCOUNT NUMBER | |
|---|---|
| NEW BALANCE | |
| MINIMUM PAYMENT DUE | |
| PAYMENT DUE DATE | |
| AMOUNT ENCLOSED | $ 814.07 |

☐ Check here if you have a change of address or telephone number. Please note any changes on the front of the payment stub.

CORPORATE CARD                AZE
PO BOX 9272
DES MOINES IA 50306-9272

PAM DENNY
CITY OF LOS FRESNOS

X 78566-3646

---

Detach the top portion and return with payment using the enclosed envelope. Payments received before 12:00 noon at the mailing address shown will be credited to your account as of the day of receipt. Payments received at any other location may be subject to a delay in crediting of up to 5 days.

## WELLS FARGO

Your resources for help: Please call 800-231-5511 or in Des Moines (515)226-5115 or fax (515)226-5501
Department hours are Monday through Friday 8:00 a.m. to 9:00 p.m. CST.
To report a lost or stolen card please call 1-800-847-5101
Send inquiries to: CORPORATE CARD P.O. BOX 10347 DES MOINES IA 50306

### Account Activity

| | |
|---|---|
| Previous Balance | $0.00 |
| Payments | $0.00 |
| Credits | $0.00 |
| Purchases & Other Charges | $984.02 |
| Cash Advances | $0.00 |
| Cash Advance Fees | $0.00 |
| FINANCE CHARGE | $0.00 |
| New Balance | $984.02 |

### Account Information

| | |
|---|---|
| as of Statement Date | 11/25/00 |
| Account Number | |
| Payment Due Date | 12/24/00 |
| Credit Limit | $4,000.00 |
| Available Credit | $3,105.00 |
| Disputed Amount | $0.00 |
| Days in Billing Cycle | 30 |

### TRANSACTIONS

| Transaction Date | Posting Date | Transaction Description | Reference Number | Amount |
|---|---|---|---|---|
| 11/13 | 11/13 | VALENTINE RESEARCH 513-354-0200 OH | 24445000M7TBNDWMD | 455.00 |
| 11/23 | 11/23 | MARRIOTT HOTELS AUSTIN AUSTIN TX | 24610436NFRST1XGJX2 | 269.51 |
| 11/23 | 11/23 | MARRIOTT HOTELS AUSTIN AUSTIN TX | 24610436NFRST1XGJX7 | 259.56 |

*Interest - P.M. Denny*

### News Board

WITH YOUR WELLS FARGO CORPORATE MASTERCARD THERE'S NO NEED FOR ADDITIONAL CAR RENTAL INSURANCE. WHEN YOU CHARGE YOUR CAR RENTAL IN FULL TO YOUR WELLS FARGO CORPORATE CARD, YOU HAVE AUTOMATIC COLLISION/DAMAGE COVERAGE FOR UP TO 31 DAYS. ELIMINATING THE NEED FOR FILING INSURANCE CLAIMS WITH YOUR INSURER.

### FINANCE CHARGES

| Rates on Current Balances | | Rate on Old Balance | Average Daily Balance on Old Balance | Current Avg Daily Bal Sub to Finance Charge | Total Periodic Finance Charge | Cash Advance Transaction Fees | Total Finance Charge | ANNUAL PERCENTAGE RATE |
|---|---|---|---|---|---|---|---|---|
| Purchases | Cash Advances | | | | | | | |
| Monthly Periodic Rate | 1.083% | 1.083% | .000% | .00 | 0.00 | 0.00 | 0.00 | 0.00 | |
| Corresponding APR | 13.00% | 13.00% | .000% | | | | | | |

*Pam - which acct should I use for the $455.00? Thanks*



CAUSE NO. 2002-05-1879-B

| | | |
|---|---|---|
| PAULA REYNOLDS | § | IN THE 138TH DISTRICT COURT |
| | § | |
| VS. | § | OF |
| | § | |
| | § | |
| THE CITY OF LOS FRESNOS | § | CAMERON COUNTY, TEXAS |

## BUSINESS RECORDS AFFIDAVIT

**STATE OF TEXAS**

**COUNTY OF CAMERON**

    BEFORE ME, the undersigned authority, personally appeared **Pam Denny** who, being by me duly sworn, deposes as follows:

    I, the undersigned, am over 18 years of age, of sound mind, capable of making this affidavit, and personally acquainted with the facts herein stated.

