**AMENDMENT TO PERSONNEL POLICY ON 9-19-00, SECTION 5.03 AND TO ADD SECTION 5.03A**

**5.03. SICK LEAVE**

All full time employees shall earn sick leave at the rate of six (6) hours per month, for a total of seventy-two (72) hours of sick leave per year, after the thirty (30) day waiting period. Part time, temporary, and seasonal employees shall not earn sick leave.

Sick leave is granted by the City for the purpose of permitting an employee to be relieved of his/her duties during his/her actual illness or injury, or when an employee is required to attend to his/her spouse or minor children who are ill or incapacitated, and who also reside in the same household as the employee. Sick leave may also be used for dental and ocular appointments. Employees who use their sick leave without just cause may be dismissed.

Supervisors may require a doctor's statement from any employee who uses any sick leave credit if deemed warranted. Also, employees missing more than three (3) consecutive workdays due to illness or injury shall provide a statement from his/her doctor regarding the illness. Failure to do so may result in dismissal, suspension, and/or forfeiture of such pay.

Non-civil service employees may accumulate sick leave benefits up to a maximum of seven hundred and twenty (720) hours (ninety (90) days) and shall be administered according to the following rules:

(a) Sick leave shall accrue from the date of employment, including the probationary period, after a thirty (30) day waiting period.

(b) Sick leave may not be taken in advance of its being earned.

(c) If an employee becomes ill and cannot report for work, the employee must report his/her absence to his/her immediate supervisor on or before his/her regular reporting time, so that such absence be charged to sick leave. Failure to report in will cause an employee's absence to charged to leave without pay.

(d) An employee who becomes ill or injured during a vacation may request that the vacation be terminated and the time of illness be charged to sick leave. Such requests must be made immediately to the supervisor, or no later than the first regularly scheduled workday following vacation. A doctor's statement will be required in such instances.

(e) After an employee's accumulated sick leave has been exhausted; accrued vacation may be used as sick leave. When absence due to illness exceeds the amount of paid leave earned and authorized, the pay of an employee shall be discontinued until he/she returns to work.

(f) An employee who is pregnant may use accrued sick leave for maternity purposes prior to delivery and for a reasonable time following delivery, as may be deemed necessary by her physician.

(g) An employee terminating from employment with the City must submit certification of illness from a doctor before being eligible to use sick leave in the last two (2) calendar weeks of employment.

(h) Accumulated sick leave will not be compensated for in any way, at the time of termination, whether by resignation, retirement, or dismissal, for non-civil service employees.

(i) An employee may use accrued sick leave to attend funerals and handle any necessary funeral details.

(j) Before going on unpaid leave, employees are encouraged to exhaust accrued sick leave when a Family Medical Leave Act (FMLA) qualifying event occurs.

**5.03A PERSONAL DAYS**

All full time employees shall earn personal leave at the rate of two (2) hours per month, for a total of twenty-four (24) hours per year, after the thirty(30) day waiting period. Part time, temporary, and seasonal employees shall not earn personal leave. Personal leave can not be accumulated from year to year. Accumulated personal days will not be compensated for in any way, at the time of termination, whether by resignation, retirement, or dismissal.

**STATE OF TEXAS**

**COUNTY OF CAMERON**  RESOLUTION <u>1-01</u>

**CITY OF LOS FRESNOS**

**WHEREAS**, the City Council of the City of Los Fresnos hereby amends the personnel policy, to add Sections 14.08 through 14.12; and

**WHEREAS**, the use of office space, use of office equipment, computer systems acceptable usage and security, computer ethics policy and guidelines for systems and network administrators shall be added to the personnel policy.

**NOW, THEREFORE, BE IT RESOLVED** by the City Council of Los Fresnos, Texas that the personnel policy amendment attached hereto are hereby adopted effective April 10, 2001 and to remain in effect until subsequently amended, altered, or repealed and any other resolution and/or ordinance are repealed.

