UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| PAULA REYNOLDS § | | |
| *Plaintiff* § | | |
| § | CIVIL ACTION NO. B-03-056 | |
| VS. § | | |
| § | (JURY REQUESTED) | |
| THE CITY OF LOS FRESNOS, TEXAS, § | | |
| TOM ANDREWS, MANUEL ABREGO, § | | |
| JUAN C. SIERRA, IDA GARCIA, § | | |
| MIGUEL MENDOZA, RAY GARCIA, § | | |
| GONZALO ACEVEDO, AND PAM § | | |
| DENNY INDIVIDUALLY AND IN § | | |
| THEIR OFFICIAL CAPACITIES § | | |
| *Defendants* § | | |

## ORDER GRANTING DEFENDANTS' MOTION FOR SUMMARY JUDGMENT

On this day came on to be heard Defendant the City of Los Fresnos, Texas' Motion for Summary Judgment filed in this cause. All parties appeared by and through respective counsel. The Court after examining the pleadings and summary judgment evidence and hearing the arguments of counsel is of the opinion and finds that Defendant is entitled to summary judgment.

IT IS THEREFORE ORDERED ADJUDGED and DECREED that Defendant the City of Los Fresnos is entitled to summary judgment, that Plaintiff Paula Reynolds take nothing against Defendants, and all of Plaintiff's claims against Defendants are dismissed with prejudice.

IT IS FURTHER ORDERED all taxable costs are to assessed against the Plaintiff. All relief requested and not expressly granted is hereby denied.

Signed this the ___ day of _____, 2005.

_____
JUDGE PRESIDING

Copies to:
Ms. Eileen M. Leeds, Willette & Guerra, L.L.P., 1534 E. 6th Street, Suite 200, Brownsville, Texas 78520
Ms. Teri Danish, Rodriguez, Colvin & Chaney, L.L.P., 1201 E. Van Buren, Brownsville, Texas 78520
Mr. Michael Rodriguez, Attorney and Counselor at Law, 1000 E. Madison Street, Brownsville, Texas 78520