UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
**ENTERED**

JAN 0 4 2005

Michael N. Milby, Clerk of Court
By Deputy Clerk D. Ahumada

| | |
|---|---|
| PAULA REYNOLDS<br>*Plaintiff*<br><br>VS.<br><br>THE CITY OF LOS FRESNOS, TEXAS,<br>TOM ANDREWS, MANUEL ABREGO,<br>JUAN C. SIERRA, IDA GARCIA,<br>MIGUEL MENDOZA, RAY GARCIA,<br>GONZALO ACEVEDO, AND PAM<br>DENNY INDIVIDUALLY AND IN<br>THEIR OFFICIAL CAPACITIES<br>*Defendants* | § § § § § § § § § § § § § § | CIVIL ACTION NO. B-03-056<br><br>(JURY REQUESTED) |

## ORDER SETTING HEARING ON
## DEFENDANTS' MOTION FOR SUMMARY JUDGMENT

On this the 4TH day of JANUARY, 2005 came on for consideration Defendant the City of Los Fresnos, Texas' Motion for Summary Judgment. The court having reviewed said motion together with the papers on file is of the opinion that this matter shall be heard by submission.

IT IS THEREFORE ORDERED, ADJUDGED and DECREED Defendant the City of Los Fresnos, Texas' Motion for Summary Judgment is hereby set for hearing on the 17TH day of FEBRUARY, 2005 at 1:30 pm o'clock in this Honorable Court.

Signed for entry on this 4TH day of JANUARY, 2005.

JUDGE PRESIDING

Copies to:

Ms. Eileen M. Leeds, Willette & Guerra, L.L.P., 1534 E. 6th Street, Suite 200, Brownsville, Texas 78520
Ms. Teri Danish, Rodriguez, Colvin & Chaney, L.L.P., 1201 E. Van Buren, Brownsville, Texas 78520
Mr. Michael Rodriguez, Attorney and Counselor at Law, 1000 E. Madison Street, Brownsville, Texas 78520

