United States District Court
Southern District of Texas
FILED

JAN 0 4 2005

Michael N. Milby
Clerk of Court

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| PAULA REYNOLDS | * | |
| *Plaintiff* | * | |
| VS. | * | CIVIL ACTION NO. B-03-056 |
| | * | |
| THE CITY OF LOS FRESNOS, TEXAS, | * | (JURY REQUESTED) |
| TOM ANDREWS, MANUEL ABREGO, | * | |
| JUAN C. SIERRA, IDA GARCIA, | * | |
| MIGUEL MENDOZA, RAY GARCIA, | * | |
| GONZALO ACEVEDO, AND PAM | * | |
| DENNY INDIVIDUALLY AND IN | * | |
| THEIR OFFICIAL CAPACITIES | * | |
| *Defendants* | * | |

## EMERGENCY MOTION FOR ENTRY OF ORDER
## CLARIFYING PLAINTIFF'S RESPONSE DEADLINES
## AND HEARING THEREON

**TO THE HONORABLE UNITED STATES DISTRICT COURT JUDGE:**

**COMES NOW**, Plaintiff, **PAULA REYNOLDS**, and files this Emergency Motion For Entry of Deadlines and Motion for Hearing Thereon.

### I.

This motion is necessary to ensure Plaintiff does not inadvertently misunderstand this Court's order or miss a deadline and is necessitated by the position Defendants' counsel have taken with respect to the deadlines for Plaintiff's responses to Defendants' Motion for and Supplemental Motion for Summary Judgment.

### II.

Defendants filed a Motion for Summary Judgment on September 30, 2004. A series of discussions between the attorneys on this case led to the filing of an Unopposed

and Agreed Motion for Continuance. This Court entered an order granting that motion and entering various deadlines. *See* Exhibit A.

That order set the dispositive motion deadline and the deadline for Plaintiff to respond to Defendants' Motion for Summary Judgment for January 7, 2005. Defendants subsequently filed a Supplemental Motion for Summary Judgment on December 30, 2004. Plaintiff's counsel received the Supplemental Motion For Summary Judgment on the afternoon of January 3, 2005. *See* Exhibit B, January 4, 2004, Confirming Letter.

Plaintiff's counsel called Ms. Analise Figueroa on the morning of January 4, 2005, and asked if Defendants would agree to allow Plaintiff to file a single response to both the Motion for and the Supplemental Motion for Summary Judgment on the same day, January 19, 2005.

January 19, 2005, is the deadline pursuant to the Southern District of Texas Local Rules 7.4(A) for Plaintiff to respond to the Supplemental Motion for Summary Judgment.

Defendants responded that (1) they would not agree to letting Plaintiff file both responses on January 19, 2005, and (2) Plaintiffs must file responses to both the Motion for and the Supplemental Motion For Summary Judgment on January 7, 2005.

### III.

Rather than merely relying on Plaintiff's counsel's interpretation of the Local Rules and this Court's prior orders, Plaintiff now files this emergency motion so this issue may be resolved before any deadlines are inadvertently missed.

Defendants' position does not properly interpret this Court's order. Under Defendants' interpretation of this Court's order, Defendants could file a "Supplemental Motion for Summary Judgment" on the afternoon of January 7, 2005, serve it by

Certified Mail Return Receipt Requested, and Plaintiff would not receive the motion until after the deadline to respond had passed. Moreover, the Local Rules and due process give a Plaintiff more than four days of actual notice to respond to a motion for summary judgment. Defendant cannot reasonably expect Plaintiff to respond to the Supplemental Motion for Summary Judgment by this Friday, January 7, 2005.

Nor can Defendant reasonably expect Plaintiff to respond to the Motion for and Supplemental Motion for Summary Judgment in two separate responses. First, the motion and supplement are irretrievable intertwined. In their Supplemental Motion for Summary Judgment, Defendants pasted in their original arguments, then interspersed new facts and law. Moreover, Defendants add whole sections regarding causes of action they had not addressed in the original motion. Economy of judicial time and resources would be served if the Court were to receive one coherent, well-organized response from the Plaintiff.

### IV.

Therefore, Plaintiff requests the Court either (1) enter an order permitting Plaintiff to respond to both the Motion for and Supplemental Motion for Summary Judgment in one consolidated response on January 19, 2005, or (2) enter an order clarifying that Plaintiff's response to the Motion for Summary Judgment is due on January 7, 2005, and Plaintiff's response to the Supplemental Motion for Summary Judgment is due on January 19, 2005.[1]

---

[1] The attached proposed order is for the first set of dates. Plaintiff will provide a proposed order if the Court is inclined to enter the alternative, second set of dates.

*Emergency Motion For Entry Of Order*  
*Clarifying Plaintiff's Response Deadlines*                                                                              3

## V.

**WHEREFORE PREMISES CONSIDERED,** Plaintiff Paula Reynolds prays that the Court grant this Emergency Motion For Entry of Order Clarifying Plaintiff's Response Deadlines.

Respectfully submitted,

RODRIGUEZ & NICOLAS, L.L.P.

By: _____
Michael Rodriguez
State Bar No.00791553
Federal I.D. No.18759
Henri E. Nicolas, Jr.
State Bar No. 24014808
Federal ID No. 26052
319 East Elizabeth Street
Brownsville, Texas 78520
Telephone: (956) 574-9333
Facsimile: (956) 574-9337
**ATTORNEYS FOR PLAINTIFF**

## CERTIFICATE OF SERVICE

    I hereby certify that a true copy and correct copy of this instrument has on this 4th day of January 2005, been served via **FACSIMILE** and **HAND DELIVERY**:

Eileen Leeds
WILLETTE & GUERRA, L.L.P.
1534 E. 6th Street, Suite 200
Brownsville, Texas 78520

Teri Danish
RODRIGUEZ, COLVIN & CHANEY, L.L.P.
1201 East Van Buren
Brownsville, Texas 78520

_____
Henri E. Nicolas, Jr.