IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| PAULA REYNOLDS | * | |
| *Plaintiff* | * | |
| VS. | * | CIVIL ACTION NO. B-03-056 |
| | * | |
| THE CITY OF LOS FRESNOS, TEXAS, | * | (JURY REQUESTED) |
| TOM ANDREWS, MANUEL ABREGO, | * | |
| JUAN C. SIERRA, IDA GARCIA, | * | |
| MIGUEL MENDOZA, RAY GARCIA, | * | |
| GONZALO ACEVEDO, AND PAM | * | |
| DENNY INDIVIDUALLY AND IN | * | |
| THEIR OFFICIAL CAPACITIES | * | |
| *Defendants* | * | |

## ORDER

On this the ____ day of _____, 2005, came on before the Court, the Emergency Motion For Entry of Order Clarifying Plaintiff's Response Deadlines. The Court, after considering same, is of the opinion that the Motion should in all things be **GRANTED**.

The following Deadlines are entered:

Plaintiff's responses to Defendants' Motion for Summary Judgment and Supplement Motion for Summary Judgment are due on January 19, 2005.

**SIGNED FOR ENTRY** this the ____ day of _____, 2005.

_____
Judge Presiding

*Emergency Motion For Entry Of Order*
*Clarifying Plaintiff's Response Deadlines*                                                                 5

# EXHIBIT A

United States District Court
Southern District of Texas
ENTERED

OCT 15 2004

Michael N. Milby, Clerk of Court
By Deputy Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| PAULA REYNOLDS | * | |
| *Plaintiff* | * | |
| VS. | * | CIVIL ACTION NO. B-03-056 |
| | * | |
| THE CITY OF LOS FRESNOS, TEXAS, | * | (JURY REQUESTED) |
| TOM ANDREWS, MANUEL ABREGO, | * | |
| JUAN C. SIERRA, IDA GARCIA, | * | |
| MIGUEL MENDOZA, RAY GARCIA, | * | |
| GONZALO ACEVEDO, AND PAM | * | |
| DENNY INDIVIDUALLY AND IN | * | |
| THEIR OFFICIAL CAPACITIES | * | |
| *Defendants* | * | |

## ORDER GRANTING MOTION FOR CONTINUANCE

On this the **15th** day of **October**, 2004, came on before the Court, the Unopposed and Agreed Motion For Continuance. The Court, after considering same, is of the opinion that the Motion for Continuance should in all things be **GRANTED**. The following Scheduling is entered:

Discovery deadline:                December 17, 2004.

    Dispositive motion deadline:        January 7, 2005.

    Plaintiff's response to Defendants' motion for summary judgment: January 7, 2005.

    Final Pretrial Conference:        February 23, 2005. before Magistrate Judge John Wm. Black at 1:30 p.m.
    Jury Selection:        March 3, 2005. before Magistrate Judge John Wm. Black at 9:00 a.m.
    Trial:        March 7, 2005. before Magistrate Judge John Wm. Black at 9:00 a.m.

SIGNED FOR ENTRY this the **15** day of **OCT**, 2004.

_____
Judge Presiding

# EXHIBIT B

# RODRIGUEZ & NICOLAS, L.L.P.
319 E. ELIZABETH STREET
BROWNSVILLE, TEXAS 78520
TELEPHONE: (956) 574-9333
FACSIMILE: (956) 574-9337

MICHAEL RODRIGUEZ  
HENRI E. NICOLAS, JR.

Email:  michael@mrodriguez.com  
hnicolas@mrodriguez.com

January 4, 2005

Ms. Analisa Figueroa  
Ms. Eileen M. Leeds  
Willette & Guerra, L.L.P.  
1534 E. 6th Street, Suite 2000  
Brownsville, Texas 78520  
**Via Facsimile (956) 541-1893**

      Re:    Civil No. B-03-056; Paula Reynolds vs. City of Los Fresnos, et.al.  
             U.S. District Court; Southern District of Texas; Brownsville Division

Dear Analisa:

      This letter will confirm our two conversations this morning and this afternoon.

      To set the factual backdrop, Los Fresnos filed a Motion for Summary Judgment on September 30, 2004. A series of discussions led to the filing of an Unopposed and Agreed Motion for Continuance. Judge Black entered an order granting that motion and entering various deadlines. That order set the dispositive motion deadline and the deadline for Plaintiff to respond to Los Fresnos' Motion for Summary Judgment for January 7, 2005. Los Fresnos subsequently filed a Supplemental Motion for Summary Judgment on December 30, 2004.

      This morning I called you and asked if you would agree to allow me to file a single response to both the motion for Summary Judgment and the Supplemental Motion for Summary Judgment on the same day, January 19, 2005. That day is not arbitrary; it is the deadline pursuant to the Southern District of Texas Local Rules 7.4(A) for Plaintiff to respond to the Supplemental Motion for Summary Judgment. In short, I asked if you would agree to me filing one consolidated response rather than two response over the course of two weeks.

      After consulting with Eileen Leeds and your client, you returned my call to (1) tell me you would not agree to let me file both responses on January 19, 2005, and (2) inform me that I am mistaken that I have until January 19, 2005, to respond to the Supplemental Motion for Summary Judgment. You informed me that your reading of Judge Black's order is that all responses to all dispositive motions are due on January 7, 2005, regardless of when the motion was filed.

Our last conversation on this matter and this letter will serve as the meet and confer on the motion I am now forced to file.

Please contact me at your absolute earliest convenience if I have misstated the factual background, my request, or your reply.

Should you have any questions or comments please do not hesitate to contact me.

Respectfully yours,
RODRIGUEZ & NICOLAS, L.L.P.

Henri E. Nicolas, Jr.

Cc:
Teri Danish
RODRIGUEZ, COLVIN, CHANEY & SAENZ, L.L.P.
1201 E. Van Buren
Brownsville, Texas 78520
**Via Facsimile (956) 541-2170**