## In The United States District Court
## For The Southern District Of Texas
## Brownsville Division

| | | |
|---|---|---|
| PAULA REYNOLDS | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. B-03-056 |
| | § | |
| THE CITY OF LOS FRESNOS, TEXAS, | § | |
| ET AL. | § | |

### ORDER

Pending before the Court is Plaintiff's Emergency Motion for Entry of Order Clarifying Plaintiff's Response Deadlines and Hearing Thereon necessitated by Defendants' attorneys failing to agree as a matter of simple professional courtesy to Plaintiff's attorneys request to file a joint response on the same date to Defendants' Motion for Summary Judgment and Supplemental Motion for Summary Judgment.

It is beyond this judge's understanding as to why any lawyer would take such a position.  This judge also wishes to remind Defendants' attorneys of their three requests for extensions of time to file pleadings or rescheduling of hearings in this case which were all agreed to by Plaintiff's attorneys..

This exercise is a complete waste of everyone's time.

Plaintiff's Motion is GRANTED.  Responses to both Defendant's Motions are to be filed by January 19, 2005.

SIGNED on this 5th day of January, 2005.

John Wm. Black
United States Magistrate Judge