UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

JAN 0 5 2005

Michael N. Milby
Clerk of Court

| | | |
|---|---|---|
| PAULA REYNOLDS | § | |
| *Plaintiff* | § | |
| | § | CIVIL ACTION NO. B-03-056 |
| VS. | § | (JURY REQUESTED) |
| | § | |
| THE CITY OF LOS FRESNOS, TEXAS, | § | |
| TOM ANDREWS, MANUEL ABREGO, | § | |
| JUAN C. SIERRA, IDA GARCIA, | § | |
| MIGUEL MENDOZA, RAY GARCIA, | § | |
| GONZALO ACEVEDO, AND PAM | § | |
| DENNY INDIVIDUALLY AND IN | § | |
| THEIR OFFICIAL CAPACITIES | § | |
| *Defendants* | § | |

**DEFENDANT THE CITY OF LOS FRESNOS, TEXAS'
RESPONSE TO PLAINTIFF'S EMERGENCY MOTION FOR CLARIFYING
PLAINTIFF'S RESPONSE DEADLINES AND HEARING THEREON**

TO THE HONORABLE UNITED STATES DISTRICT COURT:

COMES NOW, CITY OF LOS FRESNOS, Defendant in the above-styled and numbered cause and files this its Response to Plaintiff's Emergency Motion for Clarifying Plaintiff's Response Deadlines and Hearing Thereon and in support thereof, would respectfully show unto the court as follows:

I.

Defendant is not opposed to Plaintiff filing a single response to Defendants' Motion for Summary Judgment. Defendant informed Plaintiff's counsel on December 20, 2004, that they could not agree to an extension of the Court's order on dispositive motions, or their responses. It was explained that Defendant was being pressured to getting this case disposed of. It was on that date

02-151 Reynolds:   response-emergency
Page 1

that Plaintiff new of our position on the extension, not January 3, 2005 as the Plaintiff insinuates. Therefore, there was no need for an Emergency Motion other than to bias the Court against Defendants and make it look like Defendants were being unreasonable. Plaintiff's Emergency Motion accuses Defendants of conduct that did not occur and Defendant wishes the Court to be aware of what has really transpired. Defendant wrote to Plaintiff's counsel indicating that the Federal Rules allow the attorneys to agree to post-deadline discovery, but not the changing of deadlines for dispositive motions, without Court intervention. Please see letter attached

WHEREFORE, PREMISES CONSIDERED, Defendants are not opposed to Plaintiff filing a Motion for Extension of Time, but are opposed to the need for it to be called an Emergency given that they were informed of Defendants' position on December 20, 2004, and for all other relief to which Defendant may be justly entitled.

                        Respectfully submitted,

                        WILLETTE & GUERRA, L.L.P.
                        1534 E. 6th Street, Suite 200
                        Telephone: (956) 541-1846
                        Facsimile: (956) 541-1893

By: _/s/ Eileen Leeds_____
      Eileen M. Leeds
      State Bar No. 00791093
      USDC Adm. No. 16799

      Analisa Figueroa
      State Bar No. 24040897
      USDC Adm. No. 38197

**ATTORNEYS FOR DEFENDANTS**

## CERTIFICATE OF SERVICE

      I hereby certify that on this the 5th day of January, 2005, a true and correct copy of the above and foregoing instrument has been forwarded to opposing counsel of record as noted hereunder.

Via Hand Delivery
Ms. Teri Danish
Rodriguez, Colvin & Chaney, L.L.P.
1201 E. Van Buren
Brownsville, Texas 78520

Via Hand Delivery
Mr. Michael Rodriguez
Rodriguez & Nicolas, L.L.P.
319 E. Elizabeth St.
Brownsville, Texas 78520

                                              _/s/ Eileen Leeds_
                                              Eileen Leeds