United States District Court
Southern District of Texas
FILED

JAN 1 0 2005

Michael N. Milby
Clerk of Court

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| PAULA REYNOLDS | § | |
| *Plaintiff* | § | |
| | § | CIVIL ACTION NO. B-03-056 |
| VS. | § | (JURY REQUESTED) |
| | § | |
| THE CITY OF LOS FRESNOS, TEXAS, | § | |
| TOM ANDREWS, MANUEL ABREGO, | § | |
| JUAN C. SIERRA, IDA GARCIA, | § | |
| MIGUEL MENDOZA, RAY GARCIA, | § | |
| GONZALO ACEVEDO, AND PAM | § | |
| DENNY INDIVIDUALLY AND IN | § | |
| THEIR OFFICIAL CAPACITIES | § | |
| *Defendants* | § | |

## DEFENDANT'S THE CITY OF LOS FRESNOS, TEXAS' UNOPPOSED MOTION TO DELAY TRIAL

TO THE HONORABLE UNITED STATES DISTRICT COURT:

COMES NOW, City of Los Fresnos, Defendant in the above-styled and numbered cause and files this its Motion to Delay Trial and in support thereof, would respectfully show unto the court as follows:

I.

Defendant's attorney is scheduled for oral argument in Case No. 04-40465; *Dino Chavez vs. Brownsville Independent School District, et al* in the United States Court of Appeals Fifth Circuit New Orleans, Louisiana on March 7, 2005. See attached notice. The Fifth Circuit has refused to change the date of oral argument, but did allow the undersigned to set a date certain. Oral Argument is now set for Monday, March 7, 2005 in New Orleans, Louisiana.

02-151 Reynolds:   mtn-to-delay
Page 1

Due to conflict, Defendant hereby requests that the trial date set in this case be reset for Tuesday, March 8, 2005. In the alternative, Defendant requests a continuance of the trial date.

WHEREFORE, PREMISES CONSIDERED, Defendant respectfully requests that the Court grant this Motion to Delay Trial, and grant this Defendant such other and further relief to which he may show himself justly entitled.

Respectfully submitted,

WILLETTE & GUERRA, L.L.P.
1534 E. 6th Street, Suite 200
Telephone: (956) 541-1846
Facsimile: (956) 541-1893

By: *Eileen Leeds*
Eileen M. Leeds
State Bar No. 00791093
USDC Adm. No. 16799

Analisa Figueroa
State Bar No. 24040897
USDC Adm. No. 38197

**ATTORNEYS FOR DEFENDANTS**

**CERTIFICATE OF CONFERENCE**

The undersigned has conferred with counsel for Plaintiff and he is unopposed to the filing of this motion.

*Eileen Leeds*
Eileen M. Leeds

## CERTIFICATE OF SERVICE

I hereby certify that on this the 10th day of January, 2005, a true and correct copy of the above and foregoing instrument has been forwarded to opposing counsel of record as noted hereunder.

Ms. Teri Danish
Rodriguez, Colvin & Chaney, L.L.P.
1201 E. Van Buren
Brownsville, Texas 78520

Mr. Michael Rodriguez
Rodriguez & Nicolas, L.L.P.
319 E. Elizabeth St.
Brownsville, Texas 78520

_____
Eileen Leeds

# United States Court of Appeals
FIFTH CIRCUIT
OFFICE OF THE CLERK

CHARLES R. FULBRUGE III
CLERK

TEL. 504-310-7700
600 CAMP STREET
NEW ORLEANS, LA 70130

December 29, 2004

**IMPORTANT NOTICE**

TO ALL COUNSEL LISTED BELOW

    No. 04-40465   Chavez v. Brownsville Indep

    Projected Week of Hearing **03/07/05**

------------------------------------------------------------

Dear Counsel:

We have tentatively scheduled this case for oral argument during the week shown.

If you have a serious, irresolvable conflict, contact us **IMMEDIATELY**. Do not ask to reschedule argument unless you can find no other solution. **GENERALLY, ENGAGEMENT OF COUNSEL IN ANOTHER COURT IS NOT AN "IRRESOLVABLE CONFLICT."**

**So we can provide all pertinent information to the court before argument, and barring an emergency, we must receive all additional filings by noon on the workday immediately preceding argument.**

If you are arguing before the Fifth Circuit for the first time, please visit our Internet site at "http:www.ca5.uscourts.gov/documents/handout.htm" for "Preparing for Oral Argument in the Fifth Circuit" and at "http://www.ca5.uscourts.gov/documents/ltsig-e.htm" for "Notice to Counsel Attending Oral Argument". If you do not have Internet access, please call and we will send you the information.

Counsel are advised it is almost invariably more helpful, in lieu of large exhibits, to furnish the courtroom deputy four smaller sized (not larger than about 8 X 14 inches) copies of charts, diagrams, etc., for the judges' use. If counsel believe it necessary to use large exhibits, please also furnish the small copies.

                                             CALENDARING DEPARTMENT
                                             504-310-7804

/gam

Mr J Arnold Aguilar
Ms Eileen Marie Leeds
Ms Elizabeth G Neally

PROJ-WK