UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| PAULA REYNOLDS | § | |
| *Plaintiff* | § | |
| | § | CIVIL ACTION NO. B-03-056 |
| VS. | § | (JURY REQUESTED) |
| | § | |
| THE CITY OF LOS FRESNOS, TEXAS, | § | |
| TOM ANDREWS, MANUEL ABREGO, | § | |
| JUAN C. SIERRA, IDA GARCIA, | § | |
| MIGUEL MENDOZA, RAY GARCIA, | § | |
| GONZALO ACEVEDO, AND PAM | § | |
| DENNY INDIVIDUALLY AND IN | § | |
| THEIR OFFICIAL CAPACITIES | § | |
| *Defendants* | § | |

**ORDER GRANTING DEFENDANT'S THE CITY OF LOS FRESNOS, TEXAS'
UNOPPOSED MOTION TO DELAY TRIAL**

Be it remembered on the _____ day of _____, 2005, came on to be heard Defendant, City of Los Fresnos, Texas' Unopposed Motion to Delay Trial and the court after considering said motion determines that it should in all things be GRANTED.

IT IS THEREFORE ORDERED, ADJUDGED AND DECREED that Defendant, City of Los Fresnos, Texas' Unopposed Motion to Delay Trial is granted, that the trial date of March 7, 2005, shall be reset to _____, 2005 at _____ a.m.

All relief requested and not expressly granted is hereby denied.

ENTERED on this the _____ day of _____, 2004.

_____
UNITED STATES JUDGE

Copies to:

Ms. Eileen M. Leeds, Willette & Guerra, L.L.P., 1534 E. 6th Street, Suite 200, Brownsville, Texas 78520
Ms. Teri Danish, Rodriguez, Colvin & Chaney, L.L.P.,1201 E. Van Buren, Brownsville, Texas 78520
Mr. Michael Rodriguez, Rodriguez & Nicolas, LLP,319 E. Elizabeth Street, Brownsville, Texas 78520