UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | |
|---|---|
| PAULA REYNOLDS § | |
| *Plaintiff* § | |
| § | CIVIL ACTION NO. B-03-056 |
| VS. § | (JURY REQUESTED) |
| § | |
| THE CITY OF LOS FRESNOS, TEXAS, § | |
| TOM ANDREWS, MANUEL ABREGO, § | |
| JUAN C. SIERRA, IDA GARCIA, § | |
| MIGUEL MENDOZA, RAY GARCIA, § | |
| GONZALO ACEVEDO, AND PAM § | |
| DENNY INDIVIDUALLY AND IN § | |
| THEIR OFFICIAL CAPACITIES § | |
| *Defendants* § | |

**ORDER SETTING HEARING ON DEFENDANT'S THE CITY OF LOS FRESNOS, TEXAS' UNOPPOSED MOTION TO DELAY TRIAL**

On this the ____ day of _____, 2005 came on for consideration, Defendant, City of Los Fresnos, Texas' Unopposed Motion to Delay Trial. The court, having reviewed said motion together with the papers on file is of the opinion that a hearing shall be held thereon.

IT IS THEREFORE, ORDERED, ADJUDGED and DECREED, that the Defendant, City of Los Fresnos, Texas' Unopposed Motion to Delay Trial is hereby set for hearing on the _____ day of _____, 2005 at _____ o'clock in this Honorable Court.

Signed for entry on this _____ day of _____, 2005.

_____
UNITED STATES JUDGE

Copies to:

Ms. Eileen M. Leeds, Willette & Guerra, L.L.P., 1534 E. 6th Street, Suite 200, Brownsville, Texas 78520
Ms. Teri Danish, Rodriguez, Colvin & Chaney, L.L.P.,1201 E. Van Buren, Brownsville, Texas 78520
Mr. Michael Rodriguez, Rodriguez & Nicolas, LLP,319 E. Elizabeth Street, Brownsville, Texas 78520