UNITED STATES DISTRICT COURT        SOUTHERN DISTRICT OF TEXAS

| | |
|---|---|
| PAULA REYNOLDS §<br>　　　　*Plaintiff* §<br>§<br>VS. §<br>§<br>THE CITY OF LOS FRESNOS, TEXAS, §<br>TOM ANDREWS, MANUEL ABREGO, §<br>JUAN C. SIERRA, IDA GARCIA, §<br>MIGUEL MENDOZA, RAY GARCIA, §<br>GONZALO ACEVEDO, AND PAM §<br>DENNY INDIVIDUALLY AND IN §<br>THEIR OFFICIAL CAPACITIES §<br>　　　　*Defendants* § | CIVIL ACTION NO. B-03-056<br><br>(JURY REQUESTED)<br><br>United States District Court<br>Southern District of Texas<br>FILED<br><br>JAN 1 8 2005<br><br>Michael N. Milby<br>Clerk of Court |

## AGREED AMENDED JOINT SCHEDULING ORDER

1. Trial: Estimated time to try: 4-5 days. 　　　　　　　__ Bench  　X  Jury

2. New parties must be joined by: 　　　　　　　　　　November 3, 2003
   *Furnish a copy of this scheduling order to new parties*

3. The plaintiff's experts will be named with a report furnished by: 　December 2, 2003

4. The defendants' experts must be named with a report furnished within 30 days of the deposition of the plaintiff's expert.

5. Discovery must be completed by: 　　　　　　　　　March 15, 2004

   *Counsel may agree to continue discovery beyond the deadline, but there will be no intervention by the court. No continuance will be granted because of information acquired in post-deadline discovery.*
   ************************* The court will provide these dates.*********************

6. Response to Dispositive Motions will by filed by: 　　February 18, 2005

7. Hearing on Dispositive Motions is set for _____ a.m. on: 　February 24, 2005

8. Joint pretrial order is due: 　　　　　　　　　　　　April 4, 2005
   　　*The plaintiff is responsible for filing the pretrial order on time.*

9. Docket Call and final pretrial conference is set for _____ p.m. on: _____

10. Jury Selection is set for _____ a.m. on: 　　　　　　_____

11. Trial is set for _____ a.m. before Magistrate John Wm. Black 　April 18, 2005

The case will remain on standby until tried.

        Signed on _____, 2005 at Brownsville, Texas.

 

_____
United States Magistrate Judge
John Wm. Black

By: _____
Henri Nicolas
State Bar No. 24014808
USDC Adm. No. 26052
Attorney for Plaintiff

By: _____
Teri L. Danish
State Bar No. 05375320
USDC Adm. No. 12865

By: _____
Eileen M. Leeds
State Bar No. 00791093
USDC Adm. No. 16799
Attorney for Defendants