UNITED STATES DISTRICT COURT	SOUTHERN DISTRICT OF TEXAS

| | | |
|---|---|---|
| PAULA REYNOLDS | § | |
|     *Plaintiff* | § | |
| | § | CIVIL ACTION NO. B-03-056 |
| VS. | § | |
| | § | (JURY REQUESTED) |
| THE CITY OF LOS FRESNOS, TEXAS, | § | |
| TOM ANDREWS, MANUEL ABREGO, | § | |
| JUAN C. SIERRA, IDA GARCIA, | § | |
| MIGUEL MENDOZA, RAY GARCIA, | § | |
| GONZALO ACEVEDO, AND PAM | § | |
| DENNY INDIVIDUALLY AND IN | § | |
| THEIR OFFICIAL CAPACITIES | § | |
|     *Defendants* | § | |

United States District Court
Southern District of Texas
ENTERED

JAN 1 8 2005

Michael N. Milby, Clerk of Court
By Deputy Clerk

## AGREED AMENDED JOINT SCHEDULING ORDER

1. Trial:  Estimated time to try: 4-5 days.     __ Bench   _X_ Jury

2. New parties must be joined by:     November 3, 2003
   *Furnish a copy of this scheduling order to new parties*

3. The plaintiff's experts will be named with a report furnished by:     December 2, 2003

4. The defendants' experts must be named with a report furnished within 30 days of the deposition of the plaintiff's expert.

5. Discovery must be completed by:     March 15, 2004

*Counsel may agree to continue discovery beyond the deadline, but there will be no intervention by the court. No continuance will be granted because of information acquired in post-deadline discovery.*
*************************  The court will provide these dates.  *********************

6. Response to Dispositive Motions will by filed by:     February 18, 2005

7. Hearing on Dispositive Motions is set for 1:30 p.m. on:     February 24, 2005

8. Joint pretrial order is due:     April 4, 2005
   *The plaintiff is responsible for filing the pretrial order on time.*

9. ~~Docket Call and final pretrial conference is set for xxxxxxx p.m. on xxxxxxxxxxxxxxxx~~

10. Jury Selection is set for 9:00 a.m. on:     **April 7, 2005**
    **before Magistrate Judge John Wm. Black**

11. Trial is set for 9:00 a.m. before Magistrate John Wm. Black     April 18, 2005

The case will remain on standby until tried.

Signed on _18 JAN_, 2005 at Brownsville, Texas.

_____
United States Magistrate Judge
John Wm. Black

By: _Henri Nicolas by permn on ftk_
Henri Nicolas
State Bar No. 24014808
USDC Adm. No. 26052
Attorney for Plaintiff

By: _Teri Danish by permn on ftk_
Teri L. Danish
State Bar No. 05375320
USDC Adm. No. 12865

By: _Eileen Leeds_
Eileen M. Leeds
State Bar No. 00791093
USDC Adm. No. 16799
Attorney for Defendants