IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTICT OF TEXAS
BROWNSVILLE DIVISION

| | |
|---|---|
| PAULA REYNOLDS *<br>*Plaintiff* *<br>VS. *<br> *<br>THE CITY OF LOS FRESNOS, TEXAS, *<br>TOM ANDREWS, MANUEL ABREGO, *<br>JUAN C. SIERRA, IDA GARCIA, *<br>MIGUEL MENDOZA, RAY GARCIA, *<br>GONZALO ACEVEDO, AND PAM *<br>DENNY INDIVIDUALLY AND IN *<br>THEIR OFFICIAL CAPACITIES *<br>*Defendants* * | CIVIL ACTION NO. B-03-056<br><br>(JURY REQUESTED) |

**PROPOSED ORDER DENYING DEFENDANTS'
MOTION AND SUPPLEMENTAL MOTION FOR
SUMMARY JUDGMENT**

On this __ day of February 2005, came on to be heard Defendants' motion and supplemental motion for summary judgment. Considering the motions and arguments of counsel, the Court hereby DENIES Defendants' motions.

DONE at Brownsville, Texas, this __day of February 2005.

_____
WILLIAM BLACK
UNITED STATES MAGISTRATE JUDGE