**DISTRIBUTING, INC.®**                                           **NEWS NETWORK**
PO BOX 619092      PHONE: (305) 949-0053
N. MIAMI, FL 33261-9092    FAX: (305) 949-3618
www.abcdistributing.com

ACCT: 78566030101
ATTN:
LOS FRESNOS WATER PLANT                              MARCH 28, 2002
209 N ARROYO BLVD
LOS FRESNOS, TX 78566-3236                           PHONE: (956) 233-5768
                                                     FAX:   (956) 233-9879

RE: Purchaser:     **P REYNOLDS**

Dear Sir or Madam:

We understand that you are notifying us that the individual named above is no longer employed with your firm.

Please be aware, however, that an account was established with abc Distributing, Inc., by that individual on behalf of your company. Each catalogue order requires an authorized signature and it is understood that the individual signing the order form has the authority to do so on behalf of the business, office, department or division. Therefore, abc Distributing, Inc., holds the business or agency ultimately responsible for any debt incurred during purchasing or shipping. Furthermore, your company account has an unpaid balance.

If you would like us to resolve this matter directly with your former employee, please provide us with some general information including, their home address, phone number, or new place of employment.

Your cooperation is greatly appreciated. We apologize for any inconvenience this misunderstanding may have caused and hope to be of service to you in the near future.

We urge you to contact us if you have additional questions or concerns.

Sincerely,
abc Distributing, Inc.                                               Request for
Collection Department                                                Production No. 1


EXHIBIT N

NOTE: If you receive this fax through the mail, we were not able to send a fax to your company at the fax number on file. Should you wish to receive faxes from us, please contact our Customer Service line at (305) 944-6971, Monday through Friday between the hours of 8:30 am and 5:00 pm EST.

 **DISTRIBUTING, INC.®**
PO BOX 619092       PHONE: (305) 944-6971
N. MIAMI, FL 33261-9092   FAX: (305) 944-3291
www.abcdistributing.com


STATEMENT OF ACCOUNT

```
ACCT: 78566030101
ATTN: P REYNOLDS
LOS FRESNOS WATER PLANT           APRIL 17, 2002
209 N ARROYO BLVD
LOS FRESNOS, TX 78566-3236        PHONE: (956) 233-5768
                                  FAX:   (956) 233-9879
```

RE: STATEMENT OF ACCOUNT

| DATE SHIPPED | INVOICE NUMBER | QTY/ ITEM | DESCRIPTION | ATTENTION | AMOUNT | N-SEE BELOW P-PAID D-DEBIT(+) C-CREDIT(-) R-RETURNED | BALANCE DUE |
|---|---|---|---|---|---|---|---|
| 11/24/2001 | 974248841 | 3-172412 | Frosted hummingbi | P REYNOLDS | $71.28 | $45.08 P | $26.20 |
|  |  | 2-154086 | S/12 ornaments-me |  |  |  |  |
|  |  | 1-172971 | Magazine rack |  |  |  |  |
|  |  | 1-173242 | Rose loop knit ru |  |  |  |  |
| 11/26/2001 | 975870782 | 1-173479 | Quilt rack-wrough | P REYNOLDS | $20.25 | $0.00 N | $20.25 |
| 11/28/2001 | 976167813 | 2-154839 | Dollhouse-dream e | P REYNOLDS | $44.29 | $0.00 N | $44.29 |
| 11/28/2001 | 978189768 | 1-160219 | 20" garden angel | P REYNOLDS | $19.16 | $0.00 N | $19.16 |
| 12/05/2001 | 983325874 | 3-173214 | Star lights-s/10 | P REYNOLDS | $17.40 | $17.40 PN | $0.00 |
| 12/11/2001 | 987673028 | 1-160219 | 20" garden angel | P REYNOLDS | $19.16 | $0.00 N | $19.16 |
| 12/12/2001 | 989330900 | 3-172371 | Blue w/clear flor | P REYNOLDS | $41.65 | $41.65 P | $0.00 |
|  |  | 1-172964 | S/6 demitasse cup |  |  |  |  |
| 12/17/2001 | 988444022 | 4-172370 | Pink w/frosted fl | P REYNOLDS | $46.02 | $46.02 P | $0.00 |
|  |  | 1-172371 | Blue w/clear flor |  |  |  |  |
| 01/04/2002 | 997264355 | 1-173477 | An old friend is | P REYNOLDS | $19.45 | $0.00 N | $19.45 |
|  |  | 1-173478 | I asked god for a |  |  |  |  |

                               TOTAL ACCOUNT BALANCE..............   $148.51

N - THIS INVOICE IS BEING BILLED TO AN INDIVIDUAL WHO IS NO LONGER EMPLOYED
WITH YOUR COMPANY AND IS PROVIDED FOR ACCOUNT INFORMATION ONLY.

