United States District Court
Southern District of Texas
FILED

FEB 2 5 2005

Michael N. Milby
Clerk of Court

THE HONORABLE JOHN WM. BLACK

HEARING

CIVIL ACTION NO. B-03-056           DATE & TIME:   02-24-05 AT 1:30 P.M.

PAULA REYNOLDS                      PLAINTIFF(S)  TERI DANISH
                                    COUNSEL       MICHAEL RODRIGUEZ
                                                  HENRI NICOLAS
VS.

THE CITY OF LOS FRESNOS, TEXAS      DEFENDANT(S)  CHARLES WILLETTE, JR.
ET AL.                              COUNSEL       EILEEN M. LEEDS

--------------------------------------------------------------------------

ERO: Rosie D'Venturi
CSO: Dan Figueroa

   Attorneys Teri Danish, Michael Rodriguez, Henri Nicolas and Eileen Leeds appeared.

   Settlement is being discussed. The court will be notified.