United States District Court
Southern District of Texas
FILED

MAR 1 1 2005

Michael N. Milby
Clerk of Court

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| PAULA REYNOLDS | § | |
| *Plaintiff* | § | |
| | § | CIVIL ACTION NO. B-03-056 |
| VS. | § | |
| | § | (JURY REQUESTED) |
| THE CITY OF LOS FRESNOS, TEXAS, | § | |
| TOM ANDREWS, MANUEL ABREGO, | § | |
| JUAN C. SIERRA, IDA GARCIA, | § | |
| MIGUEL MENDOZA, RAY GARCIA, | § | |
| GONZALO ACEVEDO, AND PAM | § | |
| DENNY INDIVIDUALLY AND IN | § | |
| THEIR OFFICIAL CAPACITIES | § | |
| *Defendants* | § | |

### NOTICE TO THE COURT

TO THE HONORABLE UNITED STATES DISTRICT COURT:

COMES NOW, CITY OF LOS FRESNOS, Defendant in the above-styled and numbered cause and files Notice to the Court to advise the Court that the parties have not settled the case. A mediation was held on March 10, 2005 and ended in an impasse.

02-151 Reynolds: ntc-ct-nonsettle
Page 1

Respectfully submitted,

WILLETTE & GUERRA, L.L.P.
1534 E. 6th Street, Suite 200
Telephone: (956) 541-1846
Facsimile: (956) 541-1893

By: *Eileen Leeds w/p bee*
Eileen M. Leeds
State Bar No. 00791093
USDC Adm. No. 16799
Analisa Figueroa
State Bar No. 24040897
USDC Adm. No. 38197

**Attorneys for Defendants**

### CERTIFICATE OF SERVICE

I hereby certify that on this the 11th day of March, 2005, a true and correct copy of the above and foregoing instrument has been forwarded to opposing counsel of record as noted hereunder.

Ms. Teri Danish
Rodriguez, Colvin & Chaney, L.L.P.
1201 E. Van Buren
Brownsville, Texas 78520

Mr. Michael Rodriguez
Rodriguez & Nicolas, L.L.P.
319 E. Elizabeth St.
Brownsville, Texas 78520

*Eileen Leeds w/p bee*
Eileen Leeds