UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
**ADR MEMORANDUM TO CLERK OF COURT**
(To be submitted in duplicate
if case settles before ADR *or* within
10 days after completion of ADR.)

United States District Court
Southern District of Texas
FILED

MAR 1 4 2005

Michael N. Milby
Clerk of Court

PAULA REYNOLDS
                          Plaintiff(s)        DIVISION   BROWNSVILLE
V.                                                   CIVIL ACTION NO. B-03-056

CITY OF LOS FRESNOS, ET AL
                          Defendant(s)

ADR METHOD:    Mediation    X     Arbitration    _____
                           Mini-trial   _____     Summary Jury Trial   _____

TYPE OF CASE:    Employment Matter

1. Please check one of the following:
The case referred to ADR settled ☐ did not settle ✓

2. My total fee and expenses were: $ 1,000.00.
(If you had no fees and expenses, please indicate if the case settled before ADR, OR if the ADR proceeding was conducted on a no-fee basis pursuant to order of the Court or agreement of the parties.)

3. Please list names, addresses and telephone numbers of all parties and all counsel of record:

Paula Reynolds, Plaintiff
Ms. Teri Danish, Attorney
RODRIGUEZ, COLVIN, CHANEY, et al
1201 E. Van Buren St.
Brownsville, Texas 78520
(956) 542-7441- telephone
(956) 541-2170 - telefax

Mr. Michael Rodriguez, Attorney
RODRIGUEZ & NICOLAS, LLP
319 E. Elizabeth St.
Brownsville, Texas 78520
(956) 574-9333- telephone
(956) 574-9337 - telefax

City of Los Fresnos, et al., Defendants
Ms. Eileen M. Leeds, Attorney
WILLETTE & GUERRA, L.L.P.
1534 E. 6th Street, Ste. 200
Brownsville, Texas 78520
(956) 541-1846 - telephone
(956) 541-1893 - telefax

ADR PROVIDER

Date: 3/10/05

Name: Alfred T. Denham
Signature: *[signed]*

SDTX-ADR-5/(Rev. 6-15-93)