United States District Court
Southern District of Texas
ENTERED

MAR 1 8 2005

Michael N. Milby, Clerk of Court
By Deputy Clerk

# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF TEXAS
# BROWNSVILLE DIVISION

| | | |
|---|---|---|
| PAULA REYNOLDS,<br>　　Plaintiff, | §<br>§<br>§ | |
| vs. | § | CIVIL ACTION NO. B-03-56 |
| | § | |
| THE CITY OF LOS FRESNOS, TEXAS,<br>TOM ANDREWS, MANUEL ABREGO,<br>JUAN C. SIERRA, IDA GARCIA,<br>GONZALO ACEVEDO, AND PAM<br>DENNY INDIVIDUALLY AND IN<br>THEIR OFFICIAL CAPACITIES,<br>　　Defendants. | §<br>§<br>§<br>§<br>§<br>§<br>§ | |

## ORDER DENYING DEFENDANTS' MOTION FOR SUMMARY JUDGMENT

Pending before the Court is Defendants' Motion for Summary Judgment (Docket No. 21), and Plaintiff's Opposition to Defendants' Motion and Supplemental Motion for Summary Judgment. (Docket No. 38). After considering the motion, and all the pleadings, and documents on file, the Court is of the opinion that Defendants' Motion for Summary Judgment should be and it is **DENIED**.

DONE at Brownsville, Texas, this 18th day of March, 2005.

　　　　　　　　　　　　　　　　　　　　　　　John Wm. Black
　　　　　　　　　　　　　　　　　　　　　　　United States Magistrate Judge