UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| PAULA REYNOLDS<br>*Plaintiff*<br><br>VS.<br><br>THE CITY OF LOS FRESNOS, TEXAS,<br>TOM ANDREWS, MANUEL ABREGO,<br>JUAN C. SIERRA, IDA GARCIA,<br>MIGUEL MENDOZA, RAY GARCIA,<br>GONZALO ACEVEDO, AND PAM<br>DENNY INDIVIDUALLY AND IN<br>THEIR OFFICIAL CAPACITIES<br>*Defendants* | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§ | CIVIL ACTION NO. B-03-056<br><br>(JURY REQUESTED) |

## ORDER SETTING HEARING ON DEFENDANTS' MOTION FOR RECONSIDERATION OF THEIR SUMMARY JUDGMENT

On this the ____ day of _____, 2005 came on for consideration Defendants' Motion for Reconsideration of their Summary Judgment. The court having reviewed said motion together with the papers on file is of the opinion that this matter shall be heard by submission.

IT IS THEREFORE ORDERED, ADJUDGED and DECREED that Defendants' Motion for Summary Judgment is hereby set for hearing by submission on the _____ **day of** _____, **2005 at** _____ **o'clock** in this Honorable Court.

Signed for entry on this _____ day of _____, 2005.

_____
JUDGE PRESIDING

cc:
Ms. Eileen M. Leeds, Willette & Guerra, L.L.P., 1534 E. 6th Street, Suite 200, Brownsville, Texas 78520
Ms. Teri Danish, RODRIGUEZ, COLVIN & CHANEY, L.L.P., 1201 E. Van Buren, Brownsville, Texas 78520
Mr. Michael Rodriguez, Attorney and Counselor at Law, 1000 E. Madison Street, Brownsville, Texas 78520