# EXHIBIT C

CAUSE NO. 2002-05-1879-B

| PAULA REYNOLDS | § | IN THE DISTRICT COURT |
|---|---|---|
| | § | |
| VS. | § | 138TH JUDICIAL DISTRICT |
| | § | |
| | § | |
| THE CITY OF LOS FRESNOS | § | CAMERON COUNTY, TEXAS |

### AFFIDAVIT OF ADRIAN CABRERA

| THE STATE OF TEXAS | § |
|---|---|
| | § |
| COUNTY OF CAMERON | § |

BEFORE ME, the undersigned Notary Public, on this day personally appeared Adrian Cabrera who being by me sworn under oath deposed and stated as follows:

1. "My name is Adrian Cabrera, I am over 21 years of age and competent to make this affidavit and everything said herein is true and correct based upon my personal knowledge.

2. I was Interim Chief of Police for the City of Los Fresnos from about September 2000 until February 2001.

3. During this time and probably in December 2000, Paula Reynolds brought me a copy of an invoice for a radar detector and wanted to know whether the police department had ordered it.

4. Ms. Reynolds brought this matter to me as a billing question, as she was employed in the finance department.

5. Pam Denny also happened to be present. Ms. Denny said the invoice was hers and said she must have accidently used the city's credit card to make this purchase.

6. At no time did Ms. Reynolds ever approach me to report any criminal wrongdoing by Ms. Denny or anyone else. I did not take her comments regarding the invoice as being a report of a violation of law. It was clear to me that she was trying to


DEFENDANT'S EXHIBIT C

determine which department had ordered the radar detector, as part of her job in the finance department.

7. At no time did I ever start a criminal investigation regarding this Denny's use of a city credit card; I do not remember taking any statements or reports.

8. I simply informed the mayor of the situation, for his information so the City could decide how it wanted to handle this matter. It was handled administratively and I know of no criminal charges ever brought against Ms. Denny.

Further Affiant sayeth naught.

_____
Adrian Cabrera

SUBSCRIBED AND SWORN TO BEFORE ME on the ____13th____ day of ____September____, 2002, to certify which witness my hand and official seal.

_____
NOTARY PUBLIC IN AND FOR THE
STATE OF TEXAS



My Commission Expires:

____9-3-05____

2