United States District Court
Southern District of Texas
ENTERED

MAR 3 0 2005

Michael N. Milby, Clerk of Court
By Deputy Clerk _____

# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF TEXAS
# BROWNSVILLE DIVISION

|  |  |  |
|---|---|---|
| PAULA REYNOLDS, | § | |
| Plaintiff, | § | |
| | § | |
| vs. | § | CIVIL ACTION NO. B-03-56 |
| | § | |
| THE CITY OF LOS FRESNOS, TEXAS, | § | |
| TOM ANDREWS, MANUEL ABREGO, | § | |
| JUAN C. SIERRA, IDA GARCIA, | § | |
| GONZALO ACEVEDO, AND PAM | § | |
| DENNY INDIVIDUALLY AND IN | § | |
| THEIR OFFICIAL CAPACITIES, | § | |
| Defendants. | § | |

## ORDER

Defendants' filed a Motion for Reconsideration of their Summary Judgment on March 28, 2005. (Docket No. 44). After reviewing said motion and all other documents on file, the court orders that Defendants' Motion for Reconsideration of their Summary Judgment be **DENIED**.

Signed at Brownsville, Texas, this 30th day of March, 2005.

John Wm. Black
United States Magistrate Judge