IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| PAULA REYNOLDS | * | |
| *Plaintiff* | * | |
| VS. | * | CIVIL ACTION NO. B-03-056 |
| | * | |
| THE CITY OF LOS FRESNOS, TEXAS, | * | (JURY REQUESTED) |
| TOM ANDREWS, MANUEL ABREGO, | * | |
| JUAN C. SIERRA, IDA GARCIA, | * | |
| MIGUEL MENDOZA, RAY GARCIA, | * | |
| GONZALO ACEVEDO, AND PAM | * | |
| DENNY INDIVIDUALLY AND IN | * | |
| THEIR OFFICIAL CAPACITIES | * | |
| *Defendants* | * | |

## PLAINTIFF'S WITNESS LIST

Plaintiff Paula Reynolds may call the following witnesses at trial:

1.    Yolanda Hernandez
      Tracy Larimore
      Darla Honea
      Candy Medina
      Roberta LaGant
      Paul Chavez
      Brian Hunsaker
      Daniel Reyna
      Yolanda Perez
      Sandra Hargis
      Tom Jones
      Adrian Cabrera
      Ann Meyn
      Carlos Salazar

      All of these individuals are current or former employees of the City of Los
      Fresnos. Plaintiff is not in possession of address or telephone numbers of these
      individuals.

2.    Paula Reynolds
      5801 W. Business 83, No. 24
      Harlingen, Texas

      Ms. Reynolds is the plaintiff and will testify concerning all aspects of her lawsuit.

Plaintiff's Witness List



Page 1

3.      Pam Denny
        Ida Garcia-Cortez
        Tom Andrews
        Manuel Abrego
        Juan C. Sierra
        Miguel Mendoza
        Ray Garcia
        Gonzalo Acevedo

        These individuals are Defendants in this lawsuit and are expected to testify
        concerning Plaintiff's employment with the City of Los Fresnos, her termination
        from employment, administration and problems with the HOMES Program, and
        policies and procedures of the City Commission of Los Fresnos.

4.      David Girault
        Atlas & Hall
        Post Office Box 3725
        McAllen, Texas 78502-3725

        Mr. Girault may testify concerning allegations of theft and incompetence by Pam
        Denny.

5.      Custodian of Records
        Paysmart
        3125 Central Boulevard
        Brownsville, Texas 78520

        This person may testify concerning the business records of Paysmart, and issues
        regarding payroll services for the City of Los Fresnos.

6.      Robert Ceceda
        Ann Paddock
        Suzanne Phillips
        Ruth Cedillo
        Carole Thornton
        Ralph Hendrickson
        and/or Custodian of Records
        Texas Department of Housing and Community Affairs
        Austin, Texas

        These individuals may testify concerning problems with the City of Los Fresnos'
        compliance with the HOMES program, problems with the TDHCA audit, and
        resolution with the City of Los Fresnos. They may also testify about contact and
        conversations with individuals from the City of Los Fresnos regarding the
        HOMES program.

7.    Michael Rodriguez
Henri E. Nicolas, Jr.
Rodriguez & Nicolas
319 East Elizabeth Street
Brownsville, Texas 78520
Telephone:  (956) 574-9333
Facsimile:  (956) 574-9337

Teri L. Danish
Rodriguez, Colvin, Chaney & Saenz, L.L.P.
1201 East Van Buren
Brownsville, Texas 78520
Telephone:  (956) 542-7441
Facsimile:  (956) 541-2170

Mr. Rodriguez, Mr. Nicolas and Ms. Danish will testify concerning attorneys' fees incurred in this matter.

8.    Alma Villarreal
639 Lawndale
Brownsville, Texas 78520

Ms. Villarreal may testify concerning problems with HOMES program compliance by the City of Los Fresnos, dealings with Plaintiff and the Defendants, knowledge of the City's policies and procedures, and requests to falsify documents in connection with the HOMES program.

9.    Johnny Cavazos
1186 Squaw Valley Drive
Brownsville, Texas 78521

Mr. Cavazos is the former Chief of Police for the City of Los Fresnos who may testify concerning his dealings with plaintiff, investigation of plaintiff as requested by defendants and City policies and procedures.  Mr. Cavazos may also testify concerning his termination from employment with the City of Los Fresnos.

Plaintiff reserves the right to call any and all witnesses designated by Defendants, and further reserves the right to call rebuttal witnesses whose testimony cannot presently be anticipated.

Respectfully submitted,

By: _____

Michael Rodriguez
State Bar No.00791553
Federal I.D. No.18759
Henri E. Nicolas, Jr.
State Bar No. 24014808
Federal ID No. 26052
319 East Elizabeth Street
Brownsville, Texas 78520
Telephone: (956) 574-9333
Facsimile: (956) 574-9337


Teri L. Danish
State Bar No. 05375320
Federal ID No. 12682
Rodriguez, Colvin, Chaney & Saenz, L.L.P.
1201 East Van Buren
Brownsville, Texas 78520
Telephone: (956) 542-7441
Facsimile: (956)541-2170

Attorneys for Plaintiff