| UNITED STATES DISTRICT COURT | ☆ | SOUTHERN DISTRICT OF TEXAS |

| | |
|---|---|
| Paula Reynolds<br>*versus* - - - - - - - - - - - - - - - -<br>THE CITY OF LOS FRESNOS, TEXAS, TOM ANDREWS, MANUEL ABREGO, JUAN C. SIERRA, IDA GARCIA, MIGUEL MENDOZA, RAY GARCIA, GONZALO ACEVEDO, AND PAM DENNY INDIVIDUALLY AND IN THEIR OFFICIAL CAPACITIES | CASE NO. B-03-056 |
| | Plaintiff's Exhibit List |
| Judge John Wm. Black | Case Manager:<br>Court Reporter: |
| List of Plaintiff's Exhibits | Proceeding       Date |

| No. | Description | Adm | Exd |
|---|---|---|---|
| 1 | 2/22//2002 Letter to Reynolds from Michael Rodriguez re attorneys' fees and costs | | |
| 2 | 1/6/98 Letter to whom it may concern from Reynolds re meeting with Mr. Badeaux, Paul Chavez ad Pam Denny re Bobbi LaGant calling Reynolds a "stupid bitch" | | |
| 3 | 3/10/99 Letter to whom it may concern from Reynolds re Bobbi | | |
| 4 | 3/16/99 Letter to whom it may concern from Reynolds re Bobbi LaGant calling Reynolds a "bitch" | | |
| 5 | 3/17/99 Letter to whom it may concern from Reynolds re Bobbi LaGant threatening to "be[at] the shit out of [Reynolds]" | | |
| 6 | 5/6/99 Letter to whom it may concern from Reynolds re Bobbi LaGant saying Yolanda did not try hard enough to hit Reynolds | | |
| 7 | 5/12/99 Letter to whom it may concern from Reynolds re meeting Reynolds requested to discuss Bobbi LaGant | | |


EXHIBIT B

Page 1

| 8 | 5/12/99 Memo to Pam Denny from Paul Chavez re Presonnel (sic) Meeting on May 5 | | |
|---|---|---|---|
| 9 | 8/16/01 Letter to Dan Reyna, Sr. from Ed Lopez re Pam Denny | | |
| 10 | 8/22/01 Letter to whom it may concern from Darla Honea re Pam Denny and financial matters | | |
| 11 | Two page handwritten letter by Reynolds | | |
| 12 | 8/23/01 Interoffice Memorandum to Mr. Reyna from Reynolds re Mrs. Santos Solis reporting reimbursement of insurance overpayment with attachment | | |
| 13 | 8/22/01 Memo to Mayor Abrego and Council from Mr. Dan Reyna re Health Insurance/Chief of Police | | |
| 14 | 10/25/01 Memo To Reynolds from Dan Reyna re salary change to $23,500 | | |
| 15 | 12/6/01 Memorandum to City Hall Employees from Brian Hunsacker re answering telephone and speaking with Mr. Reyna | | |
| 16 | 19 pages of Reynolds' daily calendar | | |
| 17 | 2/7/02 Memo to Reynolds from Ida Garcia-Cortez, Mayor Pro-tem – termination letter | | |
| 18 | 12/12/01 Interoffice Memorandum to Ida Garcia-Cortez from Reynolds re Reynolds' duties | | |
| 19 | 1/19/01 Letter to Pam Denny from David Girault re Notice of Allegations of Incompetence | | |
| 20 | 8 pages of Reynolds' time sheets | | |
| 21 | 4/18/02 Letter To Mr. Rodriguez from Thomas Andrew re Reynolds | | |
| 22 | 2/15/02 Letter To Mr. Rodriguez from Thomas Andrew re Reynolds | | |
| 23 | 2/7/02 2 page facsimile to Reynolds from Paysmart | | |
| 24 | 1/18/02 Reynolds paystub | | |
| 25 | 1/4/01 Memo to Reynolds from Ida Garcia-Cortez re Suspension | | |
| 26 | City of Los Fresnos Job Description – Job Title: Administrative Assistant | | |
| 27 | Reynolds Personnel File | | |
| 28 | City of Los Fresnos's payroll records for Reynolds | | |

