IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| PAULA REYNOLDS | * | |
| *Plaintiff* | * | |
| VS. | * | CIVIL ACTION NO. B-03-056 |
| | * | |
| THE CITY OF LOS FRESNOS, TEXAS, | * | (JURY REQUESTED) |
| TOM ANDREWS, MANUEL ABREGO, | * | |
| JUAN C. SIERRA, IDA GARCIA, | * | |
| MIGUEL MENDOZA, RAY GARCIA, | * | |
| GONZALO ACEVEDO, AND PAM | * | |
| DENNY INDIVIDUALLY AND IN | * | |
| THEIR OFFICIAL CAPACITIES | * | |
| *Defendants* | * | |

**PLAINTIFF'S SUGGESTED VOIR DIRE**

Plaintiff Paula Reynolds submits the following list of suggested voir dire questions:

1. For each juror who has indicated prior juror service, please tell us briefly about the nature of the case in which you served as a juror. Did you find the experience satisfactory to you as a citizen? Was there anything about that experience that would influence your service in this case?

2. For each juror who has indicated that he or she has been a party to a lawsuit: Were you a plaintiff or a defendant? Was the lawsuit settled or did it go to trial? Were you satisfied with the result of your case? Was there anything about that experience that would influence your service in this case?

3. Does anyone know any of the attorneys or possible witnesses in the case? If so, how do you know them? Would anything about that acquaintance influence the way you would listen to the evidence in the case?

4. Has anyone here or any close family member of anyone here, ever worked for the City of Los Fresnos?

5. Has anyone here, or any close family member of anyone here, ever lived in the City of Los Fresnos? Have you ever voted for any of the individual defendants?

6. Would anyone here have a problem awarding damages to the plaintiff if she proves she was wrongfully terminated? How about damages for emotional distress?

7. Has anyone here ever acted as a public official?

8. Does anyone here have experience in Human Resources?

9. Has anyone here ever owned their own business?

Respectfully submitted,

By: *[signature]*
Michael Rodriguez
State Bar No.00791553
Federal I.D. No.18759
Henri E. Nicolas, Jr.
State Bar No. 24014808
Federal ID No. 26052
319 East Elizabeth Street
Brownsville, Texas 78520
Telephone: (956) 574-9333
Facsimile: (956) 574-9337


Teri L. Danish
State Bar No. 05375320
Federal ID No. 12682
Rodriguez, Colvin, Chaney & Saenz, L.L.P.
1201 East Van Buren
Brownsville, Texas 78520
Telephone: (956) 542-7441
Facsimile: (956)541-2170

Attorneys for Plaintiff