|  |  |
|---|---|
| UNITED STATES DISTRICT COURT ☆ SOUTHERN DISTRICT OF TEXAS | |
| PAULA REYNOLDS<br>*versus*<br>THE CITY OF LOS FRESNOS, TEXAS, TOM ANDREWS, MANUEL ABREGO, JUAN C. SIERRA, IDA GARCIA, MIGUEL MENDOZA, RAY GARCIA, GONZALO ACEVEDO, AND PAM DENNY INDIVIDUALLY AND IN THEIR OFFICIAL CAPACITIES | CASE NO. B-03-056<br><br>**Witness List** |
| Judge Black | Case Manager:<br>Court Reporter: |
| List of Defendant | Proceeding Date: April 18, 2005 |

United States District Court
Southern District of Texas
FILED
APR 0 5 2005
Michael N. Milby
Clerk of Court

1. Plaintiff, Paula Reynolds - will testify as to her employment with Defendant and the reasons she believes she was terminated.

2. Defendant, Tom Andrews, former City Attorney - will testify as to plaintiff's assignment and termination

3. Defendant, Manuel Abrego, former City Mayor - will testify as to plaintiff's assignment and termination

4. Defendant, Juan C. Sierra, former City Councilman - will testify as to plaintiff's assignment and termination

5. Defendant, Ida Garcia, former Interim City Administrator and City Councilwoman - will testify as to plaintiff's assignment and termination

6. Defendant, Manuel Mendoza, City Councilman - will testify as to plaintiff's assignment and termination

7. Defendant, Ray Garcia, former City Councilman - will testify as to plaintiff's assignment and termination

8. Defendant, Gonzalo Acevedo, former City Councilman - will testify as to plaintiff's assignment and termination

9. Defendant, Pam Denny, City Secretary - will testify as to plaintiff's whistleblower claim and termination

10. PAYSMART PAYROLL SERVICE - Dealt with Plaintiff in connection with handling City's payroll

11. Randy Thompson - Plaintiff's former counselor

12. Alma Villarreal, former Community Development Director - has knowledge of Home Loan Program and investigation

13. Juan Cavazos, former Chief of Police - will testify as to plaintiff's assignment and termination

14. Adrian Cabrera, former Interim Chief of Police - will testify as to plaintiff's whistleblower claim

15. Dan Reyna , former city employee - will testify as to plaintiff's work performance

16. Ann Meyn, former city employee - will testify as to plaintiff's work performance

17. Yolanda Perez, city employee - will testify as to plaintiff's improprieties

18. Candy Medina, former city employee - will testify as to plaintiff's work performance

19. Paul Chavez, former city employee - will testify as to plaintiff's work performance

20. Carlos Salazar, City employee - will testify as to plaintiff's work performance

21. Roberta LaGant, former employee - will testify as to plaintiff's improprieties