United States District Court
Southern District of Texas
FILED

APR 0 5 2005

Michael N. Milby
Clerk of Court

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| PAULA REYNOLDS | § | |
| *Plaintiff* | § | |
| | § | CIVIL ACTION NO. B-03-056 |
| VS. | § | |
| | § | (JURY REQUESTED) |
| THE CITY OF LOS FRESNOS, TEXAS, | § | |
| TOM ANDREWS, MANUEL ABREGO, | § | |
| JUAN C. SIERRA, IDA GARCIA, | § | |
| MIGUEL MENDOZA, RAY GARCIA, | § | |
| GONZALO ACEVEDO, AND PAM | § | |
| DENNY INDIVIDUALLY AND IN | § | |
| THEIR OFFICIAL CAPACITIES | § | |
| *Defendants* | § | |

## DEFENDANTS' NOTICE OF INTERLOCUTORY APPEAL

TO THE HONORABLE UNITED STATES DISTRICT COURT:

Notice is hereby given that Defendants City of Los Fresnos, Texas, Tom Andrews, Manuel Abrego, Juan C. Sierra, Ida Garcia, Miguel Mendoza, Ray Garcia, Gonzalo Acevedo, and Pam Denny, individually, in the above named case, hereby appeal to the United States Court of Appeals for the Fifth Circuit from the Order Denying Defendants' Motion for Reconsideration of their Motion for Summary Judgment and their Order Denying their Motion for Summary Judgment entered by the United States District Court for the Southern District of Texas, Brownsville Division on March 30, 2005 and March 18, 2005 respectively.

Respectfully submitted,

WILLETTE & GUERRA, L.L.P.
1534 East 6th Street, Suite 200
Brownsville, Texas 78520
Telephone: (956) 541-1846
Facsimile: (956) 541-1893

By: _____
Eileen M. Leeds
State Bar No. 00791093
USDC Adm. No. 16799

Analisa Figueroa
State Bar No. 24040897
USDC Adm. No. 38197

**Attorneys for Defendants**

## CERTIFICATE OF SERVICE

I hereby certify that on this the 5th day of April, 2005 a true and correct copy of the above and foregoing instrument has been forwarded to all counsel of record as noted hereunder.

Via FAX
Mr. Michael Rodriguez
Rodriguez & Nicolas, L.L.P.
319 E. Elizabeth
Brownsville, Texas 78520

Via FAX
Ms. Teri Danish
Rodriguez, Colvin & Chaney, L.L.P.
1201 E. Van Buren
Brownsville, Texas 78520

_____
Eileen M. Leeds