United States District Court
Southern District of Texas
FILED
APR 0 6 2005
Michael N. Milby
Clerk of Court

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| PAULA REYNOLDS | § | |
| *Plaintiff* | § | |
| | § | |
| VS. | § | |
| | § | |
| THE CITY OF LOS FRESNOS, TEXAS, | § | CIVIL ACTION NO. B-03-056 |
| TOM ANDREWS, MANUEL ABREGO, | § | (JURY REQUESTED) |
| JUAN C. SIERRA, IDA GARCIA, | § | |
| MIGUEL MENDOZA, RAY GARCIA, | § | |
| GONZALO ACEVEDO, AND PAM | § | |
| DENNY INDIVIDUALLY AND IN | § | |
| THEIR OFFICIAL CAPACITIES | § | |
| *Defendants* | § | |

## DEFENDANTS' EMERGENCY MOTION FOR CONTINUANCE OR IN THE ALTERNATIVE ABATEMENT

TO THE HONORABLE UNITED STATES DISTRICT COURT:

COMES NOW, Defendants City of Los Fresnos, Texas, Tom Andrews, Manuel Abrego, Juan C. Sierra, Ida Garcia, Miguel Mendoza, Ray Garcia, Gonzalo Acevedo, and Pam Denny, individually in the above-styled and numbered cause and files this their Emergency Motion for Continuance or in the alternative Abatement and in support thereof, would respectfully show unto the court as follows:

### I.

Jury selection for the trial of this case is set for April 7, 2005. Trial is scheduled for April 18, 2005. The undersigned learned just this Monday, April 4, 2005, that a trial that was scheduled for jury selection in Federal Court, McAllen for April 5, 2005, was rescheduled for jury selection and commencement of evidence on the 18th as well. That case is styled *Minerva G. Zamora vs. Hidalgo*

*County, et al.*, Cause No. M-04-130; In the United States District Court, McAllen Division, in Judge Randy Crane's court. The undersigned now has a conflict with two cases set for the same day. Defendants therefore request a resetting of the trial date.

In addition and in the alternative, Defendants request an abatement of the trial for the reason that Defendants will be appealing this Court's denial of their Motion for Summary Judgment on the issue of qualified immunity for the individual defendants. Defendants had attempted to secure an agreement from the Plaintiff to drop the individuals that are entitled to immunity, and from whom they will not be able to secure any kind of money judgment even if she was to prevail, but Plaintiff absolutely disagreed. Defendants have no choice but to proceed on appeal, given that Plaintiff has also been unreasonable in her settlement demands, making this case impossible to settle, and the individuals are entitled to an interlocutory appeal before being forced to trial.

WHEREFORE, PREMISES CONSIDERED, Defendants request that this court grant their motion to continue the trial date and/or abate the trail until Defendants have the Fifth Circuit hear their appeal on the issue of qualified immunity for the individual defendants and for such other and further relief to which they may show themselves justly entitled.

Respectfully submitted,

WILLETTE & GUERRA, L.L.P.
1534 East 6th Street, Suite 200
Telephone: (956) 541-1846
Facsimile: (956) 541-1893

By: _____
Eileen M. Leeds
State Bar No. 00791093
USDC Adm. No. 16799

**ATTORNEY FOR DEFENDANTS**

## CERTIFICATE OF CONFERENCE

     The undersigned has conferred with counsel for Plaintiff and she has that she is opposed to the filing of this motion.

                                                  Eileen M. Leeds

## CERTIFICATE OF SERVICE

     I hereby certify that on this the 6th day of April, 2005 a true and correct copy of the above and foregoing instrument has been forwarded to all counsel of record as noted hereunder.

Via Fax
Ms. Teri Danish
Rodriguez, Colvin & Chaney, L.L.P.
1201 E. Van Buren
Brownsville, Texas 78520

Via Fax
Mr. Michael Rodriguez
Rodriguez & Nicolas, L.L.P.
319 E. Elizabeth
Brownsville, Texas 78520

                                                  Eileen M. Leeds