UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| PAULA REYNOLDS | § | |
| *Plaintiff* | § | |
| | § | |
| VS. | § | |
| | § | |
| THE CITY OF LOS FRESNOS, TEXAS, | § | CIVIL ACTION NO. B-03-056 |
| TOM ANDREWS, MANUEL ABREGO, | § | (JURY REQUESTED) |
| JUAN C. SIERRA, IDA GARCIA, | § | |
| MIGUEL MENDOZA, RAY GARCIA, | § | |
| GONZALO ACEVEDO, AND PAM | § | |
| DENNY INDIVIDUALLY AND IN | § | |
| THEIR OFFICIAL CAPACITIES | § | |
| *Defendants* | § | |

## ORDER SETTING HEARING ON DEFENDANTS' EMERGENCY
## MOTION FOR CONTINUANCE OR IN THE ALTERNATIVE ABATEMENT

On this the _____ day of _____, 2005 came on for consideration Defendants'

Emergency Motion for Continuance or in the alternative Abatement . The court, having reviewed

said motion together with the papers on file is of the opinion that a hearing shall be held thereon.

IT IS THEREFORE ORDERED, ADJUDGED and DECREED that Defendants' Emergency

Motion for Continuance or in the alternative Abatement is hereby set for hearing on the _____ day

of _____, 2005 at _____ o'clock in this Honorable Court.

Signed for entry on this _____ day of _____, 2005.


_____
JUDGE PRESIDING


Copies to:

Ms. Eileen M. Leeds, Willette & Guerra, L.L.P., 1534 E. 6th Street, Suite 200, Brownsville, Texas 78520
Ms. Teri Danish, Rodriguez, Colvin & Chaney, L.L.P.,1201 E. Van Buren, Brownsville, Texas 78520
Mr. Michael Rodriguez, Rodriguez & Nicolas, L.L.P., 319 E. Elizabeth, Brownsville, Texas 78520