UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| PAULA REYNOLDS | § | |
| *Plaintiff* | § | |
| | § | |
| VS. | § | |
| | § | |
| THE CITY OF LOS FRESNOS, TEXAS, | § | CIVIL ACTION NO.  B-03-056 |
| TOM ANDREWS, MANUEL ABREGO, | § | (JURY REQUESTED) |
| JUAN C. SIERRA, IDA GARCIA, | § | |
| MIGUEL MENDOZA, RAY GARCIA, | § | |
| GONZALO ACEVEDO, AND PAM | § | |
| DENNY INDIVIDUALLY AND IN | § | |
| THEIR OFFICIAL CAPACITIES | § | |
| *Defendants* | § | |

## ORDER GRANTING DEFENDANTS' EMERGENCY
## MOTION FOR CONTINUANCE OR IN THE ALTERNATIVE ABATEMENT

On this day came on to be heard Defendant's Emergency Motion for Continuance or in the

alternative Abatement and the court after considering said motion determines that it should in all

things be GRANTED.

IT IS THEREFORE ORDERED, ADJUDGED AND DECREED that Defendants'

Emergency Motion for Continuance or in the alternative Abatement is granted, that the trial date of

April 18, 2005 shall be reset to a later date.

All relief requested and not expressly granted is hereby denied.

Signed this the _____ day of _____, 2005.

_____
JUDGE PRESIDING

Copies to:

Ms. Eileen M. Leeds, Willette & Guerra, L.L.P., 1534 E. 6th Street, Suite 200, Brownsville, Texas 78520
Ms. Teri Danish, Rodriguez, Colvin & Chaney, L.L.P.,1201 E. Van Buren, Brownsville, Texas 78520
Mr. Michael Rodriguez, Rodriguez & Nicolas, L.L.P., 319 E. Elizabeth, Brownsville, Texas 78520