United States District Court
Southern District of Texas
ENTERED

APR 0 6 2005

Michael N. Milby, Clerk of Court
By Deputy Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| PAULA REYNOLDS | § § | |
| VS. | § § | CIVIL ACTION NO. B-03-056 |
| THE CITY OF LOS FRESNOS, TEXAS, ET AL. | § § § | |

### ORDER

On this 6th day of April, 2005, the Court having considered the Defendant's Emergency Motion for Continuance or in the Alternative Abatement determines that it should be denied.

IT IS THEREFORE ORDERED, ADJUDGED AND DECREED that Defendant's Emergency Motion for Continuance or in the Alternative Abatement is hereby **DENIED**.

SIGNED at Brownsville, Texas, on this 6th day of April, 2005.

_____
John Wm. Black
United States Magistrate Judge