| UNITED STATES DISTRICT COURT | ☆ | SOUTHERN DISTRICT OF TEXAS |
|---|---|---|

United States District Court
Southern District of Texas
FILED
APR 07 2005
Michael N. Milby
Clerk of Court

| PAULA REYNOLDS<br>*versus*<br>THE CITY OF LOS FRESNOS, TEXAS, TOM ANDREWS, MANUEL ABREGO, JUAN C. SIERRA, IDA GARCIA, MIGUEL MENDOZA, RAY GARCIA, GONZALO ACEVEDO, AND PAM DENNY INDIVIDUALLY AND IN THEIR OFFICIAL CAPACITIES | CASE NO. B-03-056<br><br>**Exhibit List** |
|---|---|
| Judge Black | Case Manager: Irma Soto<br>Court Reporter: |
| List of Defendant | Proceeding Date: April 18, 2005 |

|   |   |   |   |
|---|---|---|---|
| 1 | Paula Reynold's Personnel file | | |
| 2 | Selected minutes from City Council meetings | | |
| 3 | Plaintiff's termination letter | | |
| 4 | Plaintiff's letter of suspension | | |
| 5 | Police report related to Plaintiff's suspension | | |
| 6 | Payroll records from Paysmart Payroll Services | | |
| 7 | Affidavit of Alderwoman Ida Garcia Cortez | | |
| 8 | Invoices for personal purchases made by Plaintiff on city's credit | | |
| 9 | Pay change notice | | |
| 10 | Affidavit of former interim Chief of Police Adrian Cabrera | | |
| 11 | Affidavit of City Secretary Pam Denny | | |
| 12 | Wells Fargo invoice for Pam Denny's purchase of radar detector | | |
| 13 | Randy Thompson's records regarding Plaintiff | | |
| 14 | Home Loan Program File | | |
| 15 | Letter from TDHCA to Mayor Abrego Dated 2/26/02 | | |

| | | | |
|---|---|---|---|
| 16 | Wells Fargo Credit Card Statement | | |
| 17 | Affidavit of Araceli Balberina | | |
| 18 | Payroll Corrections from Long & Chilton | | |
| 19 | Memo dated April 11, 2002 from Ann Meyn to Tom Andrews | | |
| 20 | Pam Denny's check reimbursing City | | |
| 21 | Plaintiff's Written statement | | |
| 22 | Plaintiff's Written statement | | |
| 23 | Letters to Pam Denny regarding notice of allegations | | |
| 24 | Affidavit of former Chief of Police Johnny Cavazos | | |
| 25 | Los Fresnos Police Department incident reports concerning Paula Reynolds | | |
| 26 | Letters written by Ida Garcia Cortez concerning Pam Denny | | |
| 27 | Correspondence regarding Plaintiff's personal purchases made on city's credit | | |
| 28 | Gene Daniels' Affidavit taken on 4-23-02 by LFPD | | |
| 29 | | | |
| 30 | | | |
| 31 | | | |
| 32 | | | |
| 33 | | | |
| 34 | | | |
| 35 | | | |
| 36 | | | |