UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

APR 1 3 2005

Michael N. Milby
Clerk of Court

| | |
|---|---|
| PAULA REYNOLDS §<br>    *Plaintiff* §<br> §<br>VS. §<br> §<br>THE CITY OF LOS FRESNOS, TEXAS, §<br>TOM ANDREWS, MANUEL ABREGO, §<br>JUAN C. SIERRA, IDA GARCIA, §<br>MIGUEL MENDOZA, RAY GARCIA, §<br>GONZALO ACEVEDO, AND PAM §<br>DENNY INDIVIDUALLY AND IN §<br>THEIR OFFICIAL CAPACITIES §<br>    *Defendants* § | CIVIL ACTION NO. B-03-056<br>(JURY REQUESTED) |

## NOTICE OF SETTLEMENT

TO THE HONORABLE JUDGE OF THIS COURT:

COMES NOW, Defendants City of Los Fresnos, Texas, Tom Andrews, Manuel Abrego, Juan C. Sierra, Ida Garcia, Miguel Mendoza, Ray Garcia, Gonzalo Acevedo, and Pam Denny, individually in the above-styled and numbered cause and would advise the Court that the above-referenced case has been compromised and settled. The parties will be filing the appropriate documents forthwith.

02-151 Reynolds: ntc-settle
Page 1

Respectfully submitted,

WILLETTE & GUERRA, L.L.P.
1534 East 6th Street, Suite 200
Brownsville, Texas 78520
Telephone: (956) 541-1846
Facsimile: (956) 541-1893

By: _____
Eileen M. Leeds
State Bar No. 00791093
USDC Adm. No. 16799

**ATTORNEY FOR DEFENDANTS**

**CERTIFICATE OF SERVICE**

I hereby certify that on this the 13th day of April, 2005 a true and correct copy of the above and foregoing instrument has been forwarded to all counsel of record as noted hereunder.

Ms. Teri Danish
Rodriguez, Colvin & Chaney, L.L.P.
1201 E. Van Buren
Brownsville, Texas 78520

Mr. Michael Rodriguez
Rodriguez & Nicolas, L.L.P.
319 E. Elizabeth
Brownsville, Texas 78520

_____
Eileen M. Leeds