United States District Court
Southern District of Texas
FILED

APR 1 8 2005

Michael N. Milby
Clerk of Court

# United States Court of Appeals
### FIFTH CIRCUIT
### OFFICE OF THE CLERK

CHARLES R. FULBRUGE III
CLERK

TEL. 504-310-7700
600 CAMP STREET
NEW ORLEANS, LA 70130

April 18, 2005

MEMORANDUM TO COUNSEL OR PARTIES LISTED BELOW:

 No. 05-40511 Reynolds v. City of Los Fresnos
  USDC No. 1:03-CV-56

Enclosed is an order entered in this case.

    Sincerely,

    CHARLES R. FULBRUGE III, Clerk

    By: _____
    Connie Brown, Deputy Clerk
    504-310-7671

Ms Eileen Marie Leeds
Mr Charles Vernon Willette Jr
Mr Edward Michael Rodriguez
Mr Michael N Milby, Clerk

MOT-2

IN THE UNITED STATES COURT OF APPEALS

FOR THE FIFTH CIRCUIT

---

No. 05-40511

---

**U.S. COURT OF APPEALS**
**FILED**
**APR 18 2005**

**CHARLES R. FULBRUGE III**
**CLERK**

PAULA REYNOLDS,

                        Plaintiff-Appellee,

VERSUS

CITY OF LOS FRESNOS;
TOM ANDREWS, Individually and in His Official Capacity;
MANUEL ABREGO, Individually and in His Official Capacity;
JUAN C. SIERRA, Individually and in His Official Capacity;
IDA GARCIA, Individually and in Her Official Capacity;
MIGUEL MENDOZA, Individually and in His Official Capacity;
RAY GARCIA, Individually and in His Official Capacity;
GONZALO ACEVEDO, Indifidually and in His Official Capacity;
PAM DENNY, Individually and in Her Official Capacity,

                        Defendants-Appellants.

---

Appeal from the United States District Court
for the Southern District of Texas

---

Before DAVIS, SMITH, and DENNIS, Circuit Judges.

PER CURIAM:

    IT IS ORDERED that the motion for stay pending appeal, as to which the plaintiff has filed no opposition, is GRANTED as to the natural person defendants in their individual capacities and is

DENIED as to the City of Los Fresnos and the natural person defendants in their official capacities. Municipalities, and their officers in their official capacities, are not entitled to qualified immunity.

The district court should decide, in its discretion, whether it is preferable, during the pendency of this appeal, to proceed to trial as to only the city and the officers in their official capacities, or instead to stay all proceedings while the appeal is pending. By granting a stay, this court expresses no opinion as to the ultimate merits of the appeal or of the proceedings in the district court.