IN THE UNITED STATES COURT OF APPEALS

FOR THE FIFTH CIRCUIT

Nº 05-40511

U.S. COURT OF APPEALS
FILED
APR 1 8 2005

CHARLES R. FULBRUGE III
CLERK

PAULA REYNOLDS,

Plaintiff-Appellee,

VERSUS

CITY OF LOS FRESNOS;
TOM ANDREWS, Individually and in His Official Capacity;
MANUEL ABREGO, Individually and in His Official Capacity;
JUAN C. SIERRA, Individually and in His Official Capacity;
IDA GARCIA, Individually and in Her Official Capacity;
MIGUEL MENDOZA, Individually and in His Official Capacity;
RAY GARCIA, Individually and in His Official Capacity;
GONZALO ACEVEDO, Indifidually and in His Official Capacity;
PAM DENNY, Individually and in Her Official Capacity,

Defendants-Appellants.

Appeal from the United States District Court
for the Southern District of Texas

Before DAVIS, SMITH, and DENNIS, Circuit Judges.

PER CURIAM:

IT IS ORDERED that the motion for stay pending appeal, as to which the plaintiff has filed no opposition, is GRANTED as to the natural person defendants in their individual capacities and is

DENIED as to the City of Los Fresnos and the natural person defendants in their official capacities. Municipalities, and their officers in their official capacities, are not entitled to qualified immunity.

The district court should decide, in its discretion, whether it is preferable, during the pendency of this appeal, to proceed to trial as to only the city and the officers in their official capacities, or instead to stay all proceedings while the appeal is pending. By granting a stay, this court expresses no opinion as to the ultimate merits of the appeal or of the proceedings in the district court.

A true copy
Test
Clerk, U.S. Court of Appeals, Fifth Circuit
By_____
                Deputy   APR 1 8 2005
New Orleans, Louisiana

# United States Court of Appeals
### FIFTH CIRCUIT
### OFFICE OF THE CLERK

**CHARLES R. FULBRUGE III**
**CLERK**

**TEL. 504-310-7700**
**600 CAMP STREET**
**NEW ORLEANS, LA 70130**

April 18, 2005

MEMORANDUM TO COUNSEL OR PARTIES LISTED BELOW:

    No. 05-40511 Reynolds v. City of Los Fresnos
        USDC No. 1:03-CV-56

Enclosed is an order entered in this case.

            Sincerely,

            CHARLES R. FULBRUGE III, Clerk

    By: _Connie Brown_
            Connie Brown, Deputy Clerk
            504-310-7671

Ms Eileen Marie Leeds
Mr Charles Vernon Willette Jr
Mr Edward Michael Rodriguez
Mr Michael N Milby, Clerk

MOT-2