Case 1:03-cv-00056   Document 55   Filed in TXSD on 05/02/2005   United States District Court
Southern District of Texas
FILED

MAY 0 2 2005

Michael N. Milby
Clerk of Court

# United States Court of Appeals
### FIFTH CIRCUIT
### OFFICE OF THE CLERK

**CHARLES R. FULBRUGE III**
**CLERK**

TEL. 504-310-7700
600 CAMP STREET
NEW ORLEANS, LA 70130

April 19, 2005

Mr Michael N Milby, Clerk
Southern District of Texas, Brownsville
United States District Court
Room 1158
600 E Harrison Street
Brownsville, TX 78520

       No. 05-40511 Reynolds v. City of Los Fresnos
       USDC No. 1:03-CV-56

Enclosed is a certified copy of the judgment issued as the mandate.

               Sincerely,

               CHARLES R. FULBRUGE III, Clerk

       By: _____
               Shawn D. Henderson, Deputy Clerk
               504-310-7668

cc: w/encl:
   Ms Eileen Marie Leeds
   Mr Charles Vernon Willette Jr
   Mr Edward Michael Rodriguez

MDT-1

No. 05-40511

IN THE
UNITED STATES COURT OF APPEALS
FIFTH CIRCUIT
New Orleans, Louisiana

PAULA REYNOLDS
Plaintiff - Appellee

v.

CITY OF LOS FRESNOS, et al
Defendants - Appellants

U. S. COURT OF APPEALS
**FILED**
APR 1 8 2005
CHARLES R. FULBRUGE III
CLERK

On Appeal from the United States District Court
for the Southern District of Texas, Brownsville Division
Civil Action Number 1:03-CV-56

**UNOPPOSED MOTION TO WITHDRAW THE APPEAL**

TO THE HONORABLE FIFTH COURT OF APPEALS:

COMES NOW, Defendants/Appellants City of Los Fresnos, Texas, Tom Andrews, Manuel Abrego, Juan C. Sierra, Ida Garcia, Miguel Mendoza, Ray Garcia, Gonzalo Acevedo, and Pam Denny, individually in the above-styled and numbered cause and file this their Unopposed Motion to Withdraw the Appeal and in support thereof state the following:

1

All claims advanced by Plaintiff against Defendants in the above-referenced case have been compromised and settled.

In light of the above-referenced settlement, Defendants/Appellants to this matter move that this Court dismiss the appeal filed by Defendants/Appellants. Defendants/Appellants further move this court to enter an Order of Dismissal.

WHEREFORE, PREMISES CONSIDERED, Defendants/Appellants, respectfully pray that this Court grant their Unopposed Motion to Withdraw the Appeal and for all other relief to which these Defendants/Appellants may show themselves to be justly entitled.

        Respectfully submitted,

        WILLETTE & GUERRA, L.L.P.
        1534 East 6th Street, Ste. 200
        Brownsville, Texas 78520
        Telephone: (956) 541-1846
        Facsimile: (956) 541-1893

By: _____
        Eileen M. Leeds
        State Bar No. 00791093
        Fed. I.D. No. 16799

Attorney for Defendants-Appellants

2

## CERTIFICATE OF CONFERENCE

I hereby certify that on the 13th day of April, 2005, I conferred with Appellee's attorney and he is unopposed to the filing of this Motion.

_____
Eileen M. Leeds


## CERTIFICATE OF SERVICE

I hereby certify that on 13th day of April, 2005, a true and correct copy of the above and foregoing was served on all counsel of record as noted hereunder:

Ms. Teri Danish
Rodriguez, Colvin & Chaney, L.L.P.
1201 E. Van Buren
Brownsville, Texas 78520

Mr. Michael Rodriguez
Rodriguez & Nicolas, L.L.P.
319 E. Elizabeth
Brownsville, Texas 78520

Mr. Charles Fulburge
U.S. Court of Appeals
5th Circuit Office of the Clerk
600 Camp Street
New Orleans, Louisiana 70130

_____
Eileen M. Leeds

---
No. 05-40511
---

PAULA REYNOLDS

        Plaintiff - Appellee

v.

CITY OF LOS FRESNOS; TOM ANDREWS, Individually and in his official capacity; MANUEL ABREGO, Individually and in his official capacity; JUAN C SIERRA, Individually and in his offical capacity; IDA GARCIA, Individually and in her capacity; MIGUEL MENDOZA, Individually and in his official capacity; RAY GARCIA, Individually and his offical capacity; GONZALO ACEVEDO, Individually and in his offical capacity; PAM DENNY, Individually and in her offical capacity

        Defendants - Appellants

### ENTRY OF DISMISSAL

Pursuant to appellants' motion this appeal is dismissed this 19th day of April, 2005, see FED. R. APP. P. 42(b).

        CHARLES R. FULBRUGE III
        Clerk of the United States Court
        of Appeals for the Fifth Circuit

By: _____
        Shawn D. Henderson, Deputy Clerk

ENTERED AT THE DIRECTION OF THE COURT