UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

MAY 0 4 2005

Michael N. Milby
Clerk of Court

| | | |
|---|---|---|
| PAULA REYNOLDS | § | |
|     *Plaintiff* | § | |
| | § | |
| VS. | § | |
| | § | CIVIL ACTION NO. B-03-056 |
| THE CITY OF LOS FRESNOS, TEXAS, | § | (JURY REQUESTED) |
| TOM ANDREWS, MANUEL ABREGO, | § | |
| JUAN C. SIERRA, IDA GARCIA, | § | |
| MIGUEL MENDOZA, RAY GARCIA, | § | |
| GONZALO ACEVEDO, AND PAM | § | |
| DENNY INDIVIDUALLY AND IN | § | |
| THEIR OFFICIAL CAPACITIES | § | |
|     *Defendants* | § | |

**AGREED MOTION FOR DISMISSAL**

TO THE HONORABLE UNITED STATES DISTRICT COURT:

COME NOW, Defendants City of Los Fresnos, Texas, Tom Andrews, Manuel Abrego, Juan C. Sierra, Ida Garcia, Miguel Mendoza, Ray Garcia, Gonzalo Acevedo, and Pam Denny, individually and in their official capacities, and Plaintiff Paula Reynolds, and file this their Agreed Motion for Dismissal and for cause would respectfully show unto the Court the following:

I.

All claims advanced by Plaintiff against Defendants, in the above-referenced case have been compromised and settled.

II.

In light of the above-referenced settlement, Plaintiff and Defendants to this matter move that this Court dismiss with prejudice all claims filed by Plaintiff in this suit. Plaintiff further moves this

02-151 Reynolds
Page 1

Court to enter an Order of Dismissal with prejudice.

WHEREFORE, PREMISES CONSIDERED, Plaintiff and Defendants, respectfully pray that this Court grant their Agreed Motion for Dismissal and dismiss with prejudice all of the claims brought by Plaintiff against Defendants, and for all other relief to which these Defendants may show themselves to be justly entitled.

Respectfully submitted,

Rodriguez & Nicolas, LLP
319 East Elizabeth Street
Brownsville, Texas 78520
Telephone: (956) 574-9333
Facsimile: (956) 574-9337

By: _____
Michael Rodriguez
State Bar No. 00791553
USDC Adm. No. 18759

Rodriguez, Colvin, Chaney & Saenz, LLP
1201 E. Van Buren
Brownsville, Texas 78520
Telephone: (956) 542-7441
Facsimile: (956) 541-2170

By: _____
Teri L. Danish
State Bar No. 05375320
USDC Adm. No. 12862

**ATTORNEYS FOR PLAINTIFF**

WILLETTE & GUERRA, L.L.P.
1534 East 6th Street, Suite 200
Brownsville, Texas 78520
Telephone: (956) 541-1846
Facsimile: (956) 541-1893

By: _____
Eileen M. Leeds
State Bar No. 00791093
USDC Adm. No. 16799

**ATTORNEY FOR DEFENDANTS**

### CERTIFICATE OF SERVICE

I hereby certify that on this the 25th day of April, 2005 a true and correct copy of the above and foregoing instrument has been forwarded to all counsel of record as noted hereunder.

**Via CMRRR: 7003 1010 0003 6963 4571**
Ms. Teri Danish
Rodriguez, Colvin & Chaney, L.L.P.
1201 E. Van Buren
Brownsville, Texas 78520

**Via CMRRR: 7003 1010 0003 6963 4564**
Mr. Michael Rodriguez
Rodriguez & Nicolas, L.L.P.
319 E. Elizabeth
Brownsville, Texas 78520

_____
Eileen M. Leeds