UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
ENTERED

MAY 0 5 2005

Michael N. Milby, Clerk of Court
By Deputy Clerk

| | | |
|---|---|---|
| PAULA REYNOLDS | § | |
| *Plaintiff* | § | |
| | § | |
| VS. | § | |
| | § | CIVIL ACTION NO. B-03-056 |
| THE CITY OF LOS FRESNOS, TEXAS, | § | (JURY REQUESTED) |
| TOM ANDREWS, MANUEL ABREGO, | § | |
| JUAN C. SIERRA, IDA GARCIA, | § | |
| MIGUEL MENDOZA, RAY GARCIA, | § | |
| GONZALO ACEVEDO, AND PAM | § | |
| DENNY INDIVIDUALLY AND IN | § | |
| THEIR OFFICIAL CAPACITIES | § | |
| *Defendants* | § | |

## AGREED ORDER FOR DISMISSAL

Plaintiff Paula Reynolds and Defendants City of Los Fresnos, Texas, Tom Andrews, Manuel Abrego, Juan C. Sierra, Ida Garcia, Miguel Mendoza, Ray Garcia, Gonzalo Acevedo, and Pam Denny, individually and in their official capacities, by and through their attorneys of record, having informed the Court that this matter has been compromised and settled, that Plaintiff's claims against Defendants have been fully settled and all parties agreeing thereto, and it appearing to the Court that the dismissal should be made as prayed.

IT IS THEREFORE, ORDERED, ADJUDGED, AND DECREED that all of Plaintiff's claims that have been asserted or could have been asserted in this law suit shall be and are hereby dismissed with prejudice as to Defendants. As all parties have compromised and settled all claims and this court has dismissed all claims with prejudice upon consideration of the announcement of the parties, this order represents the final judgment in this case.

IT IS FURTHER ORDERED, ADJUDGED and DECREED that taxable costs of court incurred to date by Plaintiff and Defendants be paid by party incurring same.

Any and all other relief which may have been sought in this cause, whether prayed for or not, is hereby DENIED.

SIGNED AND ENTERED on this ____ day of __MAY__, 2005.

_____
Judge Presiding

**APPROVED AS TO FORM:**

By: _____
Michael Rodriguez
Attorney for Plaintiff

By: _____
Teri L. Danish
Attorney for Plaintiff

By: _____
Eileen M. Leeds
Attorney for Defendants

Copies to:

Ms. Eileen M. Leeds, Willette & Guerra, L.L.P., 1534 E. 6th Street, Suite 200, Brownsville, Texas 78520
Mr. Michael Rodriguez, Rodriguez & Nicolas, L.L.P., 319 E. Elizabeth, Brownsville, Texas 78520
Ms. Teri Danish, Rodriguez, Colvin & Chaney, L.L.P., 1201 E. Van Buren, Brownsville, Texas 78520