    I am the Custodian of Records for the **City of Los Fresnos**. Attached hereto are 1 page(s) of records. These said records are kept in the regular course of business at the office the **City of Los Fresnos**. It was in the regular course of business at the office of **the City of Los Fresnos** for a custodian, representative or employee with knowledge of the acts, events or conditions to make the record or to transmit information hereof to be included in such record and such record was made at or near the time of the act, event or condition recorded or reasonably soon thereafter. The records attached hereto are exact duplicates of the original. The source of information or the method or circumstances of preparation of information in this record indicates no lack of trustworthiness of same.

    _/s/ Pam Denny_
    **Pam Denny**

    SUBSCRIBED AND SWORN TO by the said witness before me, the undersigned authority, on this the ___7th___ day of November, 2002.

_/s/ Yolanda Perez_
Notary Public in and for the State of Texas

YOLANDA PEREZ
MY COMMISSION EXPIRES
April 9, 2005

CAUSE NO. 2002-05-1879-B

| | | |
|---|---|---|
| PAULA REYNOLDS | § | IN THE DISTRICT COURT |
| | § | |
| VS. | § | 138TH JUDICIAL DISTRICT |
| | § | |
| | § | |
| THE CITY OF LOS FRESNOS | § | CAMERON COUNTY, TEXAS |

## AFFIDAVIT OF PAM DENNY

THE STATE OF TEXAS  §
                    §
COUNTY OF CAMERON   §

BEFORE ME, the undersigned Notary Public, on this day personally appeared Pam Denny who being by me sworn under oath deposed and stated as follows:

1.  "My name is Pam Denny, I am over 21 years of age and competent to make this affidavit and everything said herein is true and correct based upon my personal knowledge.

2.  I am the City Secretary for the City of Los Fresnos.

3.  On December 7, 2000, I was in my office speaking with then Interim Chief of Police Adrian Cabrera.

4.  Paula Reynolds, who worked in the finance department, came into my office while I was speaking with Cabrera.

5.  In my presence, Reynolds first asked Cabrera if he had ordered a "radar," to which he responded that he had not.

6.  Reynolds was trying to determine who had placed this particular order on the city's credit card.

7.  I did not know what order she was speaking about and told her to call the credit card company to find out about this charge. Ms. Reynolds then left my office, presumably to make this phone call.



8. When she returned to my office several minutes later, Reynolds said she had learned the charge was for a radar detector ordered over the internet.

9. I then recognized the charges and told Reynolds the radar detector was a personal purchase and I must have accidently used the my city Wells Fargo credit card instead of my personal Wells Fargo credit card.

10. Chief Cabrera said he would let the mayor know what happened so that the city could decide what it wanted to do. He didn't take or made any police reports or start any investigation, to my knowledge.

11. I called the credit card company to see if they could transfer this charge from the city's account to my personal account but they were unable to do so. That same day, I reimbursed the city for this purchase.

12. The city decided to suspended me for two weeks without pay and placed me on probation for sixty days. No criminal charges were ever brought against me as the city handled this matter administratively.

13. I have reviewed a copy of the relevant Wells Fargo bill and recognize the handwriting on it to be Paula Reynolds'. These notes say in part, "Pam- which acct. should I use for the $405.00? Thanks!"

Further Affiant sayeth naught.

_Pam Denny_
Pam Denny

SUBSCRIBED AND SWORN TO BEFORE ME on the __25th__ day of __September__, 2002, to certify which witness my hand and official seal.

_Yolanda Perez_
NOTARY PUBLIC IN AND FOR THE
STATE OF TEXAS

YOLANDA PEREZ
MY COMMISSION EXPIRES
April 9, 2005

My Commission Expires: _April 9, 2005_

2

CAUSE NO. 2002-05-1879-B

| | | |
|---|---|---|
| PAULA REYNOLDS | § | IN THE DISTRICT COURT |
| | § | |
| VS. | § | 138TH JUDICIAL DISTRICT |
| | § | |
| | § | |
| THE CITY OF LOS FRESNOS | § | CAMERON COUNTY, TEXAS |

### AFFIDAVIT OF ADRIAN CABRERA

| | |
|---|---|
| THE STATE OF TEXAS | § |
| | § |
| COUNTY OF CAMERON | § |

BEFORE ME, the undersigned Notary Public, on this day personally appeared Adrian Cabrera who being by me sworn under oath deposed and stated as follows:

1. "My name is Adrian Cabrera, I am over 21 years of age and competent to make this affidavit and everything said herein is true and correct based upon my personal knowledge.