**PASSED AND APPROVED** this _10th_ day of _April_, 2001, by the City Council of the City of Los Fresnos.

CITY OF LOS FRESNOS

_[signature]_
Manuel Abrego, Mayor

ATTEST:

_[signature]_
Pam Denny, City Secretary

Case 1:03-cv-00056     Document 29-4     Filed in TXSD on 12/30/2004     Page 4 of 8

Amendment to Personnel Policy to add Sections 14-08 through 14-12 on April 10, 2001.

*City of Los Fresnos Personnel Policy*

## § 14-08. Use of Office Space

Use of City office space at times other than during the normal workday and within the normal work hours requires advance permission of a non-exempt employee's supervisor. For security and other liability reasons, personnel are expected **not** to occupy their offices at other times unless given express permission to do so. Office spaces are not to be used for the conduct of personal business or the storage of personal items.

## § 14-09. Use of Office Equipment

The use of the City's computers, fax machines and telephones is strictly governed by the guidelines of the City of Los Fresnos Personnel Policies Manual. <u>Employees are not to make personal long distance phone calls, fax personal correspondence, make personal photocopies, mail or express-mail personal communications, or perform any other activities that utilize the City's resources **without providing compensation for such use.**</u> Personal phone calls should be limited under all circumstances. As a convenience to the staff of the City, the use of such resources is not strictly prohibited but we do require that the "honor system" be used to ensure that personal expenses for such activities are reimbursed to the City by the employee. Employees should advise the Finance Director (or supervisor) of pending charges of a personal nature so that they may be flagged for attention. Accounting officers have the authority to request repayment or explanation of charges that appear to be for personal business and prompt payment is expected. <u>Inappropriate or excessive use of City resources may result in administrative disciplinary action, up to and including termination.</u>

## § 14-10. Computer Systems Acceptable Usage and Security

<u>Computer hardware and software provided to City staff remain the property of the City of Los Fresnos and are intended to be used in performance of the City of Los Fresnos' business.</u> The City recognizes that, along with telephone usage, there will be occasional use of City of Los Fresnos equipment to perform personal tasks. However, any *extensive* use of City of Los Fresnos office and computing equipment for one's personal affairs is inappropriate, not permissible, and grounds for disciplinary action. Examples of personal matters for which City of Los Fresnos equipment may **not** be used under any circumstances include, but are not limited to, soliciting or conducting a commercial business, obtaining or soliciting pornography, violating copyright laws and other activities for personal gain or illegal purposes.

These restrictions include use of office equipment and computers for non-City of Los Fresnos purposes outside scheduled working hours unless permission has been expressly requested and granted by a Department Director or City Administrator.

<u>In general, all information stored on a computer provided to City staff by the City of Los Fresnos will be available to other staff on a need-to-know basis.</u> There are legitimate reasons for providing additional security protection for certain official City of Los Fresnos records, such as sensitive financial, personnel and citizen information. City staff members may request purchase and installation of appropriate security software by the Information Services Director to supplement routine password protection when they have such information to protect. Requests must be directed <u>in writing</u> to the City Administrator, must provide a justification for the requested security measures that relate to City of Los Fresnos interests, and must provide the password(s) the employee intends to use to access secured information. The City Administrator must also be informed of any

subsequent change of password(s). Access to passwords assigned to individual office personnel will be controlled by the City Administrator, and passwords will be updated and verified on a quarterly basis or as needed.

<u>It should be clear from the previous paragraph that sensitive records of a personal nature should never be stored on City of Los Fresnos computers and that there is no legal right to privacy on workplace equipment.</u> On the infrequent occasions when a City of Los Fresnos computer might be used by an employee to generate personal documents, the material should be stored on a disk(s) that are the personal property of the staff member. The City reserves the right to restrict the use of City of Los Fresnos computers and network systems for electronic communications when there is evidence of violation of City of Los Fresnos policies or Federal or local laws, to examine all computer files, to remove or limit access to material posted on City of Los Fresnos-owned computers and to limit access to networks.