Request for Production No. 1

NOTE: If you receive this fax through the mail, we were not able to send a fax to your company at the fax number on file. Should you wish to receive faxes from us, please contact our Customer Service line at (305)944-6971, Monday through Friday between the hours of 8:30 am and 5:00 pm EST.



February 7, 2002

Mrs. Paula Reynolds

You are an employee at-will pursuant to the Personnel Policy of the City of Los Fresnos. This is to inform you that you are terminated immediately.

Sincerely,

*Ida Garcia-Cortez*

Ida Garcia-Cortez
Mayor Pro-tem
City of Los Fresnos



EXHIBIT
0

Request for Production No. 1

CITY OF LOS FRESNOS ❖ 209 N. ARROYO BLVD. ❖ LOS FRESNOS, TEXAS 78566 ❖ TEL (956) 233-5768 ❖ FAX (956) 233-9879
THE CITY OF LOS FRESNOS IS AN EQUAL OPPORTUNITY EMPLOYER.

## PaySmart Check Register

Process Date - JAN 18,2002     Page - 1

1/4/02 - 1/17/02

| EMPLO# NAME CLOCK<br>/ NUM.<br>C.SEC. FREQ. M/S EX | EARNINGS | CURRENT<br>HOURS RATE | CURRENT<br>AMOUNT | YTD<br>HOURS AMOUNT | TAXES | CURRENT<br>AMOUNT | YTD<br>AMOUNT | DEDUCTIONS | CURRENT<br>AMOUNT | YTD<br>AMOUNT | CHECK #<br>NET PAY |
|---|---|---|---|---|---|---|---|---|---|---|---|
| YNOLDS, PAULA<br>0100 8648<br>2-92-8648 M3 S0<br>YTD GROSS: 1807.70 | REGULAR<br>HOLIDAY<br>SALARY | 80.00 | 903.85 | 134.00<br>26.00   1807.70 | FICA<br>MEDFICA<br>FED WTH | 49.64<br>11.62<br>16.14 | 99.56<br>23.29<br>32.71 | CAFHOSP<br>CAF H/S<br>403 B<br>CHLDSUP | 92.31<br>10.76<br>45.19<br>120.00 | 180.31<br>21.52<br>90.38<br>240.00 | 25221 |
| | TOTALS | 80.00 | 903.85 | 160.00   1807.70 | | 77.40 | 155.56 | | 268.26 | 532.21 | 558.19 |

CHECK DATE - JAN 18,2002     B362 - CITY OF LOS FRESNOS     PROC - 003-1    QTR - 1

P/E DATE - JAN 17,2002



EXHIBIT P

Request for Production No. 2

Process Date - FEB 1,2002

## PaySmart Check Register

Page - 1

1/18/02 - 1/31/02

Request for Production No. 2

| EMPLOYEE NAME<br>DEPT NUM. CLOCK<br>SOC FRED M/S EX | EARNINGS - CURRENT<br>HOURS RATE | CURRENT<br>AMOUNT | Y T D<br>HOURS | Y T D<br>AMOUNT | TAXES | CURRENT<br>AMOUNT | Y T D<br>AMOUNT | DEDUCTIONS | CURRENT<br>AMOUNT | Y T D<br>AMOUNT | CHECK #<br>NET PAY |
|---|---|---|---|---|---|---|---|---|---|---|---|
| REYNOLDS, PAULA<br>0100  8648<br>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  M3  S0<br>YTD GROSS:  3163.48 | REGULAR  40.00<br>VACATION<br>SICK<br>HOLIDAY<br>SALARY<br>TOTALS  40.00 | 451.93<br><br><br><br><br>451.93 | 194.00<br>40.00<br>12.00<br>26.00<br>272.00 | 451.93<br><br><br><br>2711.55<br>3163.48 | FICA<br>MEDFICA<br>FED WTH | 21.63<br>5.05<br><br>26.68 | 176.53<br>41.29<br>47.71<br>265.53 | CAFHOSP<br>CAF H/S<br>403 B<br>CHLDSUP | | 272.62<br>43.60<br>135.57<br>370.00<br>821.79 | 1101<br>MANUAL<br>425.25 |
| REYNOLDS, PAULA<br>0100  8648<br>52-92-8648  M3  S0<br>YTD GROSS:  3163.48 | REGULAR  60.00<br>VACATION  12.00<br>SICK<br>HOLIDAY<br>SALARY<br>TOTALS  72.00 | 903.85<br><br><br><br><br>903.85 | 194.00<br>40.00<br>12.00<br>26.00<br>272.00 | 451.93<br><br><br><br>2711.55<br>3163.48 | FICA<br>MEDFICA<br>FED WTH | 55.34<br>12.95<br>15.00<br>83.29 | 176.53<br>41.29<br>47.71<br>265.53 | CAFHOSP<br>CAF H/S<br>403 B<br>CHLDSUP | 92.31<br>22.08<br>45.19<br>130.00<br>289.58 | 272.62<br>43.60<br>135.57<br>370.00<br>821.79 | 25289<br>530.98 |