| | | | |
|---|---|---|---|
| 29 | City of Los Fresno Personnel Policies Manual adopted by resolution no. 17-99 on Dec. 14, 1999 | | |
| 30 | Pam Denny's Personnel File | | |
| 31 | 4/23/02 Los Fresnos Police Department Witness Statement of Events | | |
| 32 | Los Fresnos Police Department Incident Narrative 02-00501 | | |
| 33 | 12/14/01 Memorandum to Reynolds from Yolanda Perez re vacation, sickleave, comptime with Reynolds 12/19/01 handwritten note on bottom | | |
| 34 | 1/3/02 Interoffice Memorandum to Ida Garcia-Cortez from Reynolds re Memo dated 12/14/01 | | |
| 35 | 12/13/01 Interoffice Memorandum to Mayor Abrego and Alderman from Reynolds re Job | | |
| 36 | 1/4/02 Memo to City Hall Personnel from Ida Garcia-Cortez re gossip | | |
| 37 | 2/11/02 Memorandum to Paysmart from Sandra Hargis re Payroll Corrections | | |
| 38 | City of Los Fresnos City Council meeting minutes from 1/12/93 to 12/4/03 | | |
| 39 | 10/11/00 Letter to Mayor Robert Cepeda from TDHCA re HOME Contract & Program monitoring Interim Review | | |
| 40 | 1/7/02 Letter to Mayor Manuel Abrego from TDHCA re HOME Contract | | |
| 41 | 2/26/02 Letter to Mayor Manuel Abrego from TDHCA re HOME Contract | | |
| 42 | Monitoring and Assessment Review: City of Los Fresnos (24 pages) | | |
| 43 | 7/16/02 Letter to Mayor Tom Jones from TDHCA re Audit conducted by Altemeyer & Cooper CPA | | |
| 44 | 7/25/02 Letter to Mayor Tom Jones from TDHCA re HOME Program | | |
| 45 | 9/23/02 Letter to Mayor Tom Jones from TDHCA re HOME Program | | |
| 46 | 10/9/02 Letter to Suzanne Phillips (TDHCA) from Gavino Sotelo re HOME Program and monthly payments from CLF | | |
| 47 | 3/11/02 Memorandum to Ms. Denny from Alma Villarreal re Program Monitoring Review | | |
| 48 | Brownsville Herald articles by Kevin Garcia | | |
| 49 | 5/14/02 Draft Letter to State Bar of Texas from TDHCA re Thomas Andrews | | |
| 50 | May xx, 2002 Draft Letter to State Auditor's Office from TDHCA | | |
| 51 | 5/10/02 Email to Suzanne Phillips, Anne Paddock & Lucy Trevino from Carol Thornton | | |
| 52 | 9/23/02 Letter to Special Investigation Unit of the Office of the State Auditor from TDHCA | | |
| 53 | 11/14/01 TDHCA Memorandum to Ruth Cedillo from Suzanne Phillips re City of Los Fresnos, HOME Contract No .538040 | | |
| 54 | 1/15/02 TDHCA Memorandum to Anne Paddock from Carole Thornton re Los Fresnos HOME Contract 538040 HBA | | |
| 55 | 1/16/02 TDHCA Memorandum to Anne Paddock from Carole Thornton re Los Fresnos HOME Contract 538040 HBA | | |

| | | | |
|---|---|---|---|
| 56 | 7/22/02 Email to Anne Paddock & Carole Thornton from Lucy Trevino re Los Fresnos -- Thomas Andrew letters | | |
| 57 | 2/26/02 Email to Carole Thornton from Anne Paddock re City of Los Fresnos | | |
| 58 | 3/29/02 Email to Anne Paddock from Carole Thornton re Los Fresnos Response | | |
| 59 | 5/23/02 Letter to Ralph Hendrickson, Program Monitor from Thomas Andrews re Home Contract No. 538042 HBA | | |
| 60 | 5/10/02 2 page ledger | | |
| 61 | 1/9/02 1 page ledger | | |
| 62 | 8/16/02 Email to Carole Thornton, Lucy Trevino, & Anne Paddock from Suzanne Phillips re Los Fresnos | | |
| 63 | 7//19/02 Letter to Thomas Andrews from TDHCA re HOME Contract No 538040 | | |
| 64 | 7/15/02 Letter to Ralph Hendrickson, Program Monitor from Thomas Andrews re Home Contract No. 538042 HBA | | |
| 65 | 2/21/02 Facsimile to Jennifer Boyer from Alma Villarreal | | |
| 66 | 1/7/02  Letter to Mayor Manuel Abrego from TDHCA re HOME Contract No. 53040 HBA | | |
| 67 | 2/5/03 TDHCA HOME Project Listing | | |
| 68 | 11/27/01 TDHCA Memorandum to Ruth Cedillo from Suzanne Phillips re City of Los Fresnos, Home Contract No. 538040 | | |
| 69 | TDHCA Forms regarding home purchases 8 pages | | |
| 70 | 1/31/01 Letter to Sandy Garcia TDHCA from Mayor Manuel Abrego re Los Fresnos Contract Number 538040 (and attachments) | | |
| 71 | 8/27/02 Email to Lucy Trevino, Suzanne Phillips, & Ruth Cedillo from Anne Paddock re Los Fresnos (3 pages) | | |
| 72 | 9/23/02 Letter to Mayor Tom Jones from Suzanne Phillips (TDHCA) re HOME Program | | |
| 73 | 3/18/02 Memorandum to Alma Villarreal from Pam Denny re 1998 HOME PROGRAM | | |
| 74 | Finding #4 (TDHCA) | | |
| 75 | Cancelled checks (4 pages) | | |
| 76 | Home Contract Inquiry | | |
| 77 | Property detail with violation descriptions (3 pages) | | |
| 78 | 8/16/01 Handwritten letter by Yolanda Perez re Pam Denny | | |
| 79 | Table of Chronological events Relating to Los Fresnos Home Contract | | |
| 80 | 3/29/02 Email to Suzanne Phillips, Lucy Trevino & Ralph Hendrickson re Los Fresnos Response | | |
| 81 | 3/12/02 Email to Suzanne Phillips from Carole Thornton re Update on Los Fresnos | | |
| 82 | Texas Department of Housing and Community Affairs Home Investment Partnership Program (1 page log sheet) | | |

| UNITED STATES DISTRICT COURT | ☆ | SOUTHERN DISTRICT OF TEXAS |
|---|---|---|

| | |
|---|---|
| Paula Reynolds<br>*versus* - - - - - - - - - - - - - - -<br><br>THE CITY OF LOS FRESNOS, TEXAS, TOM ANDREWS, MANUEL ABREGO, JUAN C. SIERRA, IDA GARCIA, MIGUEL MENDOZA, RAY GARCIA, GONZALO ACEVEDO, AND PAM DENNY INDIVIDUALLY AND IN THEIR OFFICIAL CAPACITIES | CASE NO.   B-03-056 |
| | Plaintiff's Witness List |
| Judge John Wm. Black | Case Manager:<br>Court Reporter: |
| List of | Proceeding           Date |

1.

2.

3.

4.

5.

6.

7.

8.

9.

10.