2. I was Interim Chief of Police for the City of Los Fresnos from about September 2000 until February 2001.

3. During this time and probably in December 2000, Paula Reynolds brought me a copy of an invoice for a radar detector and wanted to know whether the police department had ordered it.

4. Ms. Reynolds brought this matter to me as a billing question, as she was employed in the finance department.

5. Pam Denny also happened to be present. Ms. Denny said the invoice was hers and said she must have accidently used the city's credit card to make this purchase.

6. At no time did Ms. Reynolds ever approach me to report any criminal wrongdoing by Ms. Denny or anyone else. I did not take her comments regarding the invoice as being a report of a violation of law. It was clear to me that she was trying to



determine which department had ordered the radar detector, as part of her job in the finance department.

7. At no time did I ever start a criminal investigation regarding this Denny's use of a city credit card; I do not remember taking any statements or reports.

8. I simply informed the mayor of the situation, for his information so the City could decide how it wanted to handle this matter. It was handled administratively and I know of no criminal charges ever brought against Ms. Denny.

Further Affiant sayeth naught.

_____
Adrian Cabrera

SUBSCRIBED AND SWORN TO BEFORE ME on the ___13th___ day of ___September___, 2002, to certify which witness my hand and official seal.



_____
NOTARY PUBLIC IN AND FOR THE
STATE OF TEXAS

My Commission Expires:

9-3-05

CAUSE NO. 2002-05-1879-B

| | | |
|---|---|---|
| PAULA REYNOLDS | § | IN THE DISTRICT COURT |
| | § | |
| VS. | § | 138TH JUDICIAL DISTRICT |
| | § | |
| THE CITY OF LOS FRESNOS | § | CAMERON COUNTY, TEXAS |

### AFFIDAVIT OF IDA GARCIA-CORTEZ

THE STATE OF TEXAS §
§
COUNTY OF CAMERON §

BEFORE ME, the undersigned Notary Public, on this day personally appeared Ida Garcia-Cortez who being by me sworn under oath deposed and stated as follows:

1. "My name is Ida Garcia-Cortez, I am over 21 years of age and competent to make this affidavit and everything said herein is true and correct based upon my personal knowledge

2. I'm giving this affidavit in connection with the above referenced lawsuit wherein Paula Reynolds is a plaintiff bringing a Whistleblower claim against the City of Los Fresnos, Texas.

3. I am personally aware of why Paula Reynolds was terminated from the City of Los Fresnos as I am the person who terminated her.

4. I am aware of Paula Reynolds allegations in this lawsuit wherein she alleges she was terminated because of a report she made about a violation of law City Secretary Pam Denny is to have committed, regarding the misuse of a city credit card. I am further aware of the fact that Paula Reynolds is claiming that allegedly in retaliation for making this report, she was terminated.



5. I can say unequivocally that the reason I terminated Paula Reynolds had absolutely nothing to do with any alleged report she made to anyone regarding any violation of law committed by City Secretary Pam Denny or anyone else.

6. At the time I terminated Paula Reynolds, I was Mayor Pro-Tem and Acting Interim City Administrator. It was in my position as Acting Interim City Administrator that I terminated Paula Reynolds. That termination occurred on February 7, 2002.

7. I made a written report complaining about Pam Denny's deficiencies and this report was provided to the city's attorneys on January 17, 2001.

8. In my report, I complained about some of the same things Paula Reynolds later complained about in her hand written letter of August, 2001, including the misuse of a city credit card. As a result of my complaint in January, 2001 and other complaints made at that time, Ms. Denny was disciplined by the city council and she reimbursed the city for the charges made to the city credit card.

9. After Dan Reyna became City Administrator, and in August 2001, he started collecting complaints about Pam Denny as a basis for his intent to try and terminate Ms. Denny and this is when Paula Reynolds made her hand written report. Even though there is no date on it, it is my understanding from reading Chief Cavazos' affidavit that he received Paula Reynolds' hand written report in August of 2001 when he received other complaints about Pam Denny which were dated August, 2001.

10. These complaints were primarily about issues that had already been addressed with Pam Denny and had already been resolved which resulted in her discipline and reimbursement to the city.

11. I became Acting Interim City Administrator in December of 2001 and was replaced in March of 2002 when Ivan Welker came in as the full time City Administrator.

12. During the time I was Acting Interim City Administrator, it came to my attention that Paula Reynolds was unable to satisfactorily perform her job duties. As a result of an unsatisfactory job performance, she was suspended and was supposed to have deducted one day of pay from her paycheck and since she was in the finance department she would have been the person to have made this deduction. It later was brought to my attention that this was never deducted from her pay as ordered.