## § 14-11. Computer Ethics Policy

Users of City computer equipment are expected to understand this policy and abide by it. This policy is widely distributed and easily accessible, so lack of knowledge of this policy is not an excuse for failure to observe it. Questions regarding this policy should be directed to the Department Director or the City Administrator. Disregard for this policy may result in disciplinary actions. Users of City computer systems and networks are responsible for their actions. That responsibility exists regardless of what security mechanisms are in place. Unauthorized use of computing facilities will lead to disciplinary actions. All rules and policies of City of Los Fresnos must be adhered to by all employee users of computing and information services of the City of Los Fresnos. All rights and privileges of all users should be protected.

**Do not consider e-mail private or secure.** The City of Los Fresnos does not encrypt e-mail. Mail can be easily intercepted at any machine that it passes through. Mail can be altered and copies can be made and forwarded. Messages sent to nonexistent or incorrect addresses may be delivered to an unintended destination.

**The systems administrator(s) at The City of Los Fresnos has the right to monitor the computer system.** The systems administrator has the right to examine user files to diagnose system problems or investigate security breaches.

**The Internet is not secure.** If you are going to transmit sensitive data or files across the Internet, you must take precautions to protect it on your own. Data and files can easily be intercepted and read, altered, misused or destroyed at any machine on the Internet that they pass through. In addition, machines attached to Internet are vulnerable. Do not assume your data is safe on your computer if it is directly connected to Internet. Do not store valuable or privileged information on these systems without applying security. If you cannot afford to lose it, back it up.

**Keep all valuable diskettes and tapes in a secure place.** Secure backup copies of valuable files or data off-site. When throwing out old diskettes or tapes make sure no sensitive information can be found on them.

**Whenever you are shipping software from one place to another, you must consider intellectual property and license issues.** The Internet is a global network, and the importing and exporting of software may fall under the jurisdiction of the United States Department of Commerce. Exporting anything may require a license. A general license covers anything that is not explicitly restricted, and is readily available in public forums in the United States. The exportation of networking code or

Amendment to Personnel Policy to add Sections 14-08 through 14-12 on April 10, 2001.

encryption code is restricted. You may not allow access to a restricted machine to persons or entities outside of the United States. Please be aware when posting information to a bulletin board, that data will probably cross the border. If you have any questions on the legality of transmissions over the borders of the United States, please seek legal counsel.

**Use of the City Network for commercial purposes is not allowed.**

**The following are considered unacceptable uses of computer systems, and are strictly prohibited**
1. Deceiving a machine. (i.e.: mimicking, imitating or attempting to use an ID other than your own).
2. Computer fraud (with and without intent to deceive).
3. Computer damage or destruction.
4. Offenses against computer users including, but not limited to, harassment.
5. Unauthorized use of any system.
6. Modification or destruction of programs or data other than your own personal files.
7. Use of computer to commit crime (embezzlement, harassment, blackmail etc.)
8. Tampering or alteration of computer, computer systems, programs or files.
9. Unauthorized access or attempted unauthorized access to a computer or network.
10. Causing denial of computer services (ex: run a virus that renders a network unusable).
11. Sending out mass emails not specifically related to City business, also known as "spamming."
12. Preventing others from using computer services.
13. Causing deterioration of system performance (e.g. playing Doom over a network).
14. Computer trespass. This includes remote systems as well as secured areas of this system.
15. Theft of computer related materials.
16. Theft of computer services. For example you may not use any pay service without paying.
17. Unauthorized examination of files.
18. Computer caused physical injury.
19. Copying licensed software.
20. Violation of any interstate laws applying to electronic transmissions.
21. Violation of any import/export laws applying to electronic transmissions.
22. Posting confidential information such as Social Security Numbers or Phone numbers.
23. Cracking passwords.
24. Even if a file is readable, do not assume you may read it unless explicitly granted authority to do so.
25. Even if a file is modifiable, do not modify it unless explicitly granted authority to do so.
26. You may not share your account.
27. You may not use any computer resource without prior permission.
28. If the City of Los Fresnos Information Services Director or a Supervisor or the City Administrator asks you to cease an activity on the computer, you must stop that activity immediately.