CURRENT PAY TOTALS   SALARY   176.54   FED WTH   15.00   LAF/CANC   15.92

P/E DATE - JAN 31,2002    CHECK DATE - FEB 1,2002    B362 - CITY OF LOS FRESNOS    PROC - 004    QTR - 1

## TIME SHEET

WEEK OF: 1-4-02 to 1-10-02   EMPLOYEE NAME: Paula Reyna

| | DATE | TIME IN | TIME OUT | TIME IN | TIME OUT | DAILY HOURS |
|---|---|---|---|---|---|---|
| Friday | 1/4/02 | | | | | 8 |
| Saturday | | 1:00 | 3:00 | | | 2 |
| Sunday | | | | | | |
| Monday | 1/7/02 | OFF - LEAVE W/O PAY | | | | |
| Tuesday | 1/8/02 | 8:00 | 12:30 | 1:25 | 5:25 | 8 |
| Wednesday | 1/9/02 | 8:01 | 1:00 | 2:00 | 5:16 | 9 |
| Thursday | 1/10/02 | 8:00 | 12:45 | 1:45 | 5:30 | 8 |
| | | | | TOTAL HOURS THIS WEEK | | 39 |

_____   Paula Reyna
Approved by                Employee Signature

## TIME SHEET

WEEK OF: 1-11-02 to 1-17-01   EMPLOYEE NAME: Paula Reyna

| | DATE | TIME IN | TIME OUT | TIME IN | TIME OUT | DAILY HOURS |
|---|---|---|---|---|---|---|
| Friday | 1/11/02 | 8:02 | | | | 8 |
| Saturday | 1/12/02 | | | | | |
| Sunday | 1/13/02 | | | | | |
| Monday | 1/14/02 | 8:00 AM | 12:25 pm | 7:00 pm | 10:30 pm | 8 |
| Tuesday | 1/15/02 | 8:04 | 12:45 | 1:30 | 5:00 | 8 |
| Wednesday | 1/16/02 | 8:00 | 12:00 | 12:30 | 4:30 | Ofc in Benito 7.5 SP |
| Thursday | 1/17/02 | 8:00 | 12:00 | 1:00 | 5:00 | 8 |
| | | | | TOTAL HOURS THIS WEEK | | 40 |

work - 4.5
3.5
8.

_____   Employee Signature
Approved by

- - - - - - - - - - - - - - - -

Request for
Production No. 2

## TIME SHEET

WEEK OF: 1-18-02     EMPLOYEE NAME: Paula

| | DATE | TIME IN | TIME OUT | TIME IN | TIME OUT | DAILY HOURS | |
|---|---|---|---|---|---|---|---|
| Friday | 1/18/02 | 8:00 | 12:15 | 1:15 | 5:00 | 8 | 8 |
| Saturday | | | | | | | |
| Sunday | | | | | | | |
| Monday | 1/21/02 | 8:02 | 1:00 | 1:30 | 5:10 | 8 | 8 |
| Tuesday | 1/22/02 | sick | | | | 8s | 8s |
| Wednesday | 1/23/ | 8:02 | 1:00 | 2:00 | 5:15 | 8 | 8 |
| Thursday | 1/24/ | 8:00 | 12:00 | sick | | 4/4 | 4 4 4s |
| | | | | | TOTAL HOURS THIS WEEK | 40 | 28r 12s |