13. Since Paula Reynolds was an at will employee and pursuant to the Personnel Policy of the City of Los Fresnos, I then terminated her as an at will employee as set forth in a letter of termination dated February 7, 2002. I was fully well aware of the reports or comments that were being made about Pam Denny by various employees, including Paula Reynolds. However, my decision to terminate Paula Reynolds had absolutely nothing to do with her alleged report about Pam Denny and Paula Reynolds' termination was in no way in retaliation for her making any report about Pam Denny or anyone else."

Further Affiant sayeth naught.

_____
Ida Garcia-Cortez

SUBSCRIBED AND SWORN TO BEFORE ME on the ___9th___ day of ___Sept.___, 2002, to certify which witness my hand and official seal.

_____
NOTARY PUBLIC IN AND FOR THE
STATE OF TEXAS


YOLANDA PEREZ
MY COMMISSION EXPIRES
April 9, 2005

My Commission Expires:

___April 9, 2005___

3



TO:        PAULA REYNOLDS

FROM:      MAYOR PRO-TEM IDA GARCIA-CORTEZ

DATE:      JANUARY 4, 2001

RE:        SUSPENSION

This is to notify you that you will be suspended for one (1) day without pay, and with a warning, on Monday, January 7, 2002.

If this condition should continue you may be terminated.



CAUSE NO. 2002-05-1879-B

| | | |
|---|---|---|
| PAULA REYNOLDS | § | IN THE 138TH DISTRICT COURT |
| | § | |
| VS. | § | OF |
| | § | |
| | § | |
| THE CITY OF LOS FRESNOS | § | CAMERON COUNTY, TEXAS |

## BUSINESS RECORDS AFFIDAVIT

**STATE OF TEXAS**

**COUNTY OF CAMERON**

BEFORE ME, the undersigned authority, personally appeared **Pam Denny** who, being by me duly sworn, deposes as follows:

I, the undersigned, am over 18 years of age, of sound mind, capable of making this affidavit, and personally acquainted with the facts herein stated.

I am the Custodian of Records for the **City of Los Fresnos**. Attached hereto are 1 page(s) of records. These said records are kept in the regular course of business at the office the **City of Los Fresnos**. It was in the regular course of business at the office of **the City of Los Fresnos** for a custodian, representative or employee with knowledge of the acts, events or conditions to make the record or to transmit information hereof to be included in such record and such record was made at or near the time of the act, event or condition recorded or reasonably soon thereafter. The records attached hereto are exact duplicates of the original. The source of information or the method or circumstances of preparation of information in this record indicates no lack of trustworthiness of same.

_____
Pam Denny

SUBSCRIBED AND SWORN TO by the said witness before me, the undersigned authority, on this the 7th day of November, 2002.

_____
Notary Public in and for the State of Texas

YOLANDA PEREZ
MY COMMISSION EXPIRES
April 9, 2005

# Los Fresnos Police Department
## Incident Narrative
## 02-00008

On Friday January 4, 2002, at about 9:10AM, reporting officer was dispatched to a past verbal fight at the city Hall Office. Upon arrival at the city hall Utility Clerk and asst. City Secretary Yolanda Perez made contact with reporting officer. She informed that she wanted to file charges against one of her co-workers Paula Reynolds for using vulgar and abusive language toward her. Yolanda Perez informed reporting officer that Paula had call her a "bitch" in the presents of customers and other employee's.

Reporting officer proceeded to take the report and had Yolanda Perez make a written statement about the incident. On her statement she includes all the witness that were present at the time of the incident. Statements were also from the witness and are include in the case file. Yolanda Perez also signed the complainant against Paula Reynolds for disorderly conduct. After taking the report Investigator and reporting officer made contact with Paula in her office. She also wanted to file charges against Yolanda for threat made the previous day. She was asked to go by the police department to make the report. When we were in Paula's office she did admit to calling Yolanda a "bitch".



CAUSE NO. 2002-05-1879-B

| | | |
|---|---|---|
| PAULA REYNOLDS | § | IN THE 138TH DISTRICT COURT |
| | § | |
| VS. | § | OF |
| | § | |
| | § | |
| THE CITY OF LOS FRESNOS | § | CAMERON COUNTY, TEXAS |

## BUSINESS RECORDS AFFIDAVIT

STATE OF TEXAS

COUNTY OF CAMERON

    BEFORE ME, the undersigned authority, personally appeared **Chief Johnny Cavazos** who, being by me duly sworn, deposes as follows:

    I, the undersigned, am over 18 years of age, of sound mind, capable of making this affidavit, and personally acquainted with the facts herein stated.