**Passwords**
Passwords are the only means you have of keeping your account and files secure. The following are some guidelines we encourage you using when choosing a password:

   1. Do keep your password secret and change it often.
   2. Do not use your login name as a password in any form (reversed, doubled, etc.)
   3. Do not use an all-numeric password, or a password shorter than six characters.
   4. Do not use a password of any set of consecutive keys on the keyboard.
   5. Do use a password that mixes characters with numbers or punctuation marks.
   6. Do use a password you will remember.

-40-

### Data
Individuals who are authorized to access sensitive or institutional data are prohibited from divulging that data to any other individual, unless that individual is also authorized to use the data. Individuals are only permitted to access data as authorized.

### Game Playing
Game playing is allowed on City systems as long as:

1. It does not deteriorate system performance.
2. The computer is not needed for work or any other legitimate purpose.

### Hardware

1. You may not move or take any hardware without explicit permission from the designated owner of that hardware.
2. You may not destroy or vandalize any hardware, cable or service provided by the City.

### Denial of Service

1. You may not disable the network by means of any computer program.
2. You may not disable the network by rendering any equipment unusable.

### Security
You are responsible for the security of your account. Please read the policy on passwords. The following are symptoms of unauthorized trespass of your account. If you become aware of the following, please contact the IS Director.

1. New, unexplained files found in your directory.
2. Changes in file lengths or dates.
3. Unexplained data modification or deletion.
4. Unable to login to your account.
5. Suspicious beeps, messages or pictures.

### § 14-12. Guidelines for Systems and Network Administrators
Computer systems and network administrators (SNAs), by the nature of their work, have privileges and responsibilities that other users of technology generally do not have. Without system privileges, SNAs would not be able to do their jobs. The use of these privileges must be wise and thoughtful. These guidelines were developed to articulate responsibilities of SNAs in addition to those outlined in the City of Los Fresnos' Computer Systems Acceptable Use Policy.

**1.** SNAs are bound by the Computer Systems Acceptable Use Policy. Further, SNAs have a responsibility to educate their users about the Policy.

**2.** All SNAs have an additional responsibility to assure the operation, security and integrity of the City of Los Fresnos' computers, networks, and data.

**3.** Consistent with the other obligations imposed on them under the Computer Systems Acceptable Use Policy, other applicable City policies, and the law, SNAs will treat as confidential any private and/or confidential information obtained during system administration.

Amendment to Personnel Policy to add Sections 14-08 through 14-12 on April 10, 2001.

**4.** SNAs must not disclose privileged and confidential information about the City of Los Fresnos' systems or any other information that could prove detrimental to operations or compromise system security.

**5.** It is against City policy for an SNA to read a user's files. However, SNAs, in the course of routine system administration, may need to delete or archive user files or messages. In order to do this, SNAs must first promulgate a clear policy to the users describing how and when delete or archive actions will be taken. These policies may vary by department. However, this section does not grant SNAs authority to read user files or messages during routine system administration.

**6.** When reacting to or preventing actions by users that may violate the Computer Systems Acceptable Use Policy or other actions by users that may have significantly detrimental effects on system or network operation, SNAs may need to read, modify or delete user files or messages.

**7.** Each SNA will take all practical measures to ensure that all hardware and software license agreements are faithfully executed on all systems, networks, servers, and computers for which he or she has responsibility.


Violations of this policy will be handled following the administrative and disciplinary processes outlined in the applicable operating policies and procedures of the University

<u>Inappropriate use of City resources or violation of these policies may result in administrative disciplinary action, up to and including termination.</u> Illegal acts involving City computing resources may also result in federal or state prosecutions. If employees have any questions related to their use of equipment, they should be directed to the Department Director or City Administrator for clarification.