_____   _____
Approved by                Employee Signature   Paula Reynar

Day off w/ no pay will be on this payroll

## TIME SHEET

WEEK OF: 1-25-02     EMPLOYEE NAME: Paula

| | DATE | TIME IN | TIME OUT | TIME IN | TIME OUT | DAILY HOURS | |
|---|---|---|---|---|---|---|---|
| Friday | 1/25/02 | 8:02 | 12:30 | 1:30 | 5:25 | 8 | |
| Saturday | | | | | | | |
| Sunday | | | | | | | |
| Monday | 1/28 | 8:00 | 12:45 | 1:45 | 5:00 | 8 | |
| Tuesday | 1/29 | 7:59 | 12:30 | 1:30 | 5:10 | 8 | |
| Wednesday | 1/30/02 | 8:02 | 9:31/11:30 | 11:30/1:30 | 2:30/5:00 | 8 6 | 2 sick |
| Thursday | 1/31/02 | 8:00 | 12:55 | 1:30 | 5:00 | 8 | |
| | | | | | TOTAL HOURS THIS WEEK | 40 | 38 reg 2 sick 40 |

_____   _____
Approved by                Employee Signature   Paula Reynar

# MEMORANDUM

TO:      Tom Andrews, City Attorney

FROM:    Ann Meyn, Library Director

SUBJECT: Payroll Incompetence

DATE:    April 11, 2002

**Checks:**
Beginning in October, the City began paying employees every two weeks instead of weekly. After I received my first paycheck in October, I brought it to the attention of Paula Reynolds that the checks were incorrect. Employee deductions for United Way, American Heritage Insurance and others were only deducted for one week instead of two. For example, $5 is deducted every week to be donated to the United Way, meaning that $10 should have been deducted each pay period. Instead only $5 was deducted for the pay period. I brought this to Paula's attention every pay period for the next four months that the deductions were not being made correctly. No corrections or changes were ever made. Consequently when Pam Denny began handling payroll, I ended up owing almost $400.00 that had not been deducted from my check for the United Way and other insurance. I also brought it to her attention that the quarterly payments to my life insurance policy at West Coast Life were not being made, but that the $100.00 to pay it was being deducted from my check each month.

**Invoices:**
I also continually had to supply copies of unpaid invoices. The original invoices were turned in, but always seemed to disappear. I always make a note on my copies of the date I turn in invoices to City Hall to make sure that I had not forgotten.



Request for Production No. 1

**Vacation and Sick leave:**
When Ms. Reynolds left, all of my staff had problems in sick leave and vacation time. We had tried to get this straight for months but to no avail. I lost about 50 hours of sick leave that I couldn't get straightened out. Noemi Cardenas was given 80 hours of vacation on October 1, 2001 and that was completely taken away from her because of management of the records. She took 40 hours of vacation and that was deducted from the present year because of her mistakes in bookkeeping. So she is left with no vacation this year.


cc:     Office of the City Administrator

Request for
Production No. 1

# Thomas A. Andrews
## Attorney at Law

32767 State Highway 100
Los Fresnos, TX 78566
(956)233-3467
Fax: (956) 233-1359

February 15, 2002

the Honorable Michael Rodriguez
Attorney at Law
1000 E. Madison
Brownsville, TX 78520

Re:   Mrs. Paula Reynolds

Dear Mr. Rodriguez:

    The only appeal from Mrs. Reynolds termination would be to City Council. Now, as to your use of the term wrongful, please be advised that at all times material hereto Mrs. Reynolds was an "at-will" employee and was simply terminated. We do not need a reason and none has been given. We simply do not need her services anymore. This enables her to collect unemployment. If there were a reason to terminate Mrs. Reynolds, she would not be able to collect unemployment. We expect a number of terminations over the next few months because the city cannot afford to keep such a large and cumbersome payroll.

    If you wish to be put on the agenda, you must specify whether you want to be heard in open or closed session and we will attempt to place you on the next regularly scheduled meeting of City Council in March, 2002. Further be advised that this termination was the first one scheduled by the Mayor and Mayor Pro-Tem.

Sincerely,

Thomas A. Andrews, Interim City Attorney

---

| Admitted to practice & Actively Practiced before: | |
|---|---|
| Texas State Courts 1984 | U.S. District Court - Southern District of Texas 1999 |
| Ohio State Courts (inactive) 1977 | U.S. District Court - Northern District of Ohio 1977 |
| U.S. Court of Claims 1981 | U.S. District Court - Northern District of Texas 1984 |
| U.S. Supreme Court 1980 | U. S. Tax Court 1979 |
| Adjunct Professor of Law (retired) | U.S. Appellate Court 1979 |
| | C.P.A. (Ohio - Retired) |

received
2/19/02 m.b.

**EXHIBIT R**

# LOS FRESNOS POLICE DEPARTMENT
## WITNESS STATEMENT OF EVENTS

CASE# 02-00501    DATE: 4/23/02    TIME: 2:15 pm

**STATE OF TEXAS**    **COUNTY OF CAMERON**

Before me, the undersigned in and for said County and State, on this the __23__ Day of __APRIL__, __2002__ A.D. personally appeared __GENE DANIELS__, who after being by me duly sworn, deposes and says:

My name is: __GENE DANIELS__    Date of Birth: __11-25-60__

My home or business address is: __805 W. OCEAN__

I am presently employed with: __ZARSKY LUMBER COMPANY__

My telephone number is: Home __956 233 8106__  / Work __956 233 4456__

Staying at: _____    Departure Date: _____

**(PLEASE TELL IN YOUR OWN WORDS WHAT YOU SAW)**

IN APRIL OF 2001 I WAS APPOINTED INTERIM CITY ADMINISTRATOR FOR THE CITY OF LOS FRESNOS AND REMAINED SUCH UNTIL JULY 2001. SOMETIME DURING THAT TIME IT WAS BROUGHT TO MY ATTENTION THAT PAULA REYNOLDS WAS STILL RECEIVING PAY AS INTERIM CITY FINANCE DIRECTOR, A POSITION SHE WAS APPOINTED TO WHEN RUTH HERNANDEZ LEFT. ED WYLIE WAS HIRED AS FINANCE DIRECTOR IN APRIL OF 2001. AT THAT TIME PAULA WAS NO LONGER INTERIM FINANCE DIRECTOR. I ASKED PAULA ABOUT THE SALARY ISSUE AND SHE ACKNOWLEDGED SHE WAS STILL RECEIVING THE INTERIM SALARY. I ADVISED HER THAT SHE NEEDED TO GO BACK TO HER OLD SALARY (NOBODY HAD TOLD HER). I HONESTLY DO NOT REMEMBER THE TIME FRAME OF THESE EVENTS. THE MAYOR WAS ADVISED AS TO WHAT HAD HAPPENED AND HOW IT WAS HANDLED. THE MAYOR ADVISED SHE WOULD HAVE TO PAY IT BACK BUT IT WAS NEVER PURSUED.

(CONTINUED ON BACK- YES ☐ NO ☐)

EXHIBIT
S

Request for Production No. 9

Los Fresnos Police Department
Incident Narrative
02-00501

On Tuesday, April 16, 2002 at approximately 1543 hrs. while at city hall, located at 200 North Arroyo Boulevard, Mr. Tom Andrew, city attorney came up to me wanting to file a report against a former city employee.

Mr. Andrews stated that the former city employee, by the name of Mrs. Paula Reynolds had apparently over paid herself by $807.66 while not in her performance of city finance director.

According Mr. Andrews, Mrs. Reynolds was placed as interim city finance director by the Los Fresnos city council on February 14, 2001. She was also given a base salary of $26,000.00 a year from the $20,000.00 as administrative assistant, which meant that was increase of her salary of $115.38 a week. She was supposed to hold that position until a new and permanent finance director would be hired. Then interim city administer, Paul Chavez, recommended Mrs. Reynolds for the position and approved the transfer. Part of her job was to do the payroll for the city.

On April 06, 2001, Mr. Ed Lopez was hired and became the new city's finance director for the city.

On April 13, 2001, Mr. Paul Chavez signed an employee pay change form for Mrs. Reynolds lowering her salary back to her administrative assistant position, which she did not. Still doing pay roll for the city, Mrs. Reynolds continued paying herself as though she was still holding the position of finance director until the May 24, 2001.

Brought to the attention of then interim city administrator Gene Daniels, Mrs. Reynolds was told to lower her salary back to her prior administrative assistant position, which she then complied.



Request for
Production No. 9



# INTEROFFICE MEMORANDUM

**TO:** Ms. Ida Garcia-Cortez
**FROM:** Paula Reynolds
**SUBJECT:** Memo dated 12/14/01
**DATE:** 1/3/2002
**CC:** Yolanda Perez, Mayor Abrego, & Aldermen

Enclosed are the most current/accurate times I was able to reconstruct since the City began using Paysmart last March.

Some employees have a negative balance and that can be adjusted by using either sick or vacation time to balance it out and therefore not leave a zero balance for that item.

As I stated in my memo to Yolanda Perez yesterday, I pulled from the computer everyone's totals they had in March 2001. I then pulled every single time sheet from March 8, 2001 to present, and reconstructed/verified all time deducted. I also made copies of the time sheets that I got my information from. I also started new folders for each employee which I will keep in my office. Then, if they have any questions about how I arrived at these totals, I can show them.

If there are any discrepancies from the employees, then together we can compare notes and make any necessary changes.

Thank you.



Request for Production No. 9

```
                IN THE UNITED STATES DISTRICT COURT
                 FOR THE SOUTHERN DISTRICT OF TEXAS
                         BROWNSVILLE DIVISION

PAULA REYNOLDS,                 )
     Plaintiffs,                )
                                )
vs.                             )   CASE NO. B-03-056
                                )
THE CITY OF LOS FRESNOS,        )
TEXAS, TOM ANDREWS, MANUEL      )
ABREGO, JUAN C. SIERRA, IDA     )
GARCIA, MIGUEL MENDOZA, RAY     )
GARCIA, GONZALO ACEVEDO, AND    )
PAM DENNY, INDIVIDUALLY AND IN  )
THEIR OFFICIAL CAPACITIES,      )
     Defendants                 )
```

**ORAL DEPOSITION**

**GONZALO ACEVEDO**

DECEMBER 9, 2004

ORAL DEPOSITION OF GONZALO ACEVEDO, produced as a witness at the instance of the Plaintiff and duly sworn, was taken in the above-styled and numbered cause on the 9th day of December, 2004, from 3:35 p.m. to 4:36 p.m., before BRECK C. RECORD, Certified Shorthand Reporter in and for the State of Texas, reported by computerized stenotype machine at the offices of Willette & Guerra, 1534 E. 6th Street, Suite 200, Brownsville, Texas 78520, pursuant to the Federal Rules of Civil Procedure and the provisions stated on the record or attached hereto.

COPY



BRECK RECORD, C.S.R.
TEL: (956)455-6591   FAX: (956)542-8893

```
 1                    APPEARANCES

 2   FOR PLAINTIFF:

 3       MR. J. ANDREW CASEY
         Rodriguez & Nicolas, L.L.P.
 4       319 E. Elizabeth
         Brownsville, Texas  78520
 5       Telephone: (956)574-9333 - Fax: (956)574-9337

 6   FOR DEFENDANT:

 7       MS. ANALISA FIGUEROA
         Willette & Guerra, L.L.P.
 8       1534 6th Street, Suite 200
         Brownsville, Texas  78520
 9       Telephone: (956)541-1846 - Fax: (956)541-1893

10   FOR CITY OF LOS FRESNOS:

11       MR. JOHN GEOFFREY WARBURTON
         Law Office of John Geoffrey Warburton
12       815 Ridgewood
         Brownsville, Texas  78520
13       Telephone: (956)459-0376

14   COURT REPORTER:  Mr. Breck Record, CSR

15

16

17

18

19

20

21

22

23

24

25
```

```
15:44  1  session?
15:44  2       A    Again?
15:44  3       Q    When you're in executive session as a city
15:44  4  council or board of aldermen, are nonmembers of the
15:44  5  council allowed in that executive session?
15:44  6       A    No.
15:44  7       Q    Are you aware of any instances where
15:44  8  nonmembers were allowed in the executive session?
15:44  9       A    I cannot remember right now.
15:44 10       Q    Do you remember if Paula Reynolds was ever
15:44 11  in --
15:44 12       A    Oh, yes, I remember her.
15:44 13       Q    Do you remember if she was ever in executive
15:44 14  session?
15:44 15       A    I don't remember.
15:44 16       Q    Do you remember if Paula Reynolds was ever in
15:44 17  any session, public or executive?
15:44 18       A    I cannot remember right now.
15:44 19       Q    You stated you do remember Paula Reynolds.
15:44 20       A    She was an employee by that time.  When I say
15:44 21  by that time, it was the time when I was Alderman.
15:44 22       Q    Sure.  If you're gonna have a non-council
15:45 23  member present in an executive session, were they
15:45 24  required to be listed on a posted agenda?
15:45 25       A    Again?
```