    I am a Custodian of Records for **Los Fresnos Police Department.** Attached hereto are 1 page(s). These said records are kept in the regular course of business at the office of **Los Fresnos Police Department.** It was in the regular course of business at the office of **Los Fresnos Police Department** for a custodian, representative or employee with knowledge of the acts, events or conditions to make the record or to transmit information hereof to be included in such record and such record was made at or near the time of the act, event or condition recorded or reasonably soon thereafter. The records attached hereto are exact duplicated of the original. The source of information or the method or circumstances of preparation of information in this record indicates no lack of trustworthiness of same.

                                                           **Chief Johnny Cavazos**

    SUBSCRIBED AND SWORN TO by the said witness before me, the undersigned authority, on this the ____10th____ day of December, 2002.

                                                       Notary Public in and for the State of Texas

NORMA A. MARTINEZ
MY COMMISSION EXPIRES
September 11, 2004



February 7, 2002

Mrs. Paula Reynolds

You are an employee at-will pursuant to the Personnel Policy of the City of Los Fresnos. This is to inform you that you are terminated immediately.

Sincerely,

*Ida Garcia-Cortez*

Ida Garcia-Cortez
Mayor Pro-tem
City of Los Fresnos

CAUSE NO. 2002-05-1879-B

| | | |
|---|---|---|
| PAULA REYNOLDS | § | IN THE 138TH DISTRICT COURT |
| | § | |
| VS. | § | OF |
| | § | |
| | § | |
| THE CITY OF LOS FRESNOS | § | CAMERON COUNTY, TEXAS |

## BUSINESS RECORDS AFFIDAVIT

**STATE OF TEXAS**

**COUNTY OF CAMERON**

BEFORE ME, the undersigned authority, personally appeared **Pam Denny** who, being by me duly sworn, deposes as follows:

I, the undersigned, am over 18 years of age, of sound mind, capable of making this affidavit, and personally acquainted with the facts herein stated.

I am the Custodian of Records for the **City of Los Fresnos**. Attached hereto are 1 page(s) of records. These said records are kept in the regular course of business at the office the **City of Los Fresnos**. It was in the regular course of business at the office of **the City of Los Fresnos** for a custodian, representative or employee with knowledge of the acts, events or conditions to make the record or to transmit information hereof to be included in such record and such record was made at or near the time of the act, event or condition recorded or reasonably soon thereafter. The records attached hereto are exact duplicates of the original. The source of information or the method or circumstances of preparation of information in this record indicates no lack of trustworthiness of same.

_____
**Pam Denny**

SUBSCRIBED AND SWORN TO by the said witness before me, the undersigned authority, on this the ___7th___ day of November, 2002.

YOLANDA PEREZ
MY COMMISSION EXPIRES
April 9, 2005

_____
Notary Public in and for the State of Texas




CAUSE NO. 2002-05-1879-B

| | | |
|---|---|---|
| PAULA REYNOLDS | § | IN THE 138TH DISTRICT COURT |
| | § | |
| VS. | § | OF |
| | § | |
| | § | |
| THE CITY OF LOS FRESNOS | § | CAMERON COUNTY, TEXAS |

## BUSINESS RECORDS AFFIDAVIT

**STATE OF TEXAS**

**COUNTY OF CAMERON**

BEFORE ME, the undersigned authority, personally appeared **Pam Denny** who, being by me duly sworn, deposes as follows:

I, the undersigned, am over 18 years of age, of sound mind, capable of making this affidavit, and personally acquainted with the facts herein stated.

I am the Custodian of Records for the **City of Los Fresnos**. Attached hereto are 1 page(s) of records. These said records are kept in the regular course of business at the office the **City of Los Fresnos.** It was in the regular course of business at the office of **the City of Los Fresnos** for a custodian, representative or employee with knowledge of the acts, events or conditions to make the record or to transmit information hereof to be included in such record and such record was made at or near the time of the act, event or condition recorded or reasonably soon thereafter. The records attached hereto are exact duplicates of the original. The source of information or the method or circumstances of preparation of information in this record indicates no lack of trustworthiness of same.

_____
**Pam Denny**

SUBSCRIBED AND SWORN TO by the said witness before me, the undersigned authority, on this the ____7th____ day of November, 2002.

_____
Notary Public in and for the State of Texas

YOLANDA PEREZ
MY COMMISSION EXPIRES
April 9